U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUN 3 0 2017

TONY R. MOORE, CLERK
BY: _____
       DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| JACK VENTON VENABLE, JR. and WILLIAM AGUIRRE, individually and on behalf of all others similarly situated | CIVIL ACTION NO. 6:16-cv-00241 |
| VERSUS | JUDGE DRELL |
| SCHLUMBERGER LIMITED (SCHLUMBERGER N.V.) f/k/a SMITH INTERNATIONAL, INC. | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that the defendant's motion for conditional certification of a plaintiff class (Rec. Doc. 14) is GRANTED IN PART and DENIED IN PART, with the motion granted to the extent that this action is conditionally certified as a collective action pursuant to 29 U.S.C. § 216(b) with the plaintiff class defined as "Reamer Hands working for Smith International Inc. in Louisiana, Texas, or the Gulf of Mexico over the past three years who were paid a salary and job bonus," and denied in all other respects.

IT IS FURTHER ORDERED that the defendant has fourteen days from the date of this order to provide the plaintiffs with the names of all potential members of the class in an acceptable electronic format, along with their current or last known mailing addresses, e-mail addresses, telephone numbers, and dates of employment.

IT IS FURTHER ORDERED that the parties shall meet, confer, and thereafter submit to this Court a joint proposed notice and consent form no later than twenty-one days after the date of this order. If the parties are unable to agree on the content of the proposed notice and consent forms, the parties shall contact Magistrate Judge Hanna for the purpose of setting up a telephone status conference.

IT IS FURTHER ORDERED that potential class members shall be permitted to opt in to this collective action if: (1) they have mailed, faxed, or e-mailed their consent form to counsel for the class within sixty days after the notice and consent forms are mailed or e-mailed; or (2) they show good cause for any delay.

Signed at Alexandria, Louisiana, this 29 day of June, 2017.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE