**1**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE LOUISIANA

JACK VENTON VENABLE, JR.   *
and WILLIAM AGUIRRE, Ind.  *
and on behalf of all others *
similarly situated       *
                    *
VERSUS            *  NO. 6:16-CV-00241
                    *
SCHLUMBERGER LIMITED     *
(SCHLUMBERGER N.V.)     *
fka SMITH INTERNATIONAL,  *
INC.            *
* * * * * * * * * * * * * * * * * * * * * * * * * * *

The deposition of JACK VENABLE, JR.,
taken in connection with the captioned cause,
pursuant to the following stipulations before
Sheri Bertrand, Certified Court Reporter, at
the Law Offices of Kenneth D. St. Pe', 311 West
University Avenue, Lafayette, Louisiana, on
September 30, 2019, beginning at 8:57 a.m.

**2**

1  APPEARANCES:
2
3  REPRESENTING PLAINTIFFS, JACK VENTON VENABLE, JR., and
4  WILLIAM AGUIRRE, individually and on behalf of all
5  others similarly situated:
6
7    MR. KENNETH D. ST. PE'
8    THE LAW OFFICES OF KENNETH D. ST. PE'
9    311 W. UNIVERSITY AVENUE, SUITE A
10   LAFAYETTE, LOUISIANA  70506
11
12
13  REPRESENTING DEFENDANT, SMITH INTERNATIONAL, INC.:
14
15    MR. BRYAN E. BOWDLER
16    THE KULLMAN FIRM, PLC
17    1100 POYDRAS STREET, SUITE 1600
18    NEW ORLEANS, LOUISIANA  70163
19
20
21
22
23
24
25

**3**

1        S T I P U L A T I O N
2
3        It is hereby stipulated by and between counsel of
4  record for the parties hereto that the deposition of
5             JACK VENABLE, JR.,
6  is being taken pursuant to notice and in accordance with
7  the Federal Rules of Civil Procedure and for all uses
8  and purposes thereby provided.
9        That all formalities in connection with the taking
10  of the deposition are hereby waived, with the exception
11  of the swearing of the witness, the reduction of the
12  questions and answers to writing, and the reading and
13  signing of the completed transcript of testimony;
14        That all objections, save those as to the form of
15  the question and responsiveness of the answer, are
16  hereby reserved until such time as this deposition, or
17  any part thereof, may be used or sought to be used in
18  evidence, such objections as might have been made had
19  the testimony been given in Open Court.
20
21            *   *   *   *   *
22
23
24
25

**4**

1            I N D E X
2  EXAMINATIONS:
3  BY MR. BOWDLER                5, 138
4  BY MR. ST. PE'            135
5
6  EXHIBITS:
7  EXHIBIT 1, PETITION              24
8  EXHIBIT 2, EMPLOYMENT APPLICATION          33
9  EXHIBIT 3, LETTER FROM SMITH SERVICES 7/25/12    36
10  EXHIBIT 4, EMPLOYEE MINI FILE          37
11  EXHIBIT 5, SCHLUMBERGER LETTER 9/23/15       40
12  EXHIBIT 6, REMUNERATION STATEMENT 12/27/13    56
13  EXHIBIT 7, REMUNERATION STATEMENT 12/26/14    58
14  EXHIBIT 8, REMUNERATION STATEMENT 10/2/15    59
15  EXHIBIT 9, EXCEL SPREADSHEET          63
16  EXHIBIT 10, JOB LOG 12/3/2014          72
17  EXHIBIT 11, JOB LOG 12/17/2013        73
18  EXHIBIT 12, JOB LOG 9/23/2015          74
19  EXHIBIT 13, SERVICE OPERATOR JOB LOG      79
20  EXHIBIT 14, JOB DESCRIPTION          84
21  EXHIBIT 15, RHINO XS SERIES REAMER OPERATING
22       INSTRUCTIONS        126
23  EXHIBIT 16, TIME RECORD          126
24  EXHIBIT 17, DECLARATION OF JACK VENABLE    133
25

**1 (Pages 1 to 4)**

EXHIBIT A

**5**

1      JACK VENABLE, JR.,
2  after having been duly sworn, was examined and did
3  testify as follows:
4  EXAMINATION BY MR. BOWDLER:
5  Q   Good morning, Mr. Venable.  My name is Bryan
6      Bowdler.  I'm one of the attorneys for Smith
7      International in your lawsuit and we're here for
8      your deposition today.  Just to start with, and I
9      know you've been in -- I've taken your deposition
10     before your other loss that you have pending
11     against International, correct?
12  A   That's correct.
13  Q   Okay, and other than that deposition, have you ever
14     given a deposition before?
15  A   No, that was my only one.
16  Q   Okay, while maybe you probably remember some of the
17     general stuff, I'll just kind of go over it again
18     today.  Just -- I'm gonna ask you a few questions
19     here today and it's your job just to answer them to
20     me -- answer them to the best of your knowledge and
21     truthfully, and you --
22     MR. ST. PE':
23        One second.  I'm sorry.
24     MR. BOWDLER:
25        Sure, no problem.  Off the record.

**6**

1      (REPORTER'S NOTE:
2         Whereupon an off-the-record discussion
3         was held, after which the proceedings
4         continued as follows:)
5  BY MR. BOWDLER:
6  Q   All right, and Mr. Venable, you understand that
7      you've been placed under oath here today?
8  A   Yes.
9  Q   And you understand that's the same oath you would
10     take as if you were testifying in a court of law,
11     correct?
12  A   Yes.
13  Q   Okay, and you do understand that the same penalties
14     for perjury apply with respect to your testimony
15     today as you would in a court of law, correct?
16  A   Yes.
17  Q   As you see, we have a court reporter here that's
18     taking a transcript of everything that we say here,
19     so in response to my questions, I need you to
20     answer my questions verbally and not with nods of
21     your head and things like that, okay?
22  A   Yes.
23  Q   And, likewise, if you do things like uh-huh, uh-uh,
24     things like that, if you do respond to one of my
25     questions with that, I might just ask you to

**7**

1      clarify.  I'm not picking on you, I'm just making
2      sure we have a clear record, okay?
3  A   Understood.
4  Q   Okay, and if you would, please do you your best to
5      try and wait until I'm done asking my question
6      before you start to answer, and likewise, I'm gonna
7      do my best to wait til you're totally done with
8      your answer before I ask another question, okay?
9  A   Okay.
10  Q   If I ask you a question at some point today and you
11     don't understand it, either because I've worded it
12     very poorly and I just asked a, you know, bad
13     question, please tell me so I can rephrase it and
14     ask it in another clearer way, okay?
15  A   Okay.
16  Q   And if I do ask you a question and you proceed to
17     answer, I'm going to assume that you understood my
18     question fully; is that fair?
19  A   That's fair.
20  Q   Likewise, in response to one of my questions, I
21     don't want you to guess or speculate.  Just, you
22     know, tell me what you know.  If you are kind of
23     guessing or speculating, please say so as part of
24     your answer, okay?
25  A   Will do.

**8**

1  Q   During the course of our deposition today, your
2      attorney may object to some of my questions.  If
3      so, let him watch his objection for the record, and
4      unless he instructs you otherwise, you can go ahead
5      and answer my question, if you can, okay?
6  A   Okay.
7  Q   Finally, if there's any point today that you need
8      to take a break for whatever reason, just say so,
9      we'll stop.  It's not an endurance contest or
10     anything, so the only thing I'm gonna ask is if I
11     have asked you a question, I'm gonna need you to
12     answer my question before we take a break, okay?
13  A   Okay.
14  Q   And, Mr. Venable, is there anything today that
15     would prevent you from understanding my questions
16     fully, other than me asking a poor question?
17  A   No.
18  Q   Anything, as we sit here today, that would prevent
19     you from answering my questions truthfully?
20  A   No.
21  Q   All right, and, Mr. Venable, what, if anything, did
22     you do to prepare for today's deposition?
23  A   I sat in my attorney's office for about ten
24     minutes.
25  Q   And just, for the future, if it involves --

**9**

1  something involves a conversation with your
2  attorney, don't tell me the contents of your
3  conversation.
4  A  That's the only thing I did.
5  Q  Okay.  And so, I take it, you did not review any
6     documents?
7  A  I did not.
8  Q  Did you do any kind of independent research into
9     the law that's at issue in this case to prepare for
10    today's deposition?
11 A  No.
12 Q  Did you do any kind of independent research into
13    other similar claims for overtime by people like
14    yourself --
15 A  I did no research.
16 Q  Did you do any kind of research into other overtime
17    lawsuits against Smith or Schlumberger?
18 A  Research?  No.
19 Q  Okay, and aside from your attorney, have you spoken
20    to anybody else about your lawsuit?
21 A  In the beginning I spoke to a couple co-workers.
22 Q  Do you recall their names?
23 A  One is Will Aguirre -- I think that's it, actually.
24 Q  Okay, and what -- I guess, what did you discuss
25    with Mr. Aguirre, as long as it didn't involve your

**10**

1     attorney?
2  A  He's just a personal friend.  We just -- the
3     conversation came up.
4  Q  Okay, and this was before you filed your lawsuit or
5     after?
6  A  Before.
7  Q  And what was it you talked about with Mr. Aguirre,
8     just?
9  A  I just let him know that -- what was going on -- I
10    mean, we were friends, so we talk often.  Like I
11    talked to him about football yesterday.
12 Q  Have you spoken with any of your other former Smith
13    colleagues about this lawsuit, other than Mr.
14    Aguirre?
15 A  No.
16 Q  All right, and if you would, just -- would you
17    state your complete name for the record, please?
18 A  Jack Venton Venable, Jr.
19 Q  And, Mr. Venable, what's your current home address?
20 A  1418 Verot Road, Lafayette, Louisiana 70506.
21 Q  And how long have you lived at that address?
22 A  Since around 2006.
23 Q  And do you own or rent the property at that
24    location?
25 A  I own.

**11**

1  Q  And what was your address prior to the Verot Road
2     address?
3  A  I believe it was 120 Hummingbird Lane, Lafayette,
4     Louisiana 70506.
5  Q  And how long did you live at that property,
6     approximately?
7  A  Less than a year.
8  Q  And did you own or rent that property?
9  A  I rented.  It was an apartment.
10 Q  And, Mr. Venable, do you have a driver's license?
11 A  I do.
12 Q  And what state issued your driver's license?
13 A  Louisiana.
14 Q  Do you happen to know your driver's license number?
15 A  I would have to look at my driver's license.
16 Q  Okay, and, and Mr. Venable, what's your current phone
17    number?
18 A  337-281-2326.
19 Q  And is that a cell phone number or a landline?
20 A  It's a cell phone number.
21 Q  And do you have a landline number?
22 A  I do, but it's just for the alarm system.
23 Q  Okay, and, and Mr. Venable, do you have a high school
24    degree?
25 A  I have a high school diploma, yes.

**12**

1  Q  What school did you earn your diploma from?
2  A  H.L. Bourgeois in Houma, Louisiana -- or Gray,
3     Louisiana.
4  Q  And what year did you graduate high school?
5  A  2000.
6  Q  Do you have a college degree, Mr. Venable?
7  A  No.
8  Q  Have you ever taken any college courses?
9  A  I've taken an online class, but I've never
10    completed anything.
11 Q  Do you hold any kind of certifications or licenses,
12    other than a driver's license?
13 A  No.  I mean, Smith sent me to some schools, but
14    that's all expired.
15 Q  Okay, and nothing from like a government like
16    certified welder --
17 A  Oh, no, it's like CPR class and stuff.
18 Q  Gotcha.  Gotcha.  And following high school -- what
19    did you do following high school; did you start
20    working, or?
21 A  Following high school, I went straight into the
22    military.
23 Q  And what branch of the military did you go in?
24 A  Army.
25 Q  And were you enlisted --

**13**

1  A   I was enlisted.
2  Q   What was the highest rank you earned?
3  A   E4.
4  Q   Okay, and I guess when you first joined, what --
5      what was it you did in the Army; infantry, or?
6  A   I was infantry.
7  Q   You were infantry, okay.  And were you in the
8      infantry for the entire duration of your service?
9  A   Yes.
10  Q   And how long were you in the military?
11  A   Nine years.
12  Q   And I guess where were you based out of?
13  A   So part of that nine years was active.  Some of it
14      was National Guard.  I've been based numerous
15      places, Fort Benning, Georgia, Fort Hood, Texas,
16      Fort Irwin, California, Germany.  I also did two
17      tours in Iraq.  I was in Kuwait.
18  Q   And just kind, roughly, year-wise, what point did
19      you go into the National Guard?
20  A   2004.
21  Q   Okay, so I guess from 2000, 2004 you were active
22      duty military -- Army and National Guard?
23  A   So I joined as National Guard, but then I was
24      activated to Title 10, which is full, active duty
25      during that time.

**14**

1  Q   Gotcha.
2  A   So it's -- it's a mixture of both.
3  Q   Okay, gotcha.  And, I guess, I know you said you
4      were in the infantry, but kind of what,
5      specifically -- did you have like a specialty
6      within the -- what you did when you served?
7  A   Throughout my career in the infantry, I did,
8      basically, all the aspects of infantry from
9      rifleman to heavy gunner.  I was a Bradley gunner,
10      Bradley commander, Bradley driver, squad leader.
11  Q   And sorry, just for somebody who is not familiar
12      with military, what's a Bradley?
13  A   A Bradley is a tank.
14  Q   Oh, it's a tank, okay.
15  A   Yeah.
16  Q   Gotcha.  Okay, and following your time in the
17      military, with whom did you go to work for?
18  A   After?  Numerous companies.  I worked for BJ
19      Services.  I worked for Schlumberger.  I worked for
20      Baker Hughes.  Some of those are multiple times.
21      I've worked multiple times for BJ and multiple
22      times for Baker and multiple times for
23      Schlumberger/Smith.
24  Q   Okay, and for -- I guess starting with BJ Services,
25      what was the time period that you worked with

**15**

1      them -- and it doesn't have to be really specific,
2      just generally?
3  A   I don't remember the exact days, but it was 2002,
4      2003, maybe.  I worked for BJ before I went to
5      Iraq.  While I was working for them, I got
6      activated to go active duty, so technically, I
7      worked for them five or six years, but most of that
8      was gone in the military where they had to hold my
9      position.
10  Q   And what was your job title, position with BJ
11      Services?
12  A   I had multiple.  I started out on a frac boat as a
13      pump operator.  I worked in coil tubing for them.
14      I worked as a tong operator, then I got promoted to
15      a torque-turn operator and eventually I was a
16      senior service supervisor.
17  Q   Okay, and, I guess, just for the period of time
18      when you were an equipment operator on a -- you
19      said a frac boat?
20  A   Uh-huh (yes).
21  Q   Okay, what was kind of the nature of your work;
22      what were you doing?
23  A   At that point it was an entry-level position.
24      Basically, running all the equipment on the frac
25      boat, cleaning, maintenance.

**16**

1  Q   And then when you said -- what was involved with
2      the coil tubing work that you did?
3  A   So coil tubing, I was an equipment operator.
4      Basically, manually rigging up all the equipment,
5      running the equipment, tearing down the equipment.
6  Q   And then you also did -- was it tong --
7  A   Tong.  I was a tong operator, which is running the
8      piece of equipment that screws pipe together, in
9      layman's terms.
10  Q   And then what kind of work were you doing as the
11      senior service supervisor?
12  A   Basically, the same -- all the same things, just --
13      once you learn how to run everything, you become a
14      supervisor and you have a few people that work with
15      you or below you.
16  Q   Okay, and when you said you worked for BJ Services
17      from 2002-2003, is that the active time period that
18      you worked with them, if you can remember?
19  A   I worked at BJ Services on frac boats.  That was
20      only four or five months.  They sold the frac boat,
21      so they transferred me to coil tubing.  I did that
22      about a year, then I got activated to go to Iraq.
23      When I came back, they had -- BJ purchased another
24      company called Cajun Tubular and I had former
25      experience doing that, so I transferred to that

**17**

1    division and I worked there another three or four
2    years -- two years, maybe more.
3  Q    And -- sorry, go ahead?
4  A    That was it.  And then I left.
5  Q    Okay, and I guess, what was the time when you left,
6        just approximately?
7  A    Maybe 2007 or '08.
8  Q    Okay, and who did you go to work for post-BJ
9        Services; was that Baker Hughes?
10  A    Baker Hughes.
11  Q    And, just again, kind of roughly speaking, what
12       time period did you start with Baker Hughes?
13  A    Maybe around 2008ish -- I mean, directly after.  I
14       left one job to go straight to another.
15  Q    Sure.  And what was the nature of your -- what kind
16       of work did you do with Baker Hughes?
17  A    So at Baker Hughes is when I started running
18       reamers.  I was a reamer hand.
19  Q    And then just, generally speaking, what is involved
20       with being a reamer hand when you were working with
21       Baker Hughes?
22  A    Everything from working in the shop, building
23       tools, assembling them, inspecting tools, tearing
24       the used ones down, clean them up to rebuild them,
25       to go in two locations and operated those tools.

**18**

1  Q    And where -- I guess where, physically, did you
2        work out of with -- when you worked at Baker
3        Hughes?
4  A    My office was in Broussard, Louisiana, so I was
5        either working there or at any remote location.  It
6        could've been anywheres -- anywheres in the world.
7        I've worked multiple countries, multiple locations,
8        deep water, land, everywhere.
9  Q    So kind of wherever Baker Hughes sent you, that's
10       where you went?
11  A    Correct.
12  Q    And, roughly, around what time period did you stop
13       working for Baker Hughes?
14  A    The day that Schlumberger or Smith offered me a
15       job.  I don't remember if it was 2011 or '12.
16  Q    Okay, and --
17  A    And I might be wrong on those dates.
18  Q    Oh, yeah.  No, I understand it's been a long time,
19       so we're not holding you necessarily to that.
20       Okay, and that was that time you said you were
21       worked for Smith/Schlumberger?
22  A    Correct.
23  Q    Okay, and --
24  A    It may have been '14, but I don't remember.  I
25       stopped working in '17 -- I worked there, like,

**19**

1        three years.
2  Q    And I know you have another lawsuit pending against
3        Smith, correct?
4  A    That is correct.
5  Q    And that involves -- you've got claims for -- in
6        connection with your disability benefits and then
7        some claims regarding disability discrimination,
8        correct?
9  A    That is correct.
10  Q    Okay, and other than that lawsuit, are you -- have
11       you ever been involved in any other lawsuits?
12  A    No.
13  Q    Have you ever filed --
14  A    I take that back.  Yes, I have.
15  Q    Okay --
16  A    But it was -- I got a postcard from Baker Hughes
17       opting me into an overtime lawsuit, but I -- I
18       wasn't a plaintiff.  It wasn't a case.  It was just
19       an opt-in and then two years later, a check arrived
20       at my door.  I never talked to no one and never
21       seen an attorney.  It never was disposed.  I didn't
22       even know what was going on, to be honest.
23  Q    Okay, do you recall approximately the time period
24       that was that you got that notice?
25  A    I don't remember when I got it because I honestly

**20**

1        don't ever remember opting in.  It might've been
2        something automatic, but I don't know.  By the time
3        I got the check, I was multiple years into
4        Schlumberger and Smith.  I honestly don't even
5        remember opting in.  I want to say it was every
6        single employee cause every single person I know
7        that worked for Baker was opted in.
8  Q    Do you happen to remember if it was a lawsuit or
9        was it an investigation by the Department of Labor,
10       any details that you recall?
11  A    I honestly don't know.  I just know that -- no, I
12       don't know what it was.  I just know it was being
13       represented by Nations Law Firm somewhere in a
14       different state and they contacted me and that's
15       it.
16  Q    And, other than -- I guess, other than this case
17       and your other case against Smith, have you ever
18       been a witness in any other civil lawsuit?
19  A    Never.
20  Q    And have you ever filed for bankruptcy?
21  A    Never.
22  Q    And other than something other than like minor
23       traffic stops, have you ever been convicted of a
24       crime?
25  A    I had -- I was arrested for something that was

**21**

```
 1      all -- everything was dismissed.
 2   Q  So after your work, you were arrested and the DA
 3      didn't prosecute you for anything and dismissed all
 4      the charges?
 5   A  Everything was put on a Code 893 and I was pardoned
 6      of everything.
 7   Q  Okay, while you haven't been convicted, have you
 8      ever been -- have you ever pled no contest in any
 9      criminal charges?
10   A  Not that I'm aware of.  My attorneys handled
11      everything.
12   Q  Sure.  I guess, other than the one time that you
13      had been charged, have you ever been arrested any
14      other time?
15   A  Oh, no.  No.  Never.
16   Q  Okay, and then for our lawsuit that we're here for
17      today, what is your understanding of the claims
18      that are being asserted in this lawsuit?
19   A  The understanding that I have is that Schlumberger
20      wasn't properly paying me the correct amount.
21   Q  Okay, and as part of that, you're seeking -- is it
22      true -- correct that you're looking to receive
23      overtime compensation that you believed you were
24      owed?
25   A  That's correct.
```

**22**

```
 1   Q  Okay, and other than seeking overtime compensation,
 2      are there any other claims that you're asserting in
 3      this lawsuit?
 4   A  I have not talked to my attorney about that, so I'm
 5      not aware.
 6   Q  Do you know what statutes are being alleged that
 7      were violated?
 8   A  I do not.
 9   Q  And are you aware of any documents that would
10      support your claim that you should've been paid
11      overtime compensation?
12   A  The only documents that I have is my work schedule
13      of where I was and how long I worked.
14   Q  And are you aware of any other individuals who
15      might have information that would support your
16      claim for unpaid overtime?
17   A  Other than the other people that had the same
18      position of me.  That's really the only people I
19      would know.
20   Q  And then, I guess, if you would, who do you
21      remember working with and having the same position
22      for you as you -- let's just say from 2014 through
23      the end of your employment?
24   A  I mean, I remember the names of numerous coworkers,
25      William Aguirre, Colt Johnson, Jeremy Sonnier, Ryan
```

**23**

```
 1      Thompson -- there were 30 of us.  I don't remember
 2      all their names, but there's a bunch of us.
 3   Q  Sure.  And those are all folks that were reamer
 4      hands?
 5   A  They were the reamer hands assigned to my area.  I
 6      mean, I'm sure there were more elsewhere.  That's
 7      just the ones that fell under the same, I guess,
 8      office as me.
 9   Q  Sure.  And what information would these individuals
10      have to -- that would support the claim for unpaid
11      overtime compensation, if you know?
12   A  Other than them just doing this same job as me, so
13      they would be able to collaborate the type of work
14      I did, the number of hours I worked and the areas
15      we worked.  Other than that, I don't -- I don't
16      know of any other support there would give.
17   Q  Sure.  During the time that you worked for Smith as
18      a reamer hand, did you ever complain to your
19      managers about compensation issues?
20   A  About the amount that we got paid?
21   Q  Anything, the amount or whether -- if you ever
22      complained and you thought you were -- that you
23      thought you were entitled to overtime, a mistake on
24      your pay statement, any kind of complaint involving
25      your compensation?
```

**24**

```
 1   A  Well, there was always talk about getting paid
 2      more.
 3   Q  Can't blame you on that one.
 4   A  Yeah, I mean, that's just common in the industry, I
 5      guess.
 6   Q  And did you ever complain to your managers that you
 7      felt you should've been being paid overtime?
 8   A  I don't recall that exact conversation or anything.
 9   Q  And the lawsuit we're here for, that was filed in
10      February of 2016; is that correct?
11   A  I don't remember when I filed.  It was -- you can
12      see I'm off on my dates cause I thought I worked
13      til '17, so this was after, so apparently, it was
14      before that.
15   Q  Sure.  So, Mr. Venable, I'm gonna hand you a
16      document we're gonna mark as Exhibit 1.
17          (REPORTER'S NOTE:
18             Whereupon a document was marked for
19          identification as "Exhibit 1," and same is
20          attached hereto at the end of the deposition.)
21   BY MR. BOWDLER:
22   Q  Take a minute to look at that.
23   A  (Reviewing document.)
24   Q  And this is a copy of the complaint that was filed
25      in this case; is that correct?
```

**25**

1  A   That's what it appears to be.
2  Q   And have you seen this document before today?
3  A   I don't recall the exact document.  I'm not saying
4      that my attorney didn't email it to me or something
5      three years ago, but.
6  Q   Sure.
7  A   Well, I signed it, so I guess I've seen it.
8  Q   Sure.  And you approved the filing of this lawsuit
9      on your behalf, correct?
10 A   I did.
11 Q   And you understand that the case was filed a
12     collective action?
13 A   I believe so, yes.
14 Q   Okay, what's your understanding of what it means
15     for the case to have been filed as a collective
16     action?
17 A   To my knowledge, it's similar to the one that Baker
18     where just a bunch of people get together and
19     disagree or have the same thing and then it gets
20     processed at once.
21 Q   Okay, did you authorize this suit to be filed as a
22     collective action?
23 A   Yes.
24 Q   If you would, take a look at paragraph number one
25     of the complaint?

**26**

1  A   (Complying.)  Okay.
2  Q   And that states that you were bringing a claim to
3      recover unpaid overtime pursuant to the Fair Labor
4      Standards Act; is that correct?
5  A   That is correct.
6  Q   When did you first become aware that there may have
7      been issues related to the payment of overtime for
8      reamer hands like yourself employed by Smith?
9  A   When did I notice that something was incorrect?
10 Q   Yeah, when did you first become aware the fact that
11     maybe something was wrong and we should've been
12     paid overtime?
13 A   I don't remember the exact date, but whenever
14     numerous other companies were having similar
15     lawsuits, that's when I realized that I should've
16     been getting something.
17 Q   And the other lawsuits, were those lawsuits
18     involving reamer hands as well or was it just kind
19     of general that there were a bunch of overtime
20     lawsuits you became aware of?
21 A   They were general across the oil field, and most of
22     it was hearsay and I didn't really understand
23     everything until I spoke to an attorney.
24 Q   And, again, just -- it doesn't need to be exactly
25     specific here, but approximately, when did you

**27**

1      decide you wanted to file a lawsuit for unpaid
2      overtime against Smith?
3  A   I don't exactly remember the date when I decided to
4      file.  It was a long process that -- it wasn't just
5      like a one-day decision.  I was actually contacted
6      by a couple attorneys asking if I wanted to, and
7      then it took me months to find an attorney cause
8      all the attorneys that contact you, the -- they
9      seemed to be just doing it for them and not for me,
10     so I chose not to do it until I found St. Pe' who
11     decided to take the case with, you know, a more
12     reasonable percentage, I guess.  That's what made
13     my decision cause, I mean, some people wanted
14     almost 50 percent, then if it went to trial they
15     wanted additional payments and all kind of stuff,
16     so I thought they were trying to take advantage of
17     me.  So it took a long time to make a decision.
18 Q   Do you recall what attorneys it were that contacted
19     you prior to you hiring Mr. St. Pe'?
20 A   I don't remember the name.  I do know one of the
21     attorneys was the same attorney that was involved
22     in the Baker Hughes overtime lawsuit.  They reached
23     out because they said I had the same -- I was
24     getting paid the same -- like both companies, so
25     they sent me over their contract and stuff to sign

**28**

1      and after I read it, it was so one-sided, I started
2      looking for other attorneys, but attorneys that do
3      this are not very easy to find cause it's not
4      personal injury.
5  Q   Did you see any kind of advertising about filing
6      lawsuits like filing an overtime lawsuit?
7  A   On TV?
8  Q   Yeah, or billboards or anything like that?
9  A   Yes, one.
10 Q   Did that influence your decision at all?
11 A   No, it helped me find an attorney.  And it wasn't
12     really related to overtime, but no attorneys I
13     found were local, and then I seen his commercial,
14     but I don't think it was for overtime, that made me
15     find me an attorney, but it didn't sway the
16     decision that I was looking for.
17 Q   Other than attorneys, were you approached by
18     anybody about potentially filing an overtime
19     lawsuit against Smith?
20 A   No.
21 Q   When you decided to file -- that you were gonna
22     file your lawsuit, did you approach anybody, other
23     non-attorneys, like any other former coworkers
24     about joining you in your lawsuit?
25 A   Initially, no.  Once I decided to, I spoke to other

**29**

```
 1    people to see how they were feeling, that's about
 2    it.
 3  Q   And what were the responses you received from the
 4    individuals you spoke with?
 5  A   Well, some of them were interested in what was
 6    going on.  Some of them -- a lot of them were
 7    interested.  A lot of them didn't want to
 8    participate because they were scared of getting
 9    blacklisted affecting their career.
10  Q   And prior to filing your lawsuit, did you do any
11    kind of investigation into the law that's at issue
12    in the case?
13  A   No.
14  Q   And did you do any kind of research into the
15    other -- any other lawsuits involve reamer hands or
16    Smith or Schlumberger?
17  A   No.
18  Q   If you would, go back to Exhibit 1, and if you look
19    at -- on the first page, there's actually two
20    paragraphs that are numbered Paragraph 2, if you
21    would, take a second and read the second number
22    two.  It starts with, "Plaintiffs and coworkers."
23  A   (Complying.)  Okay.
24  Q   And just, what facts are you aware of that support
25    the allegations in that Paragraph 2?
```

**30**

```
 1  A   Are you talking about the second number 2?
 2  Q   The second number 2, yeah.  It says:
 3        (Reading) Plaintiffs and coworkers were
 4    employed by Defendant as reamer hands.
 5  A   (Reading) Performing technical and manual labor job
 6    duties for flowback and pressure control jobs.
 7        So, I mean, everything is correct in there.  I
 8    wouldn't exactly describe my job being part of -- I
 9    mean, it can be, but part of flowback and pressure
10    control.  It was more in the drilling process, but
11    it's not completely incorrect either.
12  Q   And, I guess, what facts are you aware of to
13    support that -- to support that you were doing, I
14    guess, technical and manual labor job duties?
15  A   What facts that I was performing technical and
16    manual?
17  Q   Yeah?
18  A   Well, sometimes I had to do calculations on a
19    computer and sometimes I had to swing a hammer, so
20    one's technical, one's manual.  I really didn't --
21    does that make sense?
22  Q   No, I understand --
23  A   That's -- I'm not trying to be smart, in a way I
24    just --
25  Q   I understand.  I didn't take it that way, but yeah,
```

**31**

```
 1    things like that, like what aspect of your job
 2    involved, you know, manual labor job duties and
 3    what aspects involved, you know, performing
 4    technical job duties?
 5  A   So, I mean, there's lots of examples.  I mean,
 6    there's lots of technical as far as, you know,
 7    calculations, gathering information and making
 8    decisions based off of that information and then
 9    there's lots of physical.  The tools were very
10    heavy, I mean, everything's very heavy.  So it took
11    a lot of manual labor to set up those tools, to do
12    maintenance on those tools, very long hours.
13    Sometimes that's considered -- to me, that's manual
14    when you got to stay up 30 hours in a row.
15  Q   And then, if you would, turn the page?
16  A   (Complying.)
17  Q   And then, if you would, take a look at paragraph
18    5 -- I'm sorry, at page 5, and it's the paragraph
19    number 31?
20  A   (Complying.)  Okay.
21  Q   Okay, and then just kind of -- same question:  What
22    facts are you aware of that would support the
23    allegations in paragraph 31?
24  A   (Reviewing document.)  So most of the time we were
25    working, we were working very long hours and
```

**32**

```
 1    there's a difference between knowing you're
 2    supposed to be getting something and you wasn't.
 3    And so part of the time I was working in this
 4    industry, you know, I wasn't aware that I was
 5    supposed to be getting overtime and it's not
 6    something you bring up because it's one of those
 7    jobs where this is what we pay you, if you don't
 8    like it, go somewhere else.
 9  Q   And, I guess, how did you learn that you were
10    supposed to be paid overtime?
11  A   Just through hearsay of other people talking and
12    then, you know, people started getting in lawsuits
13    and then, you know, people contacting you, so you
14    know, you're supposed to be getting this.
15  Q   Okay, and I apologize cause I might've asked you
16    this earlier, but if not, I just -- you have
17    another lawsuit against Smith currently, correct?
18  A   I currently am in a lawsuit with Smith for a
19    different reason, yes.
20  Q   Right, and that's the lawsuit in connection with
21    your disability benefits --
22  A   That's correct.
23  Q   -- and in connection with your termination,
24    correct?
25  A   That's correct.
```

**33**

1  Q   I'm sorry, I didn't think I asked you that before.
2  A   That's okay.
3  Q   Okay, and you started your employment with Smith
4      around -- do you recall when it was that you
5      started; was it around 2012 -- July 2012?
6  A   Somewhere around there.
7      MR. BOWDLER:
8          I'm gonna hand you a document we're gonna
9      mark as Exhibit 2.
10     (REPORTER'S NOTE:
11         Whereupon a document was marked for
12     identification as "Exhibit 2," and same is
13     attached hereto at the end of the deposition.)
14     MR. ST. PE':
15         Are we gonna keep documents in order to
16     like through all these depositions; do you
17     want to do it that way?
18     MR. BOWDLER:
19         We can or we can start with "1" each time
20     or whatever your preference is.  I'm fine
21     either way.
22     MR. ST. PE':
23         I prefer to keep them sequential.
24     MR. BOWDLER:
25         Okay, yeah, that's fine by me.

**34**

1  BY MR. BOWDLER:
2  Q   And then, if you would, just look at the second
3      page and then about the middle of the page, it says
4      you were referred to Smith through Mr. Aguirre?
5  A   That's correct.
6  Q   Okay, and I guess, you talked about -- you're
7      friends with Mr. Aguirre, you were friends with him
8      pre your employment with Smith?
9  A   So me and Mr. Aguirre met at Baker Hughes.  We were
10     both reamer hands at that company and numerous
11     people chose to leave Baker to go to Smith.
12 Q   And when you initially -- when this lawsuit was
13     initially filed, Mr. Aguirre was a co-plaintiff
14     with you, correct?
15 A   Initially, yes.
16 Q   And how long did you know Mr. Aguirre -- have you
17     known Mr. Aguirre?
18 A   So I met Mr. Aguirre the day I started at Baker
19     Hughes, whichever day that was.  Before that, I
20     never knew him before.  We were just coworkers.
21 Q   Did you -- prior to applying with Smith, did you
22     discuss what it was like working with Smith --
23     working at Smith with Mr. Aguirre?
24 A   No.  I mean, everyone knows, you know, there's
25     not -- it's a very small industry, so everybody

**35**

1      knows what it's like working for other companies
2      cause you work with those people all the time on
3      and off.  I didn't need to get input from Will
4      because I already knew.
5  Q   Okay.  And when you applied, you applied
6      specifically to be a reamer hand; is that correct?
7  A   That's correct.
8  Q   And when you applied, was it just kind of a cold
9      application or were you responding to an ad or it
10     was just kind of knowing the industry that Smith
11     was hiring?
12 A   I guess at that point in time it was a little
13     different where I just wanted to work for Smith, so
14     I just walked in the door and I said my name's Jack
15     Venable, and they already knew of me, so they hired
16     me on the spot -- oh, and they made me do stuff
17     like this as a technicality, here, fill this out,
18     go online, sign some papers and you can start
19     immediately.
20 Q   Okay, did you have to go through any kind of
21     interviews or anything like that?
22 A   I did, and I sat down with the vice president at
23     the time and also went through, you know, medical
24     evaluations, drug tests and all the normal stuff.
25 Q   Do you happen to remember who the VP was at that

**36**

1      time?
2  A   I don't recall his name, but if someone said it, I
3      would remember.  He wasn't there very long cause
4      Schlumberger bought out Smith and -- they liked to
5      change stuff.
6      MR. BOWDLER:
7          I'm gonna hand you a document we're gonna
8      mark as Exhibit 3.
9      (REPORTER'S NOTE:
10         Whereupon a document was marked for
11     identification as "Exhibit 3," and same is
12     attached hereto at the end of the deposition.)
13 BY MR. BOWDLER:
14 Q   Okay, and, Mr. Venable, this is an offer letter
15     offering you employment with Smith as a SERVCO
16     field specialist, correct?
17 A   (Reviewing document.)  That is correct.
18 Q   And you accepted the offer of employment, correct?
19 A   I did.
20 Q   And at the time you were -- you would be working
21     with SERVCO, which was a business unit of Smith
22     Services; is that correct?
23 A   It was a very brief name change that they failed
24     miserably, so they changed it again, yes.
25 Q   And where it says, "grade," you started at what it

9 (Pages 33 to 36)

**37**

```
 1    says a G10 grade?
 2  A   That's correct.
 3  Q   And at that time when you started your monthly
 4    salary was $4,725 per month, correct?
 5  A   That was my base, yes.
 6       MR. BOWDLER:
 7          I'm gonna hand you what we're gonna mark
 8    as Exhibit 4.
 9       (REPORTER'S NOTE:
10          Whereupon a document was marked for
11    identification as "Exhibit 4," and same is
12    attached hereto at the end of the deposition.)
13  BY MR. BOWDLER:
14  Q   Have you seen this before today, Mr. Venable?
15  A   (Reviewing document.)  I believe so, yes.
16  Q   Okay, and this is a copy of what's called your
17    employee mini file, which is a personnel file
18    document that Smith keeps, and I just kind of
19    wanted to walk through your basic employment
20    information at the bottom.  And then, according to
21    this document, your title was -- you were a SERVCO
22    field specialist from July 2012 through about
23    February of 2014; is that correct -- if you have
24    trouble reading it, let me know --
25  A   No, I can read it.  I mean, I basically had the
```

**38**

```
 1    same position the whole time.  They changed the
 2    name of the position many, many times.  They
 3    changed their grades multiple times, so yes, I had
 4    the same position all the time.  I don't really
 5    know what they mean by -- I mean, it says DT&R
 6    field specialist, but I was called many things:
 7    Senior service supervisor, field specialist, reamer
 8    hand.  The company was Smith Services, which got
 9    bought out by Schlumberger and then Schlumberger
10    didn't know what to do with it, so they kept
11    changing -- you know, we're gonna call you SERVCO,
12    but then they realized, well, no one knows what
13    SERVCO is, so we're gonna change you back to Smith
14    and then Smith -- Schlumberger Company and then
15    eventually Schlumberger.  So every time there was
16    one of those changes, there's a change in a label
17    somewhere, but it doesn't change the job or the --
18    what I did.
19  Q   Okay, so from the start of your employment in July
20    of 2012 til it came to an end, you basically -- you
21    performed the same job function, despite what your
22    job title was?
23  A   Correct.
24  Q   Okay, and then, at least according to this, from
25    about August 2013 until February 2014, it lists
```

**39**

```
 1    your base salary as $58,450; is that correct?
 2  A   It was 58,450 and ended at just over 60.
 3  Q   Right.  Right, and for that period of time, the
 4    August 2013 to February 2014, does that -- is that
 5    about what you recall your salary being?
 6  A   Sure, I remember getting started at 56,7 and
 7    getting two raises to just over 60.  I do remember
 8    that.
 9  Q   Okay, and again, even with the changes in salary,
10    your job duties remained the same the whole time?
11  A   Correct.
12  Q   And your employment with Smith came to an end in
13    2015, correct?
14  A   I believe so, yes.
15  Q   And that was -- you were laid off at that time,
16    correct?
17  A   I was terminated.
18  Q   You were terminated, okay.  And at the time you
19    were terminated, you were offered a severance
20    package; is that correct?
21  A   I was offered some money to sign a bunch of waivers
22    that didn't make no sense to me.  They can call it
23    whatever they want.
24       MR. BOWDLER:
25          I'm just gonna hand you a document we'll
```

**40**

```
 1    mark as Exhibit 5.
 2       (REPORTER'S NOTE:
 3          Whereupon a document was marked for
 4    identification as "Exhibit 5," and same is
 5    attached hereto at the end of the deposition.)
 6  BY MR. BOWDLER:
 7  Q   And this is a letter where you acknowledge
 8    receiving a waiver and release agreement; is that
 9    correct?
10  A   That's correct.  I did receive it.  I asked for
11    four or five extensions so I could have time for an
12    attorney to approve it, and that was denied.
13  Q   Okay, and as you said, you were part of the
14    severance package or amount that you were offered
15    and your termination was conditioned on you signing
16    the waiver and release agreement?
17  A   Correct.  I mean, I honestly don't even remember
18    how much money they offered me.  It was a
19    substantial amount of money, but it was all
20    contingent to me signing a bunch of releases and I
21    did not have enough time for an attorney to look at
22    it, so it expired.
23  Q   During the time you worked for Smith, who were your
24    direct supervisors?
25  A   Shawn Reeves and David Voisin.  They were both
```

**10 (Pages 37 to 40)**

**41**

```
 1    basically the same position, depending on what tool
 2    you ran.  So if I was running a whipstock tool, I
 3    reported to Shawn Reeves.  A reamer would go under
 4    David Voisin.
 5  Q   And with Mr. Reeves, did you interact with Mr.
 6    Reeves a lot?
 7  A   I mean, here and there we had slight conversations,
 8    but not a lot.
 9  Q   And I guess when you would -- when you would have
10    interactions with Mr. Reeves, how would those be;
11    in person, telephone, email?
12  A   All of the above, and it most of it was, this is
13    the job you need to do, this is where we need you
14    to go.  Basically, that's it.
15  Q   So, I guess, most of your interaction with him was
16    he would be assigning you to a job and giving you
17    the details of it?
18  A   Correct.  He coordinated all the jobs, set
19    everything up and did all the planning.
20  Q   When you would be -- when you were running a job
21    for Mr. Reeves, how much interaction would you have
22    with Mr. Reeves when you were at the job site?
23  A   It'd all depend on what kind of job it was, what
24    kind of problems you were having, so anytime we had
25    any irregulars, I had to call him.  And I also sent
```

**42**

```
 1    him daily reports, sometimes twice a day, on what
 2    was going on and he would get those reports and
 3    then change the plans if necessary.  Or, like I
 4    said, if there was a problem, something wasn't
 5    going right, I'd call him and say, hey, what do I
 6    do now.
 7  Q   And those kind of calls, you'd call Mr. Reeves and
 8    say this is the problem, we've tried this, and
 9    you'd kind of talk about what your options would be
10    going forward?
11  A   Correct.  So any -- any irregulars, no matter how
12    big or small, you were required to call in, let him
13    know what was going on and they would give you a
14    plan of correction or something to remedy that
15    situation.
16  Q   And the jobs you worked with Mr. Reeves, were those
17    whipstock jobs?
18  A   Both whipstocks and reamers, depending on the time.
19    So when I first started, we was completely under
20    Mr. Reeves and they basically kept two shops, one
21    in Houma, one in Broussard, and eventually, they
22    moved us to Houma, which we fell under David
23    Voisin, so they kind of -- you know, that was one
24    of the Schlumberger changes that kind of got booked
25    under reamers and whipstocks.
```

**43**

```
 1  Q   And do you remember when that was, approximately,
 2    when the -- you went under Mr. Voisin?
 3  A   It's within the first year of employment.  I don't
 4    remember the date.  I mean, we always worked with
 5    both of them, but the date that we actually like
 6    formally fell under, I don't remember.
 7  Q   Did you work with one more than the other?
 8  A   In the beginning, it was more Shawn Reeves and then
 9    towards the end, it was more David Voisin.
10  Q   Did you get along with Mr. Reeves?
11  A   I had no quarries with him, no.
12  Q   And just based on your interactions with Mr.
13    Reeves, do you believe he was honest with you in
14    his interactions with you?
15  A   I don't believe he intentionally lied to me, no.
16  Q   Then, I guess, do you believe he unintentionally
17    lied to you?
18  A   No, not that I can recall.
19  Q   And then just with Mr. Voisin about how -- was your
20    level of interaction with him as similar as Mr.
21    Reeves?
22  A   Very similar.
23  Q   So he would give you your assignment and then if
24    there were problems during it, you would touch base
25    with him?
```

**44**

```
 1  A   Correct.
 2  Q   Okay, and did you get along with Mr. Voisin?
 3  A   Sure.
 4  Q   I guess, same -- based on your interactions with
 5    Mr. Voisin, did you think he was honest with you in
 6    his interactions with you?
 7  A   From what I seen, yes.
 8  Q   And do you recall -- just with your time with
 9    Smith -- who your indirect supervisors were, so if
10    there was one level above Mr. Voisin and Mr.
11    Reeves?
12  A   That position changed numerous times.  I don't -- I
13    don't really remember their names right offhand.
14    And there wasn't much higher.  I mean, it was
15    literally them, vice president to -- from there,
16    it's like the person over the entire United States,
17    but it's different segments.  Like they got this
18    guy right here that no one can say his name, he was
19    the HR person.
20  Q   Okay.
21       MR. BOWDLER:
22          Do you guys mind if we take a little
23       break?
24       MR. ST. PE':
25          No, not at all.
```

**45**

1      (REPORTER'S NOTE:
2      Whereupon a short break was taken, after
3      which the proceedings continued as follows:)
4  BY MR. BOWDLER:
5  Q   Okay, Mr. Venable, do you know an individual by the
6      name of Brent Kemp?
7  A   Brent Kemp was a reamer hand.  I don't -- I don't
8      think I've ever personally worked with him, that I
9      can recall.  I've heard of him.
10 Q   Okay, but you never worked with him?
11 A   I don't think so, no.
12 Q   And did you ever have any other kind of personal
13     interactions with him, that you can recall?
14 A   Not that I can recall.
15 Q   How about an individual by the name of Karl
16     Drorbish?
17 A   No.
18 Q   How about Charles Myers?
19 A   Chuck Myers, is what I think I know, if that's the
20     same person.
21 Q   Uh-huh (yes).
22 A   Yes, I've met him once or twice in meetings.  I
23     believe I did one job with him and that's it.  He
24     was also a reamer hand.
25 Q   And, other than the couple of meetings and maybe

**46**

1      doing a job with him, any other personal
2      interactions with Mr. Myers?
3  A   No.
4  Q   And then how about -- do you know an individual by
5      the name of Joel Story?
6  A   I've also heard of Joel Story.  I think we called
7      him Brent Story.
8  Q   Uh-huh (yes).
9  A   Same thing.  He might've been in the room when we
10     had meetings.  I don't believe I had a job with
11     him.  I might've seen him in the shop working, too.
12 Q   And we talked about how you know Mr. Aguirre, did
13     you ever work any jobs with Mr. Aguirre?
14 A   I did.
15 Q   About how many, if you can recall?
16 A   Three or four, maybe, at Schlumberger and three or
17     four at Baker.
18 Q   And you said you worked a job -- that would be you
19     and he were on the rig together as the reamer
20     hands?
21 A   Yeah, there was very few jobs that required two
22     people, so I know a couple of those we considered
23     together.  You know, both of us were willing to go
24     anywhere and we also ran all the newer tools that
25     no one knew how to run, so.

**47**

1      MR. ST. PE':
2      Off the record.
3      (REPORTER'S NOTE:
4      Whereupon an off-the-record discussion
5      was held, after which the proceedings
6      continued as follows:)
7  BY MR. BOWDLER:
8  Q   When you stared to work for Smith, did you say you
9      worked out of the Broussard location?
10 A   Correct.
11 Q   But when you -- when you went out -- when you were
12     assigned a job, you would go -- you weren't working
13     in Broussard, you would've gone out to the Gulf of
14     Mexico rigs or a rig somewhere else; is that
15     correct?
16 A   It depends.  So sometimes a couple days before, you
17     would go to the shop to inspect your own tools, to
18     sometimes assemble your tools, make sure
19     everything's correct and then you would go to that
20     location wherever the job was held.  And even when
21     I was working in Broussard, I did the same thing in
22     Houma.  It depends on where the tools were, so most
23     of the reamers were built and assembled in Houma,
24     and most of the whipstocks and hole openers were
25     built and assembled in Broussard, but since I knew

**48**

1      how to do it all, whatever tool I was running, I
2      would go to that shop, assemble the stuff and get
3      it ready and then go.
4  Q   And for the rigs that you worked on when -- for
5      Smith -- were those mostly in the Gulf of Mexico?
6  A   A majority of them were in the Gulf of Mexico.
7  Q   And were they mostly on deep water rigs?
8  A   A majority of those were on deep water, also.
9  Q   And --
10 A   Well, what I mean by "deep water" is the depth of
11     water, not really how far out.  I don't know what
12     you mean by that?
13 Q   Yeah, just how far, like the depth of, I guess,
14     that versus a jackup rig?
15 A   Yeah, so most of them were on Fluoro rigs or spars
16     or -- there's lots of them -- different ways.
17 Q   Okay, and during your time with Smith, did you work
18     on any jobs outside of the Gulf of Mexico?
19 A   Yes.
20 Q   And where did you -- where were those jobs?
21 A   So I worked a lot -- you know, I did a bunch of
22     land jobs throughout the continental United States.
23     I also worked in Alaska.  I went out the country a
24     couple times.  I went to Australia, and that was
25     just for one job and I went to Angola, but I don't

**49**

1    know if Angola was Smith or Schlumberger, I don't
2    know, one of those.
3  Q   And the land jobs that you worked, do you recall
4    what states those were in?
5  A   I worked in California, Texas, Oklahoma, Indiana,
6    Louisiana, Alaska.  I've been to Arkansas, I've
7    been to Mississippi, I've been to Florida.  Now, I
8    can't say a hundred percent if I'm not confusing
9    where I went with other companies and Schlumberger,
10   but most -- most of them were with Schlumberger,
11   also, but the oil is in most of the same states,
12   so.
13  Q   Right.  Okay, and you said the time you did work
14   outside of United States while you worked with
15   Smith/Schlumberger?
16  A   I did.
17  Q   And do you happen to recall just again,
18   approximately, the time period it was that you went
19   to Australia?
20  A   Australia was probably -- when did I stop working,
21   September '15, so maybe January of '15 I went to
22   Australia or end of '14.
23  Q   And how about the same, do you remember an
24   approximate time period when you went to Angola?
25  A   That would've been -- Angola -- that was around '12

**50**

1    or '13 when I first started because I remember it
2    was when -- I wasn't working there long when I went
3    and I remember it was Schlumberger because they
4    didn't want to pay me my expenses because in
5    Angola, they didn't have many credit cards, so I
6    had to pay stuff in cash and they were, like, well,
7    you should've put it on your credit card, so I
8    remember it being Schlumberger, yeah.
9  Q   During the time that you worked with Smith and then
10   just -- when I refer to Smith, I mean it's both
11   Smith and Schlumberger kind of stuff?
12  A   Okay.
13  Q   Did you have access to any other employees'
14   personnel files?
15  A   No.
16  Q   Did you have access to any other employees' payroll
17   records?
18  A   No.
19  Q   When you -- again, this time period when you were
20   working with Smith, did you have any involvement
21   with making any policy decisions on behalf of
22   Smith?
23  A   No.
24  Q   Did you have any discussions with management about
25   compensation for other reamer hands, other than

**51**

1    yourself?
2  A   No.
3  Q   Do you have any personal knowledge about how Smith
4    formulated its compensation practices with respect
5    to reamer hands?
6  A   No.
7  Q   Did you have any responsibility as part -- or did
8    you have any responsibility when you worked for
9    Smith for ensuring compliance with any wage and
10   hour loss?
11  A   No.
12  Q   Do you have any personal knowledge about the steps
13   that Smith took to ensure compliance with any wage
14   and hour loss?
15  A   No.
16  Q   Okay, did you have any involvement with anyone at
17   Smith or any discussions about classifying reamer
18   hands as exempt from overtime?
19  A   No.
20  Q   Did you participate in any training regarding
21   compliance with any wage and hour loss?
22  A   No.
23  Q   Did you have any involvement with creating the job
24   description for the -- for the DT&R fields
25   specialist position?

**52**

1  A   No.
2  Q   Do you have any information about that Smith was
3    subject to any government investigations involving
4    the payment of overtime for reamer hands?
5  A   No.  Were they?
6  Q   Are you aware of any investigation where Smith was
7    told by a government agency that it was violating
8    the law with respect to overtime payment for reamer
9    hands?
10  A   No.
11  Q   When you worked for Smith there were -- you had two
12   parts of your compensation, correct?
13  A   Yes.
14  Q   For part of your overall compensation was that you
15   received a salary, correct?
16  A   I received a base salary, yes.
17  Q   And you were paid bi-weekly for a year's salary
18   during the course of your employment with Smith?
19  A   I believe so.  I don't remember if it was biweekly
20   or if the 1st and 15th.  It was either biweekly or
21   bimonthly.
22  Q   Right.  And then other than things like taxes or
23   401K contributions, health insurance and other
24   benefits, were there any other deductions that were
25   taken out of your salary?

**53**

1  A   Deductions?  Not that I can recall for -- unless it
2      was for benefits and insurances and stuff.
3  Q   And when you started working for Smith you
4      understood that part of your compensation was the
5      salary, correct?
6  A   So I got paid a base salary plus one-day rate per
7      day I worked, so that was my understanding.
8  Q   Okay, and you received the -- your salary -- you
9      received it whatever the payment schedule was with
10     biweekly, bimonthly?
11 A   Correct.
12 Q   And it didn't change based on the number of hours
13     you worked in that period, correct?
14 A   That's correct.
15 Q   And so, for example, if there was a week where you
16     didn't do any work where you weren't on a rig at
17     all, you still received your full salary, correct?
18 A   On a rig, yes, I was still receiving my full
19     salary, but during that week I couldn't drink, I
20     couldn't go nowhere and I couldn't -- I had to be
21     within so many miles of the shop because I worked
22     on call.  That's why they paid me a salary, cause
23     if they did call me and I was drunk or at a bar or
24     I went to Texas to see my aunt, then I would be
25     fired because that's why they pay me a salary was

**54**

1      to stay close in case they need me.
2  Q   Okay.  And, as you said, the other part of your
3      overall compensation was you received a day rate
4      bonus, correct?
5  A   That's correct.
6  Q   Okay, and with these, you received a certain amount
7      for each day that you were assigned to a rig,
8      correct?
9  A   I received that amount for each chargeable day,
10     meaning if Schlumberger charged for me, then I get
11     that day, but if Schlumberger didn't charge for me,
12     you know, I didn't get it.  So if I worked in a
13     shop for a week, I didn't get -- I didn't get that
14     day rate.
15 Q   Okay, so if you were doing work, other than
16     chargeable work to the client, that was covered by
17     your salary, but you -- if you were doing
18     chargeable work for a client, you got your day
19     rate; is that correct?
20 A   For the most part, yeah.  I mean, there was some
21     overlap.  Sometimes I would get it, just depends.
22 Q   Okay, and then other than being a day that was
23     chargeable to the client, were there any other
24     requirements that had to be met in order for you to
25     get the day rate?

**55**

1  A   No.  I mean, I had to my job, but --
2  Q   Right.  And let's say if you were on a rig and it
3      was a chargeable day, that the rig was not drilling
4      and there was -- you weren't necessarily working,
5      you would still receive your day rate for that day;
6      is that correct?
7  A   There's never a time when you're on the rig that
8      you're not working.  There's times when you're not
9      specifically being productive to the drilling
10     operations, but you always have reports to do
11     during that day.  You always have to know what's
12     going on and you have to be awake because you can't
13     just go in your room, be quiet.  If they can't find
14     you, then they run you off.  You have to be engaged
15     at all times during all aspects.
16 Q   And so the day rate, was it -- if it was a
17     chargeable day, it was pretty much automatic, you
18     just -- you got it without question?
19 A   Well, I mean, if I was on a rig, I always got it,
20     yes.
21 Q   And, other than being on a rig, were there other
22     days where you would earn a day bonus for that day?
23 A   I mean, if there were other -- I mean, no, not
24     really.
25 Q   No, but if you were in training for a day, would

**56**

1      you get a day rate for that day or standby, or?
2  A   Well, it depends.  If I went to the class to renew
3      my CPR, that wasn't a day, but if I went to a
4      location with another person to learn that tool, I
5      would get a day rate for that.
6  Q   Okay, --
7  A   But that's not often, cause once you learn the
8      tool, you never get it again, so.
9  Q   Sure.
10         MR. BOWDLER:
11             I'm gonna hand you a document that we'll
12     mark as Exhibit 6.
13         (REPORTER'S NOTE:
14             Whereupon a document was marked for
15     identification as "Exhibit 6," and same is
16     attached hereto at the end of the deposition.)
17 A   (Reviewing document.)  Okay.
18 BY MR. BOWDLER:
19 Q   Okay, and this is a copy of one of your pay
20     statements; is that correct?
21 A   It looks like y'all got the highest one possible,
22     but yes.
23 Q   Okay, well, this is the -- for the pay period of
24     December 15, 2013 through December 28, 2013,
25     correct?

**14 (Pages 53 to 56)**

57

1   A   Yes, it's the last pay period of the year for '13,
2       yes.
3   Q   Okay, do you have any reason to doubt that this is
4       your pay statement for that pay period?
5   A   No.
6   Q   And if you'll look kind of in the -- towards the
7       top left, there is a section where it says on the
8       top like:
9           (Reading) Gross, taxes, deductions, net pay.
10          Do you see that?
11  A   Yes.
12  Q   Okay, and then the second line under there, it
13      says, "curr" and then "ytd"?
14  A   Correct.
15  Q   And what's your understanding of what the reference
16      to "ytd" stands for?
17  A   Year to date.
18  Q   And then next to that year to date, it lists --
19      there's a number of $300,060.24, correct?
20  A   Correct.
21  Q   And that is your -- that was your gross
22      compensation for year to date of 2013; is that
23      correct?
24  A   That is correct.
25  Q   And do you have any reason to doubt that's about

58

1       how much you earned in gross compensation for 2013?
2   A   No, I made really decent money.
3   Q   Okay, and if you look down jut under the earning
4       section where it says biweekly salary?
5   A   Uh-huh (yes).
6   Q   It lists -- kind of the current amount for that, it
7       lists $2,248.08; is that correct?
8   A   Correct.
9   Q   And that was to the extent you can recall your
10      biweekly salary for 2013?
11  A   Correct.
12      MR. BOWDLER:
13          I'm gonna hand you a document we'll mark
14      as Exhibit 7.
15      (REPORTER'S NOTE:
16          Whereupon a document was marked for
17      identification as "Exhibit 7," and same is
18      attached hereto at the end of the deposition.)
19  A   (Reviewing document.)  Okay.
20  BY MR. BOWDLER:
21  Q   And this is your pay statement for the pay period
22      of December 14, 2014 through December 27, 2014,
23      correct?
24  A   Correct.
25  Q   And, again, if we kind of look at the same place,

59

1       the year to date and gross, it lists total gross
2       compensation for the year of $319,264.42, correct?
3   A   That's correct.
4   Q   And is that consistent with what you recall earning
5       in 2014?
6   A   Sure.
7   Q   Any reason to doubt that that's about you earned in
8       gross compensation in 2014?
9   A   No.
10      MR. BOWDLER:
11          I'm gonna hand you this and we'll mark it
12      as Exhibit 8.
13      (REPORTER'S NOTE:
14          Whereupon a document was marked for
15      identification as "Exhibit 8," and same is
16      attached hereto at the end of the deposition.)
17  BY MR. BOWDLER:
18  Q   And, Mr. Venable, this is your pay statement for
19      the pay period of September 20th, 2015 through
20      November 3rd, 2015; is that correct?
21  A   That's correct.
22  Q   And your --
23      MR. ST. PE':
24          October 3rd.
25      MR. BOWDLER:

60

1           October 3rd, I'm sorry.  Thank you.
2   BY MR. BOWDLER:
3   Q   In your employment with Smith, it came to an end in
4       September 2015; is that correct?
5   A   I believe so, yes.
6   Q   And, again, just kind of looking at the same spot,
7       though, with gross and year to date, it lists year
8       to date gross compensation of $168,787.67; is that
9       correct?
10  A   That's correct.
11  Q   And is that consistent with what you recall earning
12      from Schlumberger from the time you worked for them
13      in 2015?
14  A   Sure.
15  Q   Do you have any reason to doubt that that's
16      accurate?
17  A   No.
18  Q   During the time that you worked for Smith, you
19      weren't required to keep track of the specific
20      number of hours you worked each day, correct?
21  A   No.
22  Q   That's not correct?
23  A   I wasn't -- was I mandated to --
24  Q   Yeah, did you keep track of the number of hours you
25      worked each day?

**15 (Pages 57 to 60)**

**61**

1  A    I wasn't mandated to, but usually, I would.
2  Q    And how would you keep track of that?
3  A    Excel spreadsheet.
4  Q    And is that -- you did that, personally?
5  A    Just personally, yes.  Just so I'd know where I was
6       at all times.
7  Q    So you would say I worked just -- I'm making an
8       example on, you know, Tuesday, September 30th, I
9       worked from 1:00 a.m. to --
10 A    It wasn't that detailed.  It was more of where I
11      was, what rig I was on and what I was doing.  It
12      wasn't down by the hour, but every job report
13      breaks down what we're doing, also.
14 Q    And those are, what, the operator resumes, I
15      believe?  Is that what they were called?
16 A    Uh-uh (no).  No, it's just a job report.
17 Q    Job report, okay.
18 A    It's the thing we had to send in to David or Shawn
19      every day saying what we did or what was going on
20      and we had to break that down something the 30
21      minutes of the day, unless it was something that
22      wasn't as relevant, we'd do every couple hours.
23 Q    And did -- other than that for compensation
24      purposes, were you ever required to track the
25      number of hours you worked each day?

**62**

1  A    No.
2  Q    And when you worked for Smith, you didn't have a
3       set schedule, necessarily; is that correct?
4  A    Never.
5  Q    And, for example, you could be called to a job and
6       you would be there til it ended?
7  A    Correct.
8  Q    And then the job didn't have a set duration.  It
9       could be 10 days, it could be 30 days?
10 A    Correct.
11 Q    What's the shortest amount of time you can recall
12      being sent to a job for?
13 A    A day.
14 Q    A day, okay.  And what were -- I guess, kind of the
15      longest job you can remember when you worked for
16      Smith?
17 A    Over 40 days.  I mean, some of the jobs we'd go on
18      for nine months, but then, after 40 days, it's time
19      to come home so they send another person out.
20 Q    And when you worked for Smith, though, they did
21      require you to keep track of the day -- the number
22      of days that you worked for compensation purposes,
23      correct?
24 A    That's correct.
25 Q    And that was so you could track what day rate

**63**

1       bonuses you would be entitled to?
2  A    Well, we kept a timesheet, but the timesheet was
3       like worked or not worked.
4  Q    And so that would be like a day -- was that online?
5  A    In the beginning, I think it was a paper timesheet
6       that we turned in and I think towards the end, they
7       digitized it somehow.  I don't really remember, but
8       I know at one point I was doing paper timesheets
9       that had to be sent in.  And then sooner or later,
10      we had to go online and enter them in and they
11      would be sent to either Shawn or David.
12         MR. BOWDLER:
13             I'm gonna hand you this and mark it as
14      Exhibit 9.
15         (REPORTER'S NOTE:
16             Whereupon a document was marked for
17      identification as "Exhibit 9," and same is
18      attached hereto at the end of the deposition.)
19 BY MR. BOWDLER:
20 Q    Is this the Excel file that you told me you were
21      talking about?
22 A    No, this is just something we've created to --
23      amongst other workers.  People have gotten the file
24      and changed it to basically fit their needs, and
25      this is not something that was required by work.

**64**

1       This had nothing to do with anything at work, it
2       was just something I kept track of for my own
3       personal records.  I mean, it's still accurate,
4       but.
5  Q    Yeah, and this is -- I'm sorry, go ahead.
6  A    No, I'm just saying, from what I remember.  I mean,
7       it's fairly accurate.
8  Q    Sure.  And then this is something you would keep
9       contemporaneously with the jobs you went on and
10      days that you worked, days that you didn't work?
11 A    Yes, because as you can see, I've been many, many
12      places, so I needed this that way somebody can say
13      six months ago, he was on this rig and this
14      happened, and I'll be like, well, let me check, so
15      I'd go on here and be like, oh, yes, I was.  What
16      were you doing?  That's what I was doing, you know.
17 Q    And if you could just take a quick look back to the
18      very back -- last page on it.
19 A    (Complying.)
20 Q    And this is, I guess, for lack of a better word, a
21      calendar of the days that you worked in 2013?
22 A    I believe so, yes.
23 Q    And then just -- I'm just looking, for example, for
24      the line for March.  For March 1st through the
25      16th, there's -- you have in there an H, and down

**65**

1     at the bottom, I think for the key an H equals --
2     it says that it's a day off; is that correct?
3  A   That's correct.
4  Q   So those are days when you're not on a rig; is that
5     correct?
6  A   For the most part, that is a day that I was not on
7     the rig -- well, that is definitely a day that I'm
8     not on the rig, but that it's not a chargeable day,
9     so during some of those, I may have went to
10    training or work at the shop or do errands or, you
11    know, do minor things for the job or prepping for
12    the job, but yes, I was home. So the reason why it
13    says, "H, day off" was cause the way that Excel
14    file worked, when I put a "H," it did not give me
15    money for that day. If you look in the calculation
16    to the right, so that doesn't necessarily mean that
17    I didn't do anything, but some of those days like I
18    didn't do anything, but I don't want you to think
19    just cause it has an "H," I didn't do nothing.
20  Q   Sure. Understand. And then for the days where
21    there's a "O" listed, that would be -- those are
22    days where you're on the rig and those are
23    chargeable days that you're earning?
24  A   Correct. So if I would've put a "O," it would
25    automatically calculate the 1150 as far as being

**66**

1     offshore or on the rig.
2  Q   Okay, and then just, again, on -- in April, you
3    have there some blue V's?
4  A   Yes, I believe that's vacation days.
5  Q   Those are vacation days, okay.
6  A   It's hard to see in the printout, but I think so.
7  Q   And then in June on -- where like the 18th through
8    25th, there's a "D" listed; do you happen to recall
9    what the "D" stands for?
10  A   At the bottom, it stands for double-dip. That
11    means -- as you can see, I worked that entire month
12    of June, so there was a time where I -- I'm pretty
13    sure this is what happened, so say I was doing a
14    job in West Texas where they had two rigs in the
15    same site, so I worked -- I was on a rig and they
16    needed help over there, so I just jumped back and
17    forth, back and forth, doing double duty. And
18    since I charged both customers, I got both rates.
19  Q   Got it. Okay, --
20  A   And I believe that was -- out of ten years, that
21    was the only time that's ever happened.
22  Q   And for those days where you would be
23    double-dipping, those wouldn't necessarily be --
24    you'd be on a land job; could you have those if you
25    were offshore?

**67**

1  A   It has happened offshore, not to me, where they fly
2    you from rig to rig on a helicopter, but like I
3    said, that is so rare that most people might not
4    have ever had that happen.
5  Q   Okay, and then in July and August, there's a lot of
6    days with a "Z"?
7  A   Z is hazard pay. That's if there was H2S, which
8    was hydrogen sulfide gas. It's very deadly to work
9    around, so we charge the customer so many hundreds
10    of dollars. I got a percentage of that to work in
11    those situations.
12  Q   Okay, so if there's a "Z," again, that's a day
13    you're working --
14  A   Yes, that is a working day. It just means I was in
15    a hazardous area like Angola or something like that
16    where, you know, they got armed people in the rig.
17  Q   Right. Got it. Okay, and then last one in
18    November. Towards the end, there's a bunch of red
19    T's, I think for training job, it says on the key?
20  A   Right, so that was one of the few times that I went
21    out as a second person to learn a new tool. So you
22    see where -- see where it's "T," you do the same
23    work but your day rate changes to much less, even
24    though I was up to the same amount of hours, doing
25    all the same work, your rate never depended on your

**68**

1     hours. Your rate depended on what you charge.
2  Q   Okay, you had mentioned before that for the days
3    where there was an "H," it might've been a day
4    where you were taking classes or at the shop or
5    something like that. Is there -- are you aware of
6    anything that we could look to that would say for
7    these days, like which days you might've been in
8    the shop or doing -- like running errands for a
9    job, that sort of thing?
10  A   No, I didn't keep track of that and I don't know of
11    anybody who did. So, basically, this document was
12    just a way that I could no where I was being
13    charged and to keep a running tally of how much I
14    was making and how many days, you know, I worked.
15    Cause, I mean, like you see here, I worked 214
16    days. That's 214 days not home. I mean, that's
17    completely gone, which is, you know, more than half
18    the year.
19  Q   Right.
20  A   But I didn't keep track of days. I mean, like
21    everywhere you see a "O," a few days before that I
22    was probably prepping for the job. Sometimes prep
23    just means me sitting at a computer doing
24    calculations that way when I get to the job I'm
25    ready to go, but it's not -- it's not paid for

**69**

1  that. That's just work that you do to be good at
2  what you do.
3  Q   Okay, and if you could take a look at -- it's the
4  third page. I guess this is a listing of your
5  hitches for 2013?
6  A   Uh-huh (yes).
7  Q   Okay, and then for -- on the sixth row, it said you
8  had from May 13 to the 16th of 2013. You have --
9  it's:
10      (Reading) Prep for Angola trip.
11  A   Uh-huh (yes).
12  Q   Okay, and then just, I'm curious for those days,
13  you know, what was the kind of stuff you were doing
14  for prepping for the Angola trip on those days?
15  A   So that's four days, that was probably -- probably
16  a trip to Houston. To work in Angola you have to
17  get a very strict visa, so that was probably four
18  paid days because I was in Houston the whole time
19  doing interviews at the Angolan Consulate getting
20  my visa, doing all the paperwork, going through
21  interviews. It's not very easy to work in Angola.
22  Standby for Angola is the same thing. I was just
23  prepping for the job. I couldn't go anywheres else
24  because I was slotted for that job, so they had to
25  pay me.

**70**

1  Q   Okay, so you were waiting to get the call to go to
2  Angola and then because of that, you just -- you
3  had to kind of stay put and be ready --
4  A   Well, there was a lot of other stuff like -- so I
5  was running -- part of that was running the job
6  remotely because, you know, we sent the tools
7  over -- you know, I ran to the shop, prepped all
8  the tools myself, packed everything up myself and
9  we had to send it to Angola, then it had to go
10  through customs. Once it got through customs, the
11  Angolan department of Schlumberger got a hold of it
12  and, of course, they didn't know what it was, so I
13  had to stay in constant communication with them
14  trying to get them to know what my stuff is and
15  make sure it's ready, that way when I get there --
16  because I only had so many days on my visa and I
17  had to try and plan, that way when I get there I
18  can just start the job and finish the job before
19  they kick me out of the country.
20  Q   Okay, and for the June 19, 2013 til the June 25th,
21  the BPD?
22  A   Uh-huh (yes).
23  Q   So was that a -- during that short time period, did
24  you run the -- do a job while you were on standby
25  for Angola or was that part of the Angola job?

**71**

1  A   Hold on, let me check the calendar. I might've
2  told you wrong earlier. What is this June -- 6/19
3  to --
4  Q   Actually, that's when you have the D's on there.
5  A   Okay, so that's what happened is I did not go from
6  rig to rig like I recalled. So those days are, I
7  was getting paid for Angola doing all that stuff
8  remotely, and then they had a job on the ADV, which
9  was an emergency. They had no one to go, so they
10  basically snuck me out there and I did that job at
11  the same -- since I was working remotely for
12  Angola, they let me do both jobs. That's what it
13  appears.
14  Q   Okay, --
15  A   So that's why I got paid twice, because Angola was
16  paying me and then BP had to pay me. And what I
17  mean by "pay me," is they paid Schlumberger and
18  then Schlumberger paid me.
19  Q   Right, and then it was -- it looks like you were in
20  Angola from -- on line 10 -- from July 8th to
21  August 14 of 2013?
22  A   Yeah, for 38 days. And there were numerous
23  occasions where I worked 30-plus days.
24      MR. BOWDLER:
25      I'm gonna hand you a set of documents

**72**

1  we're gonna mark as Exhibit 10. Take a look
2  through those.
3      (REPORTER'S NOTE:
4      Whereupon a document was marked for
5      identification as "Exhibit 10," and same is
6      attached hereto at the end of the deposition.)
7  A   (Reviewing document.) So this is what I was
8  talking about as far as my timesheets. I guess you
9  were right, it's service operator job log.
10  BY MR. BOWDLER:
11  Q   And these are, as you said, the paper timesheets
12  where you would record the days on which you
13  were -- you would get paid a day rate?
14  A   Correct, so I would fill this out and send it in
15  and then once I send it in, you know, basically,
16  it's the -- I mean, they -- it looks like they --
17  some stuff is confidential, so they blocked it out,
18  but basically, say I was on a BP rig, that would
19  say right here in custom, BP, is it deep water,
20  land, barge or shelf, you check that. You put the
21  job number, you know, where you worked and then at
22  the bottom, this stuff was filled out by them,
23  basically, saying that this is the job we charged
24  them.
25  Q   Okay, and just for these, do you have any reason to

**73**

1    doubt the accuracy of your job logs?
2  A   Doubt my job logs?
3  Q   Yeah, for these, the ones that you filled out for
4      you?
5  A   Oh, no, there's no reason to doubt them.
6  Q   I know this is a little tedious, but --
7  A   Is this per year?
8  Q   This is -- these are gonna be your 2013 job logs,
9      if you could take a look at those -- I'm sorry, so
10     that should be 11.
11         (REPORTER'S NOTE:
12             Whereupon a document was marked for
13         identification as "Exhibit 11," and same is
14         attached hereto at the end of the deposition.)
15  BY MR. BOWDLER:
16  Q   These are your job logs for 2013?
17  A   Uh-huh (yes).
18  Q   And, again, same with the other one, any reason to
19     doubt the accuracy of these job logs in particular,
20     the days listed that you worked -- you listed as
21     being eligible for a day rate?
22  A   Correct.
23         MR. BOWDLER:
24             I'm just gonna make this as Exhibit 12.
25         (REPORTER'S NOTE:

**74**

1             Whereupon a document was marked for
2         identification as "Exhibit 12," and same is
3         attached hereto at the end of the deposition.)
4  A   This is gonna be '15?
5  BY MR. BOWDLER:
6  Q   Yeah, this is gonna be your job log for 2015.
7  A   (Reviewing document.)
8  Q   And, again, any reason to doubt that these are
9      accurate?
10  A   No.
11  Q   And so if there were -- if there's gaps in the days
12     listed on your job logs, those are days where you
13     weren't getting a day rate, correct?  So, for
14     example, I guess, we'll just look to -- at the
15     first page, it's -- on this one it's first day
16     September 9, 2015 and last day, September 23, 2105?
17  A   Yes, so if I were to forget to turn in one of
18     these, I wouldn't get paid, but for the most part,
19     when we're making $1,000 a day, you don't forget.
20     I would think they're correct.
21  Q   Right, well, if you flip the page back to the
22     second page, so it lists first day 8/2/2015 to
23     8/7/2015, correct?
24  A   That's correct.
25  Q   Okay, and then going back to the first page, the

**75**

1      first day is 9/9/2015?
2  A   To 9/23, yes.
3  Q   Yeah, so then for 8/8/2015 until, say, 9/8, those
4      are days where you're either off, at home or you
5      might be doing shop work, things like that, getting
6      ready for a job?
7  A   Correct.
8  Q   And then, I think you said, at some point you guys
9      starting having to use an online system for
10     reporting your day's work?
11  A   I believe so, yes.  It was basically the same
12     sheet.  We'd just do it online and print it out or
13     they would print it out.
14  Q   And that was the same thing, you would log in and
15     record your status for the day either like on the
16     job, vacation, off, that sort of thing?
17  A   Uh-huh (yes).
18  Q   So this is a printout of your files from that web
19     system, just so you know.
20  A   (Reviewing document.)  Guh.
21  Q   I know, it's a little hard to read and,
22     unfortunately, if we tried to get it all on one
23     page, then it's really impossible to read.
24         MR. ST. PE':
25             So that I understand, this supplements

**76**

1      the exhibits 10, 11 and 12?
2         MR. BOWDLER:
3             Correct.  Yeah, what this is -- and Mr.
4         Venable can correct me if I'm wrong, but they
5         would go online and for each day record, you
6         know, for example, just -- if you look on the
7         first page, time dates, vacation days,
8         personal.  We go down and the list well site,
9         job, vessel, that sort of thing.
10  A   (Reviewing document.)  Is this for every day?
11  BY MR. BOWDLER:
12  Q   Well, I was gonna ask next, do you recall when you
13     started having to use --
14  A   I don't.
15  Q   Okay.
16  A   And I remember in the beginning of this, it was one
17     of those things that, hey, we're gonna start doing
18     this, but no one really did it.  We still stuck to
19     this.  So there was a transitional period where --
20     that -- I can't say a hundred percent that it's a
21     hundred percent accurate cause it's so long ago, I
22     don't remember when I started taking it or when
23     they started taking like, hey, this is where it
24     needs to be.  Cause, to be honest, a lot of the
25     changes Schlumberger did, the people at Smith tried

**77**

1    their darndest to fight it for as long as possible.
2  Q    And then for these, if you -- if you would flip on
3     the third page, just kind of at the very top
4     there's some line entries kind of on the -- about
5     two-thirds of the way it has date --
6  A    Like here?
7  Q    Yeah, I'll show you, there's a date column --
8  A    Reported on?
9         MR. ST. PE':
10        He's on the second page.
11 BY MR. BOWDLER:
12 Q    Oh, you're on the -- one more page.
13 A    Three?
14 Q    Yeah, third page.  Okay, and then, just for those,
15     there's a bunch of it, from -- it looks like April
16     26, 2015 through May 25th -- May 6th, 2015, and
17     then it's listed as like a day off?
18 A    Okay.
19 Q    And, again, would those be days where you're not
20     getting a day rate and you're either -- you're at
21     home, but you might be doing shop work or something
22     like that?
23 A    Possibly.  It appears to be -- everything seems to
24     be broken down into a few different things, kind of
25     like the way I do with mine, either you're getting

**78**

1    paid a bonus, you're not getting paid a bonus, you
2    know, other things that are documented is like if
3    I'm taking a family day or a vacation day.
4  Q    Right.  Okay.
5  A    And you can also see that some of this stuff is
6    reported by not me.  It was reported by Stasia
7    Bergeron, which was the secretary/office manager,
8    some of it's reported by David.  I want to say when
9    it was reported by her is probably whenever she was
10   just reading these in here for us because they
11   wasn't making us do this yet.  I think.  I don't
12   know.
13 Q    Okay, so if we were trying to figure out which days
14   at a minimum that you worked, would it be better to
15   look at the service operator job logs or I guess
16   maybe your calendar would be the best one?
17 A    I mean, I would look at all three and just
18   correlate them and they should be pretty similar,
19   and if one is grossly overrated or something, then
20   we'll have to figure out what's wrong.  And the one
21   I did, like I said, I was doing it just for me, no
22   one else, so I wouldn't lie to myself.
23 Q    Right.
24 A    So I don't -- I mean, but I'm not saying, no, this
25   is not accurate either.  It should all match.  It

**79**

1    should all be the exact same.
2  Q    Okay.
3         THE WITNESS:
4         I went from 12 to 14, did I miss one?
5         COURT REPORTER:
6         That should be 13.
7    (REPORTER'S NOTE:
8         Whereupon a document was marked for
9    identification as "Exhibit 13," and same is
10   attached hereto at the end of the deposition.)
11        MR. BOWDLER:
12        Do you guys mind if we take a quick
13   break?
14        MR. ST. PE':
15        No.
16   (REPORTER'S NOTE:
17        Whereupon an off-the-record discussion
18   was held, after which the proceedings
19   continued as follows:)
20 BY MR. BOWDLER:
21 Q    So, Mr. Venable, when you would go out on a rigging
22   job, typically, were you the only reamer hand
23   there?
24 A    Correct.
25 Q    And did you ever work any jobs were there were two

**80**

1    reamer hands at the same time?
2  A    Very few.  I could probably count on one hand how
3    many times I went out with more than one reamer
4    hand.
5  Q    Okay.
6  A    Were those like in a particular location, like if
7    Alaska required you to have two, or?
8  A    No.  It was mostly on a specific tool.  They had a
9    certain reamer that was new and it needed constant
10   supervision, so we had two people on that tool, but
11   it was just that one.  In those cases, we worked 12
12   hours on, 12 hours off.
13 Q    And do you happen to recall what tool that was?
14 A    The XC.
15 Q    And that was, I guess, the Rhino XC?
16 A    Uh-huh (yes).
17 Q    For the majority of the time when you were the only
18   reamer on the job, if you would kind of walk
19   through kind of what a typical day was?  I know in
20   some ways there's really no typical or average day,
21   but?
22 A    So, typically, before the job, you would go to the
23   shop, check all your tools, make sure everything's
24   there.  When you would get to the rig, I mean, you
25   travel to the heliport or something and you fly

20 (Pages 77 to 80)

**81**

1  out. As soon as you land, you check in with the
2  company man and let him know you're there. Then
3  you put on your safety gear and you go outside,
4  find all your equipment. Once you find it all, you
5  centralize it, make sure everything's there, not
6  broken, take inventory, then you would measure your
7  tool down to the fraction of an inch. I mean, down
8  to the tenths of an inch cause everything you do --
9  all the tools are going to the hole are measured,
10 that way you know how far you're going down. So
11 you measure -- I mean, one tool is the size of this
12 table and there's probably 50 measurements on it.
13 Every time there's a change in anything, a
14 diameter, you got to measure it all.
15     So you measure it all, sometimes you would
16 assemble certain tools, put them together,
17 depending on the job and that's once all of your
18 stuff is ready, then you go back inside and you
19 start doing your calculations and you work hand in
20 hand with directional drillers and NWD personnel to
21 make sure your tools are compatible with their
22 tools. And then I have to sit there and go through
23 every -- you know, you have a projected BHA -- BHA
24 stands for bottom hole assembly. You have to check
25 every tool above yours because our tool is

**82**

1  activated by a ball going through it, so if they
2  had someone else's tool that had nothing to do with
3  yours that had a smaller ID, the ball couldn't go
4  through, then you better catch that before you go
5  two miles underground.
6      So you've got to check not just your stuff,
7  you check everybody's stuff, make sure everything's
8  compatible and then you got to run more
9  calculations and ball-drop calculations and stuff
10 like that. And that takes awhile, so that takes
11 your day. And it also depends on how fast they're
12 ready to put your tool together. Cause they
13 usually try and get you out the day before, but
14 that's not always the case. Sometimes you get
15 there and you got to hurry up and do everything and
16 go straight to work.
17     So after all that's done, whenever they're
18 ready to start drilling, you go on the rig floor,
19 assemble all your tools and everything below it and
20 above it. And then, you know, you monitor it, the
21 entire trip in the hole, and this could be 6 hours,
22 it could be 12 hours while you trip in the hole.
23 And the reason you have to monitor it is cause if
24 your tool opens prematurely, you can do a lot of
25 damage.

**83**

1      So you do that and once you get on bottom, you
2  start drilling and you have to be aware and there
3  the hole time while you're drilling, and that could
4  be 6 hours or it could be 22 days of drilling. It
5  could be -- I mean, there's not a set time. It
6  just depends how fast you're drilling and what
7  you're drilling through. You know, is it like
8  Armaggedon and compressed iron ferrite or is it
9  sand. And then, you know, you make adjustments the
10 whole time, based off of what perimeters you're
11 getting back that determines how fast you spin and
12 how much weight to put on there, how to open it and
13 close it. And that's a lot of long hours. I mean,
14 sometimes you're up 30-plus hours at a time with no
15 sleep.
16     And then once you finish, you do everything in
17 reverse. You pull it all out and disassemble it,
18 re-measure it. Then you got to grade the teeth on
19 it to send the gradings into the -- to report and
20 throughout all these days, you're also reporting by
21 the hour what you're doing. Some jobs, you send
22 the tools back to the shop to get redone, sometimes
23 you would redo them yourself. That means
24 unscrewing them, taking them to the bucket machine.
25     MR. BOWDLER:

**84**

1      All right, I'm gonna hand you a document
2  we're gonna mark as Exhibit 14.
3      (REPORTER'S NOTE:
4      Whereupon a document was marked for
5  identification as "Exhibit 14," and same is
6  attached hereto at the end of the deposition.)
7  BY MR. BOWDLER:
8  Q  And this is the job description for the DT&R field
9  specialist position; have you seen this before
10 today?
11 A  Not that I know of.
12 Q  And for a period of time, that was your official
13 job title; do you recall that?
14 A  Correct.
15 Q  Okay, if you would take a look for me, just at the
16 top of the job summary section. Just read that for
17 me and tell me, if based on your experience, you
18 would agree with the summary that's there?
19 A  (Reviewing document.) I mean, it is purposely left
20 very open. I mean, it just says:
21     (Reading) All kinds of jobs.
22     And that's basically true because you do,
23 basically, everything. Yeah.
24 Q  Okay, and then if you would, I think, probably the
25 easiest thing to do is in the -- do you see the

**21 (Pages 81 to 84)**

**85**

1    essential responsibilities and duties section?
2  A   Uh-huh (yes).
3  Q   Okay, here I'll give you this -- my pen. Why don't
4      you go through and, based on your experience, if
5      there's any of those responsibilities and duties
6      that you feel did not apply to you in your carrying
7      out the job, if you would mark those for me?
8  A   (Reviewing document.) So where it says:
9          (Reading) It initiates the district
10     management's change procedure, --
11         That's basically like I was saying before, if
12     you notice anything that doesn't follow the strict
13     plan that they put in place, you have to do this.
14     It's called a management of change procedure. Say
15     I go out there and I notice -- I don't know, the
16     tool bolt has a small ID, I can't make the
17     decision, based of myself, to make any changes. I
18     have to go through this procedure, get everything
19     approved by David or Shawn. I just didn't know if
20     you knew what that meant.
21  Q   Okay.
22  A   I don't see anything out of the ordinary in there.
23     They were trying to fancy it up, I guess.
24  Q   Okay, thank you. So I think you said there are
25     differences that DT&R specialists, field

**86**

1      specialists could provide?
2  A   Uh-huh (yes).
3  Q   I guess one of those is, obviously, reamer -- being
4      a reamer hand, and is that primarily what you did?
5  A   So when I first started, when you was a field
6      specialist, you basically run anything they're
7      gonna tell you to run. As a field specialist, you
8      need to be trained in as many different types of
9      tools as you can. So when I first started, and it
10     was mainly run by the Smith people, and we did
11     reamers, hole openers, whipstocks, and bits and
12     everything like that. When Schlumberger took over,
13     they tried to individualize most of the stuff cause
14     that's -- I guess that's how they are. So that's
15     when they moved us -- they separated us. They kept
16     half of us that stayed under Shawn and the other
17     half of us went under David.
18         The people under David, primarily focused on
19     reamers. The people under Shawn, primarily focused
20     on whipstocks, hole openers and other products and
21     fishing tools, although, we were all cross-trained
22     in both. So if David had a job and he didn't have
23     nobody, he'd call Shawn and Shawn would be like,
24     okay, I'm gonna send one and vice versa. So
25     sometimes even though -- I mean, if you look in the

**87**

1      records, sometimes my timesheets went to Shawn.
2      Sometimes they went to David. And that'd depend on
3      whose tool I was running. So we were assigned to
4      Broussard -- I mean to Houma, but we could still
5      work for anyone. When I went to Oklahoma, my
6      timesheet went to Oklahoma. So we -- I guess we
7      was kind of separate, even though we was housed at
8      one, I could work for anyone.
9  Q   Okay, and just in what primarily jobs did you do?
10  A   My main -- 90 percent of the work I did was
11     reamers, 90-plus percent.
12  Q   During your time with Smith, did you ever do any
13     fishing jobs?
14  A   No.
15  Q   Any through tubing?
16  A   Through tubing?
17  Q   Yeah?
18  A   No.
19  Q   Did you do any whipstock jobs?
20  A   I did do whipstock jobs, yes.
21  Q   And what -- for the reaming tools, what was it, the
22     Rhino reamer was primarily the --
23  A   Primarily, yeah. It's the most common.
24  Q   And the whipstock jobs that you ran, were those
25     training jobs, like did you run them by yourself or

**88**

1      did you have more than one field specialist with
2      you?
3  A   I went on both. I -- most of them were training,
4      but I did do one other one.
5  Q   And when you did the training jobs, did you have
6      another DT&R specialist with you?
7  A   Correct.
8  Q   Okay, and he or she was kind of training you on how
9      to use the tool?
10  A   Well, whenever -- so whenever I came to
11     Schlumberger, I was aware of most of those tools
12     already from previous companies, but your first
13     jobs -- your first couple of jobs always are with
14     someone else so they can make sure you know and not
15     just good at writing resumes, so I believe with
16     reamers, I never -- I don't think I ever officially
17     went on a training job. Whipstocks, I went on a
18     training job my first one, and my second one and I
19     think I did my third one alone and then I think
20     that's all I did. It was not very common because I
21     was -- I could run so many reamers, it kept me
22     busy. And then so many customers requested me, it
23     kept me busy, so I never really had time to do
24     other stuff.
25  Q   Did you -- when you did reamer jobs, did you have

**89**

1    any reamer jobs where you had somebody who was
2    training on the tool with you?
3  A   Like training under me?
4  Q   Yeah, training under you?
5  A   I don't believe so, no.  Never with Smith.
6  Q   Never with Smith?
7  A   Not that I can recall.
8  Q   When you started with Smith, did you have to go
9    through any kind of like school or training or
10   anything like that?
11  A   I'm sure they sent me to a couple of like training
12   classes like rigging -- like certifications like
13   you need to update your water survival or something
14   like that.  Never a reamer class or nothing like
15   that, no.  Cause I already came -- when I got
16   hired, they said, okay, you're gonna spend a week
17   in the shop and go on some training jobs.  I spent
18   two days in the shop and they said we've got a job
19   for you and you've got to go by yourself.  So I
20   never really trained.  They just --
21  Q   They just kind of threw you out there and because
22   of your past experience, you --
23  A   Because I had previous experience, yes.
24  Q   Okay.  And the -- Smith's customers that you would
25   go and provide services to, they're primarily oil

**90**

1    and gas exploration and development companies; is
2    that correct?
3  A   Primarily, yes, but I also did a couple odd days
4    like they sent me to Indiana to drill some disposal
5    wells for a steel manufacturing company so they
6    can -- all their byproduct, they can pump it in the
7    ground, basically.
8  Q   And, for the most part, other than when you were on
9    rigs doing kind of oil well drilling, Smith's
10   clients, they either owned or operated the rig you
11   were on?
12  A   I would say a hundred percent of times they did
13   not.  The rig is actually owned by another service
14   company just like Smith, so it'd be -- like Chevron
15   is the oil company, Transocean would be the rig,
16   they would own the rig and -- just like we would
17   own the reamers.
18  Q   Okay, and then you were there and providing
19   services to Chevron overall as part of that --
20  A   Correct.
21  Q   -- operation?  Okay.  And part of Smith's business,
22   as you said, was providing reamer tools and
23   personnel to an oil and gas exploration company,
24   correct?
25  A   Correct.

**91**

1  Q   And when -- your kind of role when you go to the
2    rig is you're there as like the expert on the
3    reaming tool; is that correct?
4        MR. ST. PE':
5            Object to the form.  Go ahead.
6        THE WITNESS:
7            Huh?
8        MR. ST. PE':
9            I just made an objection for the record.
10  BY MR. BOWDLER:
11  Q   Yeah, you can go ahead and answer?
12  A   Okay, so I represented -- I ran that tool, so I'm
13   really the only one that knows how to run that
14   particular tool, and it's not necessarily just
15   running it, it's representing it.  For example, if
16   you had to bit, and we were drilling and we was
17   putting 20,000 pounds on it, rotating, you know,
18   100 RPMs, that might be what's best for the bit,
19   that might be destroying the reamer.  So I'm there
20   to advocate for my tool to make my tool last, so
21   that's why each tool has its own representative,
22   that way someone else don't sacrifice someone
23   else's tool to benefit their own.  Does that make
24   sense?
25  Q   Yeah, so in part, you're there to kind of watch

**92**

1    after your tool?
2  A   My job is solely for the reamer and that's because
3    everyone else has their job solely for their tool
4    to make sure my tool's optimized to run correctly
5    and protect it in the right way and not get
6    destroyed.  Because if your tool is the one that
7    makes you trip on the hole, that could cost them
8    millions, so you want to make sure your stuff is
9    protected and you work -- you've -- I mean, I've
10   got to work together with everyone else, you know.
11   If my tool works best at this and their tool works
12   best at this, we're gonna have to find some kind of
13   happy medium to where we get the job done without
14   destroying each other's tools.
15  Q   And when you're on the rig, you're not actually --
16   when we talk about operating the reamer, you're
17   not -- are you literally at the controls kind of
18   running the tool, running the drill string, or?
19  A   So the rig hands operate the rig.  I mean, we're not
20   allowed to do that, but we -- I mean, we set the
21   standards on what they can do, and we're also there
22   to change things as you need to change them, and
23   that could be by the minute.  I mean, you could be
24   drilling here in sand, well, now you got to slow
25   your rotary down and put less weight, but ten

23 (Pages 89 to 92)

93

1    minutes later, you're in, you know, shell.  So you
2    got to increase your rotary and put more weight, so
3    we don't physically hold the button, but we're
4    the -- we work together -- you know, it's a huge
5    crew.  I don't know if you've ever been on a rig,
6    so you -- you got your driller, AD and all the
7    floor hands, and you've also got your reamer hand,
8    your directional driller, NWD, mud engineer,
9    everybody else is also in that room at the same
10   time, that way when things change, you know, one
11   person says we need to do this, and I'll be like,
12   well no, that's bad for this or we need to do this
13   and then you come up with a collaborative plan to
14   continue.
15 Q    Yeah, so for example, the directional driller might
16   say we need to put 10,000 more pounds of weight on
17   a bit and you're gonna say, no, that's gonna be
18   really bad for the reamer
19 A    Correct.
20 Q    -- and the big guy might say something else and
21   then you guys have to collaborate and come up with
22   what to do?
23 A    Right, and if anything falls -- so say my standard
24   operating procedure says, all right, when I'm in
25   sand, I can put between 10,000 and 30,000 pounds,

94

1    anything above that, I've got to do the management
2    of change procedure, call David and say, hey look,
3    you know, the collective agreement -- or what we're
4    coming up with is we need to put more weight than
5    what we're supposed to.  I don't have the
6    authorization to do that, so I got to go through
7    this thing and say, hey look, we need to do this
8    and then they say yes or no.  They're the one who
9    make the -- that decision, I guess.
10 Q    Yeah, they're the ones who have to go to the client
11   and say you're exceeding our specs, you know,
12   you've got to --
13 A    Right, or their the one that says, well, we
14   temporarily approve to go over the specs because if
15   you do that and something happens -- like I said, I
16   mean, you make a mistake out there and it could
17   cost 50 million dollars, right?  So, you know, I
18   don't have the authorization to make a decision
19   that's worth 50 million dollars, so that's why they
20   make it.  That way, if something happens, they take
21   the blame.
22 Q    And as part of that collaborative kind of effort,
23   you get to the point where you're -- the team says,
24   okay, goes to the driller and says, you know,
25   change the RPMs to this and then the driller does

95

1    that?
2  A    Correct, and a lot of those decisions -- you know,
3    it's not like let's just make the decision.  I
4    mean, there's a lot of calculations involved in
5    that.  You know, sometimes I've got to go
6    re-measure something, re-measure another tool to
7    figure out what's causing these problems.  You
8    know, there's been times where we'd go set up a
9    whole other string on the -- on the deck to emulate
10   it to try and figure out what the problem is.
11 Q    Is that part of the -- your job is operating the
12   tool.  You're there, you're making sure that the
13   crew and the driller, they're running the reamer
14   properly and correctly, correct?
15 A    Correct.  Now, there's jobs that are reamer only
16   jobs where I'm the only one who makes the decision,
17   too, you know, so.  Cause there's no other tools
18   competing.
19 Q    Right, so you're the only one -- you're the one
20   making the decision, wait, I'll bit this, RPM's
21   this, flow rate that, that sort of thing?
22 A    Correct.
23 Q    And you're doing that based on, you know, you're
24   monitoring the data that's coming up out of the
25   well and making those decisions?

96

1  A    Correct.  You have to make those decisions
2    realtime.
3  Q    Right, and your supervisor's not on the rig with
4    you, you know, kind of over your shoulder.  You're
5    there doing that yourself?
6  A    That's correct, but like I say, you know, you go
7    out there with set parameters.  If anything falls
8    out of that parameter, then you have to notify the
9    supervisor to get the change.
10 Q    Right.  When you're on the rig, what are some of
11   the -- some of the manual labor tasks that you
12   would be required to perform?
13 A    You know, the measurement of tools is very manual
14   because you have a basket full of tools, different
15   tools are on top of each other, so you're moving
16   around different parts that weigh, you know,
17   anywhere from 10 to 100s of pounds.  So, you know,
18   anything over 50, 60 pounds, you start -- you know,
19   you need to get a crane for and then that means
20   you've got to rig up all the rigging to move it
21   around.  You're constantly moving equipment or
22   screwing together pieces of equipment, which
23   don't -- it's not like screwing a cap there.
24   It's -- you're screwing 200-pound pieces or using
25   big chain tongs, you know, six foot trying to

24 (Pages 93 to 96)

97

1    tighten these things together.  All the equipment,
2    you've got to drop the balls through and fish it
3    and take big pools and push things through,
4    thousands of stairs that you got to climb up going
5    to and from the rig.  You know, these rigs are
6    really high.  You know, it's constant all day going
7    up and down, up and down, up and down.  When you're
8    on the rig, you got things you got to do.  You've
9    got to set slips.  I have to -- like for the XC, I
10   mean, you got to unscrew, do ball tests, change
11   nozzles, change blades.  You know, these blades are
12   30, 40 pounds apiece.  I don't know, it's -- it's a
13   lot.
14 Q   And are those all things that you, yourself, are
15       doing or is the rig crew doing that, or?
16 A   No, that's me.
17 Q   That's you doing that?
18 A   I mean, sometimes I have help.  You know, if I have
19       to move an 800-pound reamer, you know, I go there,
20       I strap everything up and then I call the crane and
21       the crane lifts it up and then I walk with it, set
22       it down.  But it's -- I mean, it's not like I just
23       go over there and say, hey, go measure this for me.
24       I mean, you have to physically do it, I mean, cause
25       you're talking down to the tenth of an inch, so it

98

1    has to be right.
2  Q   How much of your time -- when you're on a rig,
3       about how much of your time is spent doing these
4       manual labor tasks?
5  A   I mean, that varies.  Fifty percent.  I don't know,
6       it just depends on what kind of job.  I mean, there
7       are jobs where you're tripping it out the hole once
8       a day and then there's a job that you're drilling
9       for four days straight, so it just depends on the
10      job and where you're at.  Usually, land jobs are
11      typically more labor-intensive.  There's less
12      personnel to help you, there's more -- you know,
13      you're not drilling as deep.  So offshore, it takes
14      you, you know, 20 hours to trip in the hope where
15      on land, in three hours, you're ready to go and
16      you're in and out, in and out.  So it varies.  I
17      mean, there might be five or six days where I'm
18      not -- where I don't have to swing a hammer, but
19      I'm still doing other physical things, I mean.
20 Q   What other kind of physical things that you --
21 A   I mean, everything you do, you do every few days.
22      I mean, it's not like you do it one time and then
23      you're done.  I mean, cause you're coming in and
24      out the hole with new tools all the time.  So, you
25      know, when I measure one, I get everything ready,

99

1    we put it up.  When we're drilling, I'm already
2    starting on the next one to make sure -- you know,
3    if you have a problem, you always have to have a
4    backup of everything.  And if we run that second
5    one, I'm already ordering a new one from the shop.
6    When the new one comes out, I got to redo
7    everything, again.
8        Whenever you're working in the oil industry,
9    especially deep water where it's costing the oil
10   company a million dollars a day, you got to be two
11   and three steps ahead because you make -- I mean,
12   you make one silly mistake as, I forgot a little
13   tool like this (indicating), and it's not there
14   when they need it, you can shut something down for
15   two days waiting for it.  So you cost them two
16   million dollars, they're not gonna be happy with
17   you.
18       So you are doing the job, you're checking your
19   stuff and then you recheck it.  And if you're
20   sitting down for a day and a half and you ain't
21   done nothing, you better go recheck it, again,
22   because if you're the type of person that made a
23   mistake, something as simple as that, you wouldn't
24   be working for Schlumberger or anyone, and then
25   you'll get a reputation with the oil company and

100

1    then whenever Chevron's calling Schlumberger
2    saying, hey, I need a reamer hand, just make sure
3    you don't send Jack.  You know, you don't want that
4    because they don't forget.  No one forgets.
5        So, I mean, it's a lot of redundant, doing the
6    same things over and over.  I mean, I don't know
7    where this is going, to be honest.  I don't
8    understand what's the difference between physical
9    or not, but you know, if I'm staying up 30 hours,
10   that's physical, to me.  You know, if I got to stay
11   up 30 hours and then climb 10 flights of stairs 12
12   times a day, that's not easy.  So I don't -- I
13   don't know.  I mean, do I go 12 hours swinging a
14   hammer all 12 hours?  No.  Am I doing physical
15   work?  Yes.
16 Q   Based on your experience, what's the main reason
17      why you're out on a rig; like, what's your main job
18      that you're out there to do?
19 A   Assist in the drilling operations and make sure
20      that I'm running my tool correctly and supporting
21      my tool.  And it's not just my tool, I'm supporting
22      everything.  I mean, everybody works as a team out
23      there.  You know, if I see someone else's stuff
24      messing up, you know, I also work together with
25      them to correct it.  I mean, it's not just -- and

25 (Pages 97 to 100)

**101**

1  when you go out there, you're working as a team and
2  nothing gets done without a team.  If everybody
3  went out there and said, I'm only helping
4  Schlumberger and you're only helping Haliburton and
5  you're only helping Baker and you're working for
6  the oil company, if everybody did that, then no one
7  would get anything done.  So there's compromises
8  all day, every day and they're working together.
9  That's why you have ten meetings a day on what's
10  going on, what needs to be done, so.
11 Q   No, no.  I understand.  So for going out to the
12  rig, you would -- you said kind of going back to a
13  typical job cycle, you would go down, first, to the
14  shop, check your tools.  About how long does that
15  process take, how long are you in the shop on that
16  kind of initial --
17 A   Depending on the job and what you got to do, if
18  it's really busy, I might have to go down and spend
19  a day or two days cause I might have to help
20  assemble the tools.  Cause, you know, there's
21  designated people in the shop, that's all they do
22  is tear down tools and put new ones together.  So,
23  say, the shop wasn't that busy, I might get over
24  there and everything is done for me, as far as
25  putting it together.  So then I'm just doing

**102**

1  inventory making sure it's put together correctly
2  and sometimes I try and premeasure where I go out
3  there and I measure everything and I take a paint
4  stick and write the measurements that way when I
5  get to the rig, I'm just confirming.  You know, I
6  re-measure it and, ope, that's right, that's right
7  and then I draw in my tally book -- I should've
8  brought some tally books.  I got some of those of
9  what I do as far as measuring the tools and stuff.
10  Cause that really sounds like I don't do nothing,
11  but it's really -- it's really time-consuming.  I
12  mean, you know, a tool the size of this table, you
13  can't measure it in ten minutes.  I mean, it takes
14  you an hour, two hours to measure -- I mean, you're
15  literally measuring everything.  Like this bottle
16  (indicating), every little ridge is a new
17  measurement.  So you got to measure from here to
18  here, here to here, here to here, here to here,
19  here to here, then you got to take some mics and be
20  like, all right, this is this wide, but then
21  there's a groove, you know, this is two-tenths of
22  an inch smaller.  You've got to put all that
23  because everything -- you fill the fluid with --
24  the hole with fluid, right?  So you need to know
25  exactly how much fluid that tool displaces.  And

**103**

1  every little hangup, so you go down the hole and
2  you hit something, I need to know exactly where
3  that lip is.  So, I mean, it's -- it takes a long
4  time.
5 Q   Okay, and you said sometimes if the shop was busy,
6  you would have to assemble the tools yourself?
7 A   Correct.
8 Q   And that, I guess, involves like screwing the
9  pieces together and doing all that kind of stuff?
10 A   Uh-huh (yes).  Yeah, just the -- I mean, a reamer
11  has many parts.  It's not just like one tool.  Each
12  one of those parts weighs a lot, so I mean, you got
13  to -- it comes as a shell and you got to go to
14  the -- the shell, it takes you quite a few hours.
15  You're taking each piece and assembling and
16  screwing each piece together.  The internal of the
17  reamer is what takes -- it's a lot of stuff in
18  there.
19 Q   And just to the extent you can remember, about how
20  often when you would go to the shop did you --
21  things were done for you and you just kind of had
22  to reassemble it was quiet versus how often did
23  you have to assemble everything?
24 A   So usually whenever it's all measured for me, you
25  still go to the shop and confirm everything and

**104**

1  then watch them test it.  Every tool has to be
2  tested before it goes out.  I'd say about 50
3  percent of the time the tool was assembled when I
4  got there.  Yeah, I'd say about -- at least half
5  the time it was already assembled.  There were
6  times where it was an emergency job and I never
7  even got a chance to go to the shop and I just went
8  straight to the rig and then when I got there,
9  that's when you have to be very diligent, hurry up
10  and check everything cause if there's a problem
11  there, it's like let's stick this back on the boat
12  and send me another one, and that's happened
13  numerous times.
14 Q   Okay, and then just, when you would then go to
15  the -- you know, for transport to the rig, about
16  how long would that take, I guess, the helicopter
17  or boat ride out to the rig?  It just depends how
18  far --
19 A   Yeah, it depends.  I mean, I've driven to Carencro
20  for a job, you know, which is 30 minutes away.
21  It's like -- I've driven 30 minutes away and I've
22  driven 20 hours away.  Or, you know, you drive to
23  the dock and it might be a 30-minute flight, it
24  might be a 3-hour flight.  It just depends.  I
25  mean, sometimes you go to the heliport and you wait

**26 (Pages 101 to 104)**

**105**

1    nine hours waiting for a helicopter and then
2    another hour flight.  And a lot of times, you --
3    like when I -- I live in Lafayette, so when I got
4    to be at the rig for 8:00 in the morning, that
5    means I'm leaving at 11 o'clock at night, you know,
6    four or five hours of driving, checking in and then
7    you get to the rig about 8 o'clock in the morning,
8    but then you don't -- you know, you got to work all
9    day.  You know, you don't get to -- just cause
10   you've been up all day traveling don't mean when
11   you get there, I'm going to sleep, I'll be with
12   y'all in eight hours.  You work all day, also, and
13   then, you know, it just depends what you're doing
14   and it depends where the rig is at in their
15   process.
16   Q   Right, so if you get to the rig and like say
17      they're running casing and like say
18      you, it could be -- you'll measure and strap your
19      tools and then, you know, check and double-check,
20      but it still could be a couple days before you get
21      to drilling operations?
22   A   It's rarely a couple days, but yeah, sometimes it
23      might -- you might be able to get out there -- you
24      know, no matter what, you got a full day of
25      measuring and collaborating with everyone else and

**106**

1    checking all the tools there.  But, you know, some
2    days after you do all that, you know, you might be
3    able to go to sleep the whole night and wake up the
4    next day.  If you look at the industry as far as
5    reamer hands, we're a little different.  Because,
6    you know, when I first started, it wasn't, but for
7    example, you know what a directional driller is?
8    Q   Yes.
9    A   Okay, so many years ago, directional drillers used
10      to go out by themself, and then over time, the
11      industry changed.  All right, well, we don't want
12      our directional drillers staying up 40 hours, we're
13      gonna get 2.  So most of the industries are
14      getting, you know, where you work 12 hours on, 12
15      hours off, 12 hours on, 12 hours off.  There's only
16      a few jobs left that I can recall in the oilfield
17      that you still do by yourself.  The reamer hands is
18      one, fishing tool hand is another, hanger hand
19      sometimes.  I mean, there's not many because of the
20      long hours.  You know, it's not as safe anymore, so
21      the industry's changing, but reamer hands are --
22      we're still one that you went out by yourself.  And
23      when you're a representative by yourself, you're
24      working for Schlumberger, but you're contracted to,
25      you know, Chevron or Shell.  So you got that Shell

**107**

1    representative who's, you know, high almighty
2    there, when you get on a rig at 8 o'clock in the
3    morning, even though they're not ready for you, you
4    better be in that office that way when that man
5    walks past, you're there.  Cause if you're in your
6    room, that's not a good sign.  You don't want to be
7    the guy in bed.  So during business hours, you
8    better be awake and you better be sitting in front
9    of your computer or something, not in the TV room
10   or not somewheres.
11   Q   So when you're on the rig as the only reamer hand,
12      how is it -- I mean, cause there's got to be
13      sometime, I would presume, for you to be able to
14      get some rest because it's just not safe,
15      otherwise; how does that work?
16   A   So it is 100 percent situational.  You know, at
17      times if they're running casing, you know, you do
18      as much as you can during the day and then at night
19      you can go to sleep.  Where you really run into
20      long hours is your first days where you're doing
21      everything and you traveled all night.  And then
22      during drilling, which is most of the time.  So
23      being the representative for the reamer, you have
24      to be up, basically, the entire time you're
25      drilling, and it could be seven days, right?  So,

**108**

1    of course, you can't stay up seven days, so you
2    literally -- you know, you stay up 20, 30 hours and
3    then you -- you have to time your sleep, you know,
4    because you don't know what it is.  And it also
5    depends on, you know, are you drilling through
6    shell and you got a thousand foot of shell left and
7    you know for the next eight hours, you could pretty
8    much keep it the same, so you hurry up and go try
9    and take a nap and you sleep a little while.  And
10   then, you know, if something happens, they call
11   you.  They wake you up for anything, oh, the RPMs,
12   we're changing it by ten, we need you to come see.
13      So a lot of times, you don't get good sleep,
14   you know.  Or sometimes you just sit in a chair and
15   you sleep in the drilling shack.  You know, they
16   know you've been up for a long time, so you just
17   doze off.  You sleep where you can.  And it depends
18   on how the job -- if you're drilling through sand,
19   you're not going to sleep.  Or if you're drilling
20   through gumbo, you're probably not going to sleep.
21   You just sleep where you can.
22      The typical day for me would be, I'm up at
23   least 18 hours a day, most of the time.  If you're
24   there, you're expected to be on the rig floor.  You
25   know, of course, they understand you got to get

**27 (Pages 105 to 108)**

**109**

```
 1   some sleep sometime, but it's not like I'll work a
 2   shift, I'm gonna work eight hours and then I'm
 3   gonna go watch TV.  That's not what you get to do
 4   as a reamer hand.  You work until you can't work no
 5   more and then you sleep a little bit and hurry up
 6   and, you know, take a shower, eat, back on the rig
 7   floor.  And that's what you do during the time
 8   you're drilling.
 9        The only time you get time to sleep is when
10   they're going in the hole -- that might take, you
11   know, 12 hours.  You hurry up, you get your --
12   sleep as much as you can, and then they come --
13   well, after you finish drilling, you have to stay
14   until you get into the casing.  Once you're in the
15   casing, you can hurry up -- you got to hurry up and
16   try and sleep because it might be 6 hours, it might
17   be 8 hours, it might be 3 hours.  Because as soon
18   as it comes out of the hole, you got to be there to
19   inspect your tool and stuff like that.
20  Q   Right, and so while the drilling is going on, what
21   is it you, as the reamer hand, are doing?  I know
22   you're in the drilling shack and, I guess, you're
23   monitoring the data that's coming up out of the
24   hole?
25  A   Uh-huh (yes).  So it's not necessarily -- well, I
```

**110**

```
 1   guess it's data, but.  Say I'm sitting in there,
 2   you have a weight indicator and a big scale doing
 3   this number right here (demonstrating) telling you
 4   how much weight you got to put in.  You can see the
 5   RPMs, so you're monitoring it live the whole time
 6   and making changes, you know, amongst -- with
 7   everybody else in the room as that time goes by.
 8   And then you're also -- you know, you're going up
 9   and down checking other tools at the same time, so
10   being on the rig monitoring it is fine, you just
11   have to be around.  So you can multitask.  You
12   know, I could go measure a tool and I'm right
13   there, and if they need me, they just say, hey
14   Jack, come back to the rig floor or something.  So
15   it's just constant being there and having good
16   situational awareness, I guess.
17  Q   And -- well, you said you have for the tool like a
18   set of parameters that you can operate in, correct?
19  A   Uh-huh (yes).
20  Q   And while you're there on the rig, you're -- in
21   collaboration with everybody else, you can adjust
22   the parameters where -- or suggested adjustments
23   within those parameters as you're drilling,
24   correct?
25  A   Correct.
```

**111**

```
 1  Q   And, in part, that's what your job is there to do?
 2  A   Part, yeah.
 3  Q   Yeah.  Okay.
 4  A   I mean, some of these adjustments happen quickly.
 5   Cause, like I say, I mean, when you're drilling,
 6   you're drilling thousands of feet, but within that
 7   thousand feet, you might have -- they call them
 8   stringers, just like a little strip of sand that --
 9   it might be only ten foot of sand and you're
10   drilling through shell and all of a sudden you just
11   hit something, like pfff, it ain't going nowhere.
12   So you got to hurry up and change the parameters to
13   drill through that and then ten foot later, you're
14   changing them back to optimize your drilling.
15  Q   And you're there for -- and part of it, you are
16   there to -- you're there for the reaming tool to
17   say this is what I think we need to do to optimize
18   at least the operation of the reaming tool?
19  A   Of the reaming tool, yes.
20  Q   Okay, and then come -- in conjunction with
21   everybody else, you come up with what the drillers
22   and you actually do?
23  A   Correct.
24  Q   And I think you said part of your job, too, out
25   there is to -- is for like inventory control,
```

**112**

```
 1   making sure you have the tools that you're gonna
 2   need.  I think you said you're keeping two or three
 3   steps ahead of the drilling process?
 4  A   Uh-huh (yes).
 5  Q   Okay, and part of that is kind of understanding
 6   what's in the hole, what you have and what you're
 7   gonna need and kind of juggling those balls?
 8  A   Correct, and those needs change sometimes, so --
 9   because there's nothing constant in drilling.  So
10   the plan might be, we're gonna drill 5,000 foot and
11   put 9-inch casing, and then we're gonna go to
12   6-inch casing.  Well, you might drill 5,000 foot,
13   hit something you can't go through or have a leak
14   or the well's changing, so then you got to change
15   it.  All right, well, now we're gonna drive 5,000
16   foot of 9-inch casing and then we're gonna put --
17   since we can't go all the way down, now we got to
18   do from 9 to 7 to 6 instead of from 9 straight to
19   6, so once the decision is made, I have to hurry up
20   and order new tools, inspect new tools because
21   that's -- everything's new.  So, you know, plans
22   change constantly.
23  Q   And when you would first get on the rig, I think
24   you said, you would meet with the company man when
25   you first got there?
```

113

1  A   That's correct.
2  Q   What are some of the things you would discuss with
3      the company man when you first arrived?
4  A   So I would introduce myself.  For the -- you know,
5      majority of the time, they've seen me before, so
6      I'd let him know I'm here, let him know what tools
7      I have, make him aware that I'm going check my
8      stuff, cause if you don't, then he's gonna come
9      find you and be like, hey, did you check your
10     stuff.  I would give him information on the tools,
11     then once I have all my measurements, I bring him
12     copies of all the measurements and all the
13     documents that way he has it and he's also aware
14     that I did it.
15         I also check with him on what's the plan,
16     what's currently going on, when they gonna need me
17     and when they'll be ready for me.  And then I make
18     my way from him and I talk to the directional
19     driller and the mud engineer and everybody else.
20 Q   And when -- after you -- if you had to, after you
21     strap the tools and do whatever assembly that you
22     need to do, it would be the rig crew that would
23     attach the reaming tool to the BHA; is that
24     correct?
25 A   I mean, we would do it.  I mean, I -- I physically

114

1      screw it together to make sure it's done right,
2      make sure it's not cross-threaded, but do I
3      physically put 96,000 pounds of pressure?  No, it
4      takes another piece of equipment to do it, and the
5      rig crew operates that equipment.
6  Q   Okay, and you're there making sure they do it right
7      and --
8  A   Correct, so --
9  Q   -- within specs?
10 A   So every time something is screwed together, I have
11     to be there.  So what I do is, you know, you pick
12     it up with a crane and put a stabbing guide around
13     it, that way, you know, you don't damage the
14     threads when you're hitting it, so you know, I
15     guide it in there.  Once it's in there, I take a
16     big chain wrench, I put it on there and I
17     physically screw it together to the point where
18     it's as far as you can get by hand.  Then they take
19     one of those tongs we was talking about earlier,
20     they bring that on together and that's what
21     tightens it.  And then when they're doing that, I
22     have to be watching the gauge to make sure they put
23     exactly the amount of torque necessary -- it might
24     be 48 or it might be 96, depending on how big it
25     is.

115

1  Q   Okay.
2  A   And then after that, you know, you lower it down to
3      the middle of the tool where I do my inspections.
4      I've got to unscrew some stuff to put some new jets
5      in and then test the tool to make sure it opens and
6      closes, and you go down and do the next connection
7      and just repeat.
8  Q   Okay.
9  A   I mean, there's a lot of things that I do, but you
10     know, it's just too heavy.  You've got to have a
11     crane or you need more than one person to pick up.
12 Q   Right, okay.
13         MR. BOWDLER:
14         Off the record for a second.
15         (REPORTER'S NOTE:
16         Whereupon a short break was taken, after
17     which the proceedings continued as follows:)
18 BY MR. BOWDLER:
19 Q   While you were on the rig, what was the majority of
20     your time spent doing?
21 A   Drilling.
22 Q   Okay, you were there and you guys were monitoring
23     the information and changing the drilling
24     parameters and stuff like that to maximize
25     everybody's tool operation, correct?

116

1  A   Yes.
2  Q   And when you guys would -- and I guess it's called
3      trip in the hole, right, is when you start going
4      down and you get to the bottom.  Would there be a
5      set of parameters -- well, what were you doing
6      while you guys would trip in the hole?  Like, were
7      you having to monitor anything or I think you said
8      that was the time when you, most likely, could get
9      some rest if they're tripping the hole?
10 A   Right, unless it was an XC tool, which is
11     hydraulically activated, then you have to watch it
12     at all times.
13 Q   Yeah, and I think, like all the other tools, you're
14     checking to make sure it doesn't open and operate
15     while you're going through and especially while
16     you're in the casing?
17 A   Yes.
18 Q   And, I guess, how would you know if the tool
19     started operating while you were tripping a hole?
20 A   If it would open in the hole, you'd start to see
21     dragging or it would stop.  It would catch on
22     something or you have more weight -- bit weight.
23 Q   And so one of the -- I guess one of the bits of
24     information, also, would look different and you
25     would look at that and say, oh, I think the tool

**29 (Pages 113 to 116)**

**117**

1  might've just opened and you'd alert the driller?
2  A   Correct.
3  Q   Was there any kind of check sheet or manual that
4  you had to follow that would say, oh, X happened,
5  so therefore, it's Y and I need to tell the
6  driller?
7  A   No, not the -- I mean, unless it was in the
8  standard operating procedure.  I don't think
9  there's a checklist.  There's multiple things that
10  can cause the same symptom, I guess.  So if we
11  would notice a symptom, then we troubleshoot to try
12  and figure out whose tool is causing it.  So it
13  could be other things, other than my tool, creating
14  the symptom.
15  Q   Okay, and you mentioned the standard work
16  instruction.  You had standard work instructions
17  when you were out on the rig?
18  A   No, it wasn't really standard operating procedure,
19  but there was a reamer manual that gave basic
20  information or a handbook or something.  I don't
21  know what they called it.
22  Q   And it would --
23      MR. ST. PE':
24          I'm sorry, don't let me forget, I have a
25  pre-trial conference with Judge Juneau at

**118**

1  1:30.
2      (REPORTER'S NOTE:
3          Whereupon an off-the-record discussion
4  was held, after which the proceedings
5  continued as follows:)
6  BY MR. BOWDLER:
7  Q   And the reamer manual, that's just some basic
8  information, does it give you kind of a
9  step-by-step guide of --
10  A   I don't think it gave a step-by-step guide.  It's
11  just specifications and torque specifications and
12  stuff like that.
13  Q   So is it fair to say, part of your job is when
14  you're getting the information -- the various
15  information -- you sort of have to project that
16  down to your tool and kind of see what you think is
17  going on and use that data and understand what's
18  going on in the hole and trying to help figure out
19  what -- if there's a problem?
20  A   I mean, you have to look at all of the --
21  everything going on and use your judgment to try
22  and guess what the problem is and try different
23  things to solve the problem.
24  Q   Okay, and you had mentioned one of the reamers that
25  is activated by a ball and it's literally -- I

**119**

1  think you drop the ball down the pipes and when it
2  hits the bottom, it turns on the reamer?
3  A   Correct.
4  Q   And you said as part of the measurements, you're
5  also looking at everybody else's tool to make sure
6  your ball will fit so you can actually activate the
7  tool, correct?
8  A   Correct.
9  Q   Do you ever have a situation where you looked at it
10  and you realized your ball wasn't gonna fit through
11  the other tools in the string?
12  A   Yes.
13  Q   Okay, what do you do in that situation?
14  A   You do a change order.  You notify -- well, most of
15  the time, if you find that, I would go to the
16  company man, let him know what I found and then
17  they would have to -- if it wasn't my tool, that
18  company would have to change their tool.  And it
19  might be something as easy as just getting a
20  different size where my ball will fall through it.
21  And just not knowing the size, you've got to check
22  and I've got to go get my 50-pound rod and slide it
23  through every piece that goes above and they call
24  it rabbiting, so it's a long piece of metal that --
25  so say my ball's two and three quarters, I get a

**120**

1  three-inch rabbit and I slide it through every
2  piece of equipment, and if it doesn't go through,
3  then I actually grab my ball and I push it through
4  to make sure it goes through cause if it doesn't,
5  that's a problem.
6  Q   And when you are dropping the ball to activate it,
7  do you actually do the -- do you actually go into
8  the --
9  A   Uh-huh (yes).
10  Q   -- you actually do?
11  A   Yes.
12  Q   And, as I understand, the ball goes down and
13  there's a little seat and it hits it and then it
14  pushes the outside of the reamer --
15  A   Correct.
16  Q   -- I guess those are the bits -- the cutting
17  blades?
18  A   The blades, yes.
19  Q   Okay, and at what point do you know when it's time
20  to activate the reamer; is that -- I guess who
21  makes that decision like, okay, now it's time,
22  let's drop the ball and get the reamer going?
23  A   So that's a pre-determined depth set forth by the
24  company and what their plans for the weld is.  It's
25  usually right outside of the previous casing.  Once

**30 (Pages 117 to 120)**

**121**

1    you exit the casing, then you open it up right
2    there.  And then once I open it, I have to perform
3    numerous tests to make sure it's open and operating
4    correctly.
5  Q    I think I heard one of them was called the pole
6    test?
7  A    Correct.
8  Q    And, I guess, that's the same thing, you're telling
9    the driller, hey, pull back or do something on the
10    RPMs and you're looking at the data to make sure
11    the tool's actually activated?
12  A    Correct.
13  Q    And, I guess, as I understand, one of the things
14    you look for is if the tool is activated, there
15    should be a change in the pump pressure?
16  A    Correct.
17  Q    And it should decrease because I think the sides
18    have opened, so some fluid should be escaping?
19  A    That's correct, yeah.
20  Q    And if you the test -- if you activate it and you
21    don't see the pump pressure change, that's a --
22    that would be suggesting to you that the tool
23    didn't activate, correct?
24  A    That's correct.
25  Q    Okay, and then from there, you would have to, I

**122**

1    guess, troubleshoot to figure out why and what's
2    going on?
3  A    Correct.
4  Q    Okay.  And then once the tool's activated, the
5    driller then kind of -- and you know -- you run
6    your tests and you know it's activated and the
7    driller is then gonna proceed ahead with the reamer
8    operating; is that correct?
9  A    So then you continue to drill with the tool open,
10    but I need to make sure it stays open and it
11    doesn't change the parameters too much.
12  Q    Right.  Right, so if you have it open and you
13    realize it's causing the RPMs to drop
14    significantly, you have to figure out -- and this,
15    again, a collaborative effort of figuring out what
16    the right RPM is to get -- to get the drill bit and
17    the reamer operating optimally?
18  A    Yes.
19  Q    And I think you said before, you're also monitoring
20    kind of the formation that you're in or -- so do
21    you also get the gamma ray logs?
22  A    I do.
23  Q    And, I guess, do you understand them?  Cause I know
24    I don't.
25  A    So we understand the parts that pertain to my job.

**123**

1    I wouldn't say I'm a -- I understand all of it, but
2    I can look at it enough to determine a change in
3    formation.  What that formation is, I won't know,
4    but I can tell, hey, something's coming up.
5  Q    And then changes in formation affect the operation
6    of the reamer, correct?
7  A    That's correct.
8  Q    Okay, and you, as the reamer hand, need to know
9    what formation you're drilling in, correct?
10  A    Correct.  I mean, it drastically helps you if you
11    understand what you're drilling through.  I'm not
12    gonna say every reamer hand understands that, but
13    those are -- it's one of the things that separates
14    a good reamer hand from the bad one.
15  Q    And is part of it -- from your experience, you
16    learn, well, if I'm in limestone, I know how the
17    reamer should be reacting versus, say, sand or
18    something else?
19  A    Correct.  I mean, that means going down to the
20    shaker, sticking your hand in the stuff coming out,
21    feeling it, smelling it, knowing what it is.
22  Q    And is there any kind of manual or checklist that
23    tells you what to do for different types of
24    formation or is that just kind of experience-based?
25  A    Most it is experience-based, but I do think there's

**124**

1    some general knowledge out there that says, you
2    know, sand is typically low RPM, high weight.
3    Shell is typically high RPM, low weight, but it's
4    all situational.  You know, you can run into sand
5    that doesn't do what the book says, so you have to
6    change it.
7  Q    Is it, too, when the reamer comes up out of the
8    hole, part of your job, too, is to grade the, I
9    guess, the cutters that come out?
10  A    Yeah.
11  Q    And the wear that's on them?
12  A    Your terminology is better than mine, so you've
13    been speaking to somebody.
14        MR. ST. PE':
15        I have a feeling this is not his first
16    reamer hand deposition.
17        THE WITNESS:
18        Cause I never said strap when mentioned
19    tools, and he has.
20  A    But, yes.
21  BY MR. BOWDLER:
22  Q    It seems to be a pretty common phrase, --
23  A    It is.  It is, but yes, I do a dull grade on every
24    tool coming out.
25  Q    And then that's to help determine, I guess, if you

**31 (Pages 121 to 124)**

125

1    were in between runs, can you run the tool, again,
2    do you need to switch it out, --
3 A   Correct.
4 Q   -- things like that?
5 A   Most of the time, you change it out no matter what,
6    but that tells you what size hole you have, so if
7    you've eaten an inch out of your blades, that means
8    your hole's an inch lower.
9 Q   Okay.  And for the grading, do you have -- is there
10    any kind of guide or like manual you -- I guess a
11    visual comparison where you say this is good
12    enough, this is -- you know, I can use this,
13    again --
14 A   There's an IDHC standard for grading and you use
15    that to grade it.  It's both a visual and a
16    measurement-type -- like actually stick a little
17    measurement on there and measure every tooth.
18 Q   You had mentioned before that there was kind of a
19    general manual for the tool.  Any other documents
20    or kind of manuals that you had out there on the
21    rig to help you with your job?
22 A   No, not that I recall.
23 Q   I just kind of want to check, is this a copy of the
24    manual you were mentioning?
25 A   (Reviewing document.)  I believe this is the thing

126

1    I submitted, right?
2 Q   I know you definitely submitted one.
3 A   This is the document I was referring to, but it is
4    very loosely written, I guess.  It tells you all
5    the basics, yes.
6 Q   Those are the basics.
7        (REPORTER'S NOTE:
8        Whereupon a document was marked for
9        identification as "Exhibit 15," and same is
10        attached hereto at the end of the deposition.)
11 BY MR. BOWDLER:
12 Q   I just wanted you to kind of confirm that.  I'm not
13    gonna ask you anything specific.
14 A   Oh, yes, this is the -- the operating guide that
15    came with it.
16        MR. BOWDLER:
17        I'm just gonna hand you what we're gonna
18    mark as Exhibit 16.
19        (REPORTER'S NOTE:
20        Whereupon a document was marked for
21        identification as "Exhibit 16," and same is
22        attached hereto at the end of the deposition.)
23 BY MR. BOWDLER:
24 Q   Is this the -- kind of the form you were talking
25    about where you had to keep track kind of the half

127

1    hour by half hour of everything that's going on?
2 A   (Reviewing document.)  Yes.  So this was just
3    the -- a generic, this is what we did today type
4    thing.
5 Q   Right.
6 A   Yes, and some things are as little as by the half
7    hour.  Some things are six hours, depending on
8    who's doing it.
9 Q   Right, and so depending on the activity, so for
10    example, just where it says make a BHA on the first
11    page, it says -- you know, that took you an hour to
12    make a new BHA and just, you're kind of going
13    through it, keeping track?
14 A   Correct.
15 Q   And then just kind of, so I'm familiar with these
16    forms, all the entries where it talks about ream
17    from a depth of number to another number, --
18 A   Uh-huh (yes).
19 Q   -- that's when you guys are drilling?
20 A   That is when you're drilling, yes.
21 Q   And then, just so I -- again, cause I'm -- T-I-H,
22    does that stand for trip in hole?
23 A   Trip in hole.
24 Q   Okay, and at the end there, it's the -- basically,
25    POOH, like Winnie-the-Pooh?

128

1 A   Pull out of hole.
2 Q   Pull out of hole, okay.  And while the reamer is
3    pulling out of the hole, what does your job entail
4    during that time period?
5 A   So it -- you know, it depends.  I mean, if you look
6    at this one, it was a two-hour trip, so when you
7    start pulling, halfway up, once you reach the
8    casing, you have to do another pooh test to make
9    sure your reamer was open the whole time.  So
10    during that two hours, I did a pooh test and then
11    you have to watch it go through the BOPs.  You have
12    to watch it go through any other restrictions and
13    then you have to be there when it's on top.
14 Q   When it comes up out of the hole?
15 A   Yeah, so -- and then if there's any other things I
16    need to do on the rig floor, I do it during that
17    time, too.  You know, like, if we're pulling out
18    the hole, it's for a reason.  We're probably
19    picking up a new one, so I'm already prepping the
20    next tool to go up.  So in this situation, when we
21    pull out the hole, that was actually the end, cause
22    you -- I can see -- you know, I pumped the sweep,
23    circulate it, pull it out the hole, lay down BHA
24    and I leave location.
25 Q   Right, and --

**129**

1  A   This is a shelf rig, that's why it's so fast.
2  Q   And you said this is a shelf rig?
3  A   A Hercules 201 is a jackup rig.
4  Q   A jackup rig, okay.
5  A   So, typically, close to the shore.
6  Q   So just, if you can turn on the second page?
7  A   (Complying.)
8  Q   So just kind of curious, so there's a lot of
9      entries at the start of it where after you arrive
10     and you fly out, it says:
11         (Reading) Locate strap and prep tools.
12         Then it says:
13         (Reading) Still drilling section, standby.
14         So what was going on during that time period,
15     again, to the extent you can remember?
16  A   So on this location, we arrived early, so they were
17     still drilling the previous section.  So during
18     that time, that's when I was doing still -- all the
19     other stuff.  That's when I'm planning, talking
20     with all the other hand tools, prepping the BHA.
21     Like all this stuff that -- you know, where it
22     says, you know:
23         (Reading) Pick up BHA.
24         That took hours and hours of getting it
25     together before you actually pick it up.  But yeah,

**130**

1      so.  And where it says:
2          (Reading) Sweep.
3          The reason why it was taking so long is cause
4      the rig was having problems.  Cause if you pump a
5      sweep, that means you're losing mud somewhere,
6      which is dangerous, so you're like preventing a
7      blowout.  That's what they was doing.  See right
8      here, it says:
9          (Reading) Bringing mud weight up due to
10     increased gas.
11         If your gas pressure is heavier than your mud
12     weight, that's not good.
13  Q   All right, if you could just -- I have a question.
14     Turning the page, it's got -- it's got a number in
15     the bottom right-hand corner, it'll say 1652?
16  A   Okay.
17  Q   And then there's a reference to running casing.
18     That's where they're literally lowering like the
19     pipe down to the --
20  A   Correct.
21  Q   -- okay.  And while the rig is running casing, what
22     are you doing?  Is -- again, you're strapping tools
23     getting ready for the next run?
24  A   Let me look at the next day.  So right here, they
25     were running casing.  This is -- this is a job

**131**

1      where I ran multiple tools in this string.  If you
2      look at the next page, each job?
3  Q   Uh-huh (yes).
4  A   So you see this is job number 437802, this one's
5      439709, I never left the rig.  So while they was
6      running casing, I was prepping for the next BHA.
7      Cause if you look on the next page, it's the same
8      date and I started completely all over, again.
9  Q   When you said -- when -- when you referred to
10     running multiple tools, is that -- would you run
11     more than one reamer on the drill string at a time,
12     or?
13  A   No, no, different size.
14  Q   Okay, different size.
15  A   So we ran the bigger one.  You know, they ran
16     casing, it might've took them two days.  During
17     those two days, that's when I'm getting -- I'm
18     prepping all the old tools, getting them shipped
19     out, receiving new tools for the next section and,
20     you know, re-measuring and doing everything, again.
21     You know, sometimes I do four tools back to back to
22     back.  And, usually, when it's in very rushed
23     situations or -- you don't leave the rig because
24     they don't have time to fly you back and then the
25     next day you fly back.  It's not worth the money,

**132**

1      so they just keep you and don't let you leave.
2  Q   Okay, I don't have any other questions for you
3      about that.
4  A   Okay.
5  Q   So when you were -- as a reamer hand, what
6      decisions, if any, were you permitted to make with
7      respect to the -- your tool?
8  A   So the only decisions I can -- I mean, I didn't
9      choose what size to run.  I didn't choose -- that
10     was all done in the planning stage through the
11     engineers.  Basically, the only thing -- decisions
12     I made were running the -- that particular tool
13     within that tool's specifications.  And anything
14     that would fall outside that specification, you had
15     to do a change of work form.
16     MR. BOWDLER:
17         If you guys don't mind, give me like 10,
18     15 minutes.  I'll just go back through my
19     notes.
20     MR. ST. PE':
21         Okay.
22     (REPORTER'S NOTE:
23         Whereupon a short break was taken, after
24     which the proceedings continued as follows:)
25     MR. BOWDLER:

**33 (Pages 129 to 132)**

**133**

1    Mr. Venable, I'm gonna hand you a
2    document we're gonna mark as Exhibit 17 to
3    your deposition.
4    (REPORTER'S NOTE:
5    Whereupon a document was marked for
6    identification as "Exhibit 17," and same is
7    attached hereto at the end of the deposition.)
8    BY MR. BOWDLER:
9  Q   Okay, and this is a declaration you signed in
10   connection with your appeal regarding your
11   short-term disability benefits, correct?
12 A   Correct.
13 Q   And, if you would -- as you sit here today, is
14   there anything in your declaration that's changed
15   since the time that you signed it in 2016?
16 A   In this?
17 Q   Yes?
18 A   I didn't read the entire thing, but this was --
19   this was done for another case, so I don't know how
20   it pertains to this one.
21 Q   Well, just, is it true -- is it still correct?  You
22   can take your time to read it?
23 A   I mean, I remember writing it, so I didn't -- I
24   mean, it's correct.
25 Q   Okay.  And, Mr. Venable, have you prepared any kind

**134**

1    of calculation of the amount of damages that you
2    believe you're owed in this case?
3  A   I, personally, have not.
4  Q   Is it your belief that when you were working as a
5    reamer hand that you should've been paid on an
6    hourly basis?
7  A   I believe that I should've gotten overtime.
8  Q   Okay.  So, Mr. Venable, have you told me the truth
9    in response to all my questions here today?
10 A   Yes, I have.
11 Q   Okay, and as you sit here, is the any of your
12   testimony that you feel you need to clarify or
13   correct that you've given this morning?
14 A   Not that I know of, no.
15   MR. BOWDLER:
16   Okay, I don't have any other questions
17   for you at this time.  I'll hand it over to
18   your attorney, if he has any questions for
19   you.
20   MR. ST. PE':
21   Well, I do have just a few questions,
22   which my Golden Rule is to never ask your
23   client questions in their deposition, but I'm
24   gonna break it for the first time, only for
25   clarification purposes.

**135**

1  EXAMINATION BY MR. ST. PE':
2  Q   Could you look at Exhibit 14 that you referred to?
3  A   (Complying.)  Okay.
4  Q   And I just want to go through some of the items and
5    make sure I understand what you believe these
6    things are.  So if you go towards the bottom under,
7    "essential responsibilities and duties," there's
8    something called:
9    (Reading) Develops technical knowledge and
10   design and evaluation working closely with the
11   mentor.
12   Can you explain to me what that means, to you?
13 A   That just -- to me, just means learn your job to
14   the best of your ability and, you know, it says:
15   (Reading) Working with a mentor.
16   But I've never been assigned a mentor or
17   anything like that.
18 Q   All right, the next item underneath it is:
19   (Reading) Work with manager to prepare for
20   future career options.
21   What does that mean?
22 A   So Schlumberger had this quest stuff that you see a
23   couple sentences before, it's basically just saying
24   that it's your career path, you know, from -- see,
25   right here, it says:

**136**

1    (Reading) DT&R field specialist.
2    But there's actually multiple levels of that.
3  There's one, two, three, four, so it's just saying
4  that you're gonna work with your manager to try and
5  progress.  Schlumberger was a company that believed
6  if you're not moving up, you're not going nowheres,
7  I guess.
8  Q   All right:
9    (Reading) Stands in for FSM when on vacation.
10   What is that?
11 A   I don't even know what FSM is.
12 Q   Okay:
13   (Reading) Coaches and mentors less-experienced
14   employees acts as a role model for all field
15   operations people.
16   What does that mean to you?
17 A   I guess it just means create a good example for
18   other people.  I've never been in charge of
19   coaching and I've never been assigned as a mentor
20   to anyone nor did I ever have a training role where
21   I trained employees.
22 Q   Okay, and the other thing I wanted to ask you,
23   since I've already broken my rule, is could you
24   describe what a drilling shack is?
25 A   So a drilling shack could be -- some rigs did not

**34 (Pages 133 to 136)**

**137**

1  even have one or it's literally just drillers on a
2  brake to the fanciest of rigs, which are very far
3  and few between, like these new drill ships might
4  have a shack probably no bigger than this room and
5  it -- you know, it has glass because it has the
6  tube -- the driller and the AD sit in a chair, and
7  everybody else just stands around it and that's it.
8  There's no tables, no desk, there's no nothing like
9  that.  It's just a -- all it is, is basically the
10  controls for the drill crew to run the equipment.
11 Q  So when you're doing something, like you described
12  trip in the hole, what are you physically doing
13  when that's going on?
14 A  So, usually, I'm on the drill floor watching, you
15  know, the pipe, recording that or I'm standing
16  behind the driller with my tally book manually --
17  so there's gauging and I'm sitting there watching
18  the same gauges that the driller is watching.
19 Q  So when you were describing it earlier, I
20  envisioned you sitting in a nice, comfortable chair
21  like these chairs and --
22 A  No.
23 Q  -- watching a TV monitor or a computer monitor;
24  that's not what's going on?
25 A  No, it's a room that's all greasy and it's -- all a

**138**

1  drill shack is, is the control center to run the
2  rigs.  Some rigs don't even one.
3 Q  All right, you're standing the entire time?
4 A  Yes.
5      MR. ST. PE':
6      Okay, that's all the questions I have.
7 RE-EXAMINATION BY MR. BOWDLER:
8 Q  And just a couple followup.  When you're in the
9  drilling shack, again, you're standing behind the
10  driller, you're not controlling the brake or
11  anything like that?
12 A  No.  No one's allowed to touch it, so that's -- so
13  like BP is the oil company, they hire Transocean or
14  Hercules or something to run the actual rig.  So
15  we're there just -- we're not allowed to touch none
16  of the rig, no one -- not even BP is allowed to
17  touch the rig.
18      MR. BOWDLER:
19      All right, that's my only followup.
20 A  Cause there's buttons you can press and you just
21  dropped all the pipe in the hole or cut it.
22      COURT REPORTER:
23      Are y'all gonna read and sign?
24      MR. ST. PE':
25      Yes.

**139**

1      MR. BOWDLER:
2      Mr. Venable, thank you very much for your
3  time.  I appreciate it.
4      COURT REPORTER:
5      And a copy for you, Mr. St. Pe'?
6      MR. ST. PE':
7      Yes, please.
8      (DEPOSITION CONCLUDED AT 1:43 P.M.)
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**140**

1      REPORTER'S PAGE
2
3      I, SHERI BERTRAND, Certified Court Reporter, in and
4  for the State of Louisiana, the officer, as defined in
5  Rule 28 of the Federal Rules of Civil Procedure and/or
6  Article 1434(b) of the Louisiana Code of Civil
7  Procedure, before whom this sworn testimony was taken,
8  do hereby state on the record:
9      That due to the interaction in the spontaneous
10  discourse of this proceeding, dashes (--) have been used
11  to indicate pauses, changes in thought, and/or
12  talkovers; that same is the proper method for a court
13  reporter's transcription of proceeding; that the dashes
14  (--) do not indicate that words or phrases have been
15  left out of this transcript; and that any words and/or
16  names which could not be verified through reference
17  material have been denoted with the phrase "(ph.sp.)."
18
19
20
21
22
23
24
25

**35 (Pages 137 to 140)**

**141**

1     C E R T I F I C A T E

2

3     THIS CERTIFICATION IS VALID ONLY FOR A TRANSCRIPT

4   ACCOMPANIED BY ORIGINAL SIGNATURE AND ORIGINAL REQUIRED

5   SEAL ON THIS PAGE.

6     I, SHERI BERTRAND, CERTIFIED COURT REPORTER,

7   CERTIFICATE NUMBER 27004, IN AND FOR THE STATE OF

8   LOUISIANA, AS THE OFFICER BEFORE WHOM THIS TESTIMONY WAS

9   TAKEN, DO HEREBY CERTIFY THAT JACK VENABLE, JR., TO WHOM

10   OATH WAS ADMINISTERED, AFTER HAVING BEEN DULY SWORN BY

11   ME UPON AUTHORITY OF R.S. 37:2554, DID TESTIFY AS

12   HEREINBEFORE SET FORTH IN THE FOREGOING 139 PAGES; THAT

13   THIS TESTIMONY WAS REPORTED BY ME IN THE STENOMASK

14   REPORTING METHOD, WAS PREPARED AND TRANSCRIBED BY ME OR

15   UNDER MY PERSONAL DIRECT SUPERVISION, AND IS A TRUE AND

16   CORRECT TRANSCRIPT TO THE BEST OF MY ABILITY AND

17   UNDERSTANDING; THAT THE TRANSCRIPT HAS BEEN PREPARED IN

18   COMPLIANCE WITH TRANSCRIPT FORMAT GUIDELINES REQUIRED BY

19   STATUTE OR BY RULES OF THE BOARD, AND THAT I AM INFORMED

20   ABOUT THE COMPLETE ARRANGEMENT, FINANCIAL OR OTHERWISE,

21   WITH THE PERSON OR ENTITY MAKING ARRANGEMENTS FOR

22   DEPOSITION SERVICES; THAT I HAVE ACTED IN COMPLIANCE

23   WITH THE PROHIBITION ON CONTRACTUAL RELATIONSHIPS AS

24   DEFINED BY LOUISIANA CODE OF CIVIL PROCEDURE ARTICLE

25   1434 AND IN RULES AND ADVISORY OPINION OF THE BOARD;

**142**

1   THAT I HAVE NO ACTUAL KNOWLEDGE OF ANY PROHIBITED

2   EMPLOYMENT OR CONTRACTUAL RELATIONSHIP, DIRECT OR

3   INDIRECT, BETWEEN A COURT REPORTING FIRM AND ANY PARTY

4   LITIGANT IN THIS MATTER NOR IS THERE ANY SUCH

5   RELATIONSHIP BETWEEN MYSELF AND A PARTY LITIGANT IN THIS

6   MATTER.  I AM NOT RELATED TO COUNSEL OR TO THE PARTIES

7   HEREIN, NOR AM I OTHERWISE INTERESTED IN THE OUTCOME OF

8   THIS MATTER.

9     IN WITNESS WHEREOF, I HAVE HEREUNTO AFFIXED MY

10   SIGNATURE AT LAKE CHARLES, LOUISIANA, THIS THE ___ DAY

11   OF OCTOBER, 2019.

12

13   _____

14     SHERI BERTRAND #27004

15     CERTIFIED COURT REPORTER

16

17

18

19

20

21

22

23

24

25

**36 (Pages 141 to 142)**

**A**

**a.m** 1:19 61:9
**ability** 135:14
  141:16
**able** 23:13 105:23
  106:3 107:13
**accepted** 36:18
**access** 50:13,16
**ACCOMPANI...**
  141:4
**accuracy** 73:1,19
**accurate** 60:16
  64:3,7 74:9
  76:21 78:25
**acknowledge** 40:7
**Act** 26:4
**ACTED** 141:22
**action** 25:12,16
  25:22
**activate** 119:6
  120:6,20 121:20
  121:23
**activated** 13:24
  15:6 16:22 82:1
  116:11 118:25
  121:11,14 122:4
  122:6
**active** 13:13,21,24
  15:6 16:17
**activity** 127:9
**acts** 136:14
**actual** 138:14
  142:1
**ad** 35:9 93:6
  137:6
**additional** 27:15
**address** 10:19,21
  11:1,2
**adjust** 110:21
**adjustments** 83:9
  110:22 111:4
**ADMINISTER...**
  141:10
**ADV** 71:8
**advantage** 27:16
**advertising** 28:5
**ADVISORY**
  141:25
**advocate** 91:20
**affect** 123:5
**AFFIXED** 142:9
**agency** 52:7

**ago** 25:5 64:13
  76:21 106:9
**agree** 84:18
**agreement** 40:8
  40:16 94:3
**Aguirre** 1:5 2:4
  9:23,25 10:7,14
  22:25 34:4,7,9
  34:13,16,17,18
  34:23 46:12,13
**ahead** 8:4 17:3
  64:5 91:5,11
  99:11 112:3
  122:7
**ain't** 99:20 111:11
**alarm** 11:22
**Alaska** 48:23 49:6
  80:7
**alert** 117:1
**allegations** 29:25
  31:23
**alleged** 22:6
**allowed** 92:20
  138:12,15,16
**almighty** 107:1
**amount** 21:20
  23:20,21 40:14
  40:19 54:6,9
  58:6 62:11
  67:24 114:23
  134:1
**and/or** 140:5,11
  140:15
**Angola** 48:25
  49:1,24,25 50:5
  67:15 69:10,14
  69:16,21,22
  70:2,9,25,25
  71:7,12,15,20
**Angolan** 69:19
  70:11
**answer** 3:15 5:19
  5:20 6:20 7:6,8
  7:17,24 8:5,12
  91:11
**answering** 8:19
**answers** 3:12
**anybody** 9:20
  28:18,22 68:11
**anymore** 106:20
**anytime** 41:24
**anywheres** 18:6,6

**69**:23
**apartment** 11:9
**apiece** 97:12
**apologize** 32:15
**apparently** 24:13
**appeal** 133:10
**APPEARANCES**
  2:1
**appears** 25:1
  71:13 77:23
**application** 4:8
  35:9
**applied** 35:5,5,8
**apply** 6:14 85:6
**applying** 34:21
**appreciate** 139:3
**approach** 28:22
**approached**
  28:17
**approve** 40:12
  94:14
**approved** 25:8
  85:19
**approximate**
  49:24
**approximately**
  11:6 17:6 19:23
  26:25 43:1
  49:18
**April** 66:2 77:15
**area** 23:5 67:15
**areas** 23:14
**Arkansas** 49:6
**Armaggedon**
  83:8
**armed** 67:16
**Army** 12:24 13:5
  13:22
**ARRANGEME...**
  141:20
**ARRANGEME...**
  141:21
**arrested** 20:25
  21:2,13
**arrive** 129:9
**arrived** 19:19
  113:3 129:16
**Article** 140:6
  141:24
**aside** 9:19
**asked** 7:12 8:11
  32:15 33:1

**40**:10
**asking** 7:5 8:16
  27:6
**aspect** 31:1
**aspects** 14:8 31:3
  55:15
**assemble** 47:18
  48:2 81:16
  82:19 101:20
  103:6,23
**assembled** 47:23
  47:25 104:3,5
**assembling** 17:23
  103:15
**assembly** 81:24
  113:21
**asserted** 21:18
**asserting** 22:2
**assigned** 23:5
  47:12 54:7 87:3
  135:16 136:19
**assigning** 41:16
**assignment** 43:23
**Assist** 100:19
**assume** 7:17
**attach** 113:23
**attached** 24:20
  33:13 36:12
  37:12 40:5
  56:16 58:18
  59:16 63:18
  72:6 73:14 74:3
  79:10 84:6
  126:10,22 133:7
**attorney** 8:2 9:2
  9:19 10:1 19:21
  22:4 25:4 26:23
  27:7,21 28:11
  28:15 40:12,21
  134:18
**attorney's** 8:23
**attorneys** 5:6
  21:10 27:6,8,18
  27:21 28:2,2,12
  28:17
**August** 38:25
  39:4 67:5 71:21
**aunt** 53:24
**Australia** 48:24
  49:19,20,22
**AUTHORITY**
  141:11

**authorization**
  94:6,18
**authorize** 25:21
**automatic** 20:2
  55:17
**automatically**
  65:25
**Avenue** 1:18 2:9
**average** 80:20
**awake** 55:12
  107:8
**aware** 21:10 22:5
  22:9,14 26:6,10
  26:20 29:24
  30:12 31:22
  32:4 52:6 68:5
  83:2 88:11
  113:7,13
**awareness** 110:16
**awhile** 82:10

**B**

**back** 16:23 19:14
  29:18 38:13
  64:17,18 66:16
  66:17 74:21,25
  81:18 83:11,22
  101:12 104:11
  109:6 110:14
  111:14 121:9
  131:21,21,22,24
  131:25 132:18
**backup** 99:4
**bad** 7:12 93:12,18
  123:14
**Baker** 14:20,22
  17:9,10,12,16
  17:17,21 18:2,9
  18:13 19:16
  20:7 25:17
  27:22 34:9,11
  34:18 46:17
  101:5
**ball** 82:1,3 97:10
  118:25 119:1,6
  119:10,20 120:3
  120:6,12,22
**ball's** 119:25
**ball-drop** 82:9
**balls** 97:2 112:7
**bankruptcy** 20:20
**bar** 53:23

**barge** 72:20
**base** 37:5 39:1
  43:24 52:16
  53:6
**based** 13:12,14
  31:8 43:12 44:4
  53:12 83:10
  84:17 85:4,17
  95:23 100:16
**basic** 37:19
  117:19 118:7
**basically** 14:8
  15:24 16:4,12
  37:25 38:20
  41:1,14 42:20
  63:24 68:11
  71:10 72:15,18
  72:23 75:11
  84:22,23 85:11
  86:6 90:7
  107:24 127:24
  132:11 135:23
  137:9
**basics** 126:5,6
**basis** 134:6
**basket** 96:14
**bed** 107:7
**beginning** 1:19
  9:21 43:8 63:5
  76:16
**behalf** 1:6 2:4
  25:9 50:21
**belief** 134:4
**believe** 11:3 25:13
  37:15 39:14
  43:13,15,16
  45:23 46:10
  52:19 60:5
  61:15 64:22
  66:4,20 75:11
  88:15 89:5
  125:25 134:2,7
  135:5
**believed** 21:23
  136:5
**benefit** 91:23
**benefits** 19:6
  32:21 52:24
  53:2 133:11
**Benning** 13:15
**Bergeron** 78:7
**Bertrand** 1:16

140:3 141:6
  142:14
**best** 5:20 7:4,7
  78:16 91:18
  92:11,12 135:14
  141:16
**better** 64:20
  78:14 82:4
  99:21 107:4,8,8
  124:12
**BHA** 81:23,23
  113:23 127:10
  127:12 128:23
  129:20,23 131:6
**bi-weekly** 52:17
**big** 42:12 93:20
  96:25 97:3
  110:2 114:16,24
**bigger** 131:15
  137:4
**billboards** 28:8
**bimonthly** 52:21
  53:10
**bit** 91:16,18 93:17
  95:20 109:5
  116:22 122:16
  120:16
**biweekly** 52:19,20
  53:10 58:4,10
**BJ** 14:18,21,24
  15:4,10 16:16
  16:19,23
**blacklisted** 29:9
**blades** 97:11,11
  120:17,18 125:7
**blame** 24:3 94:21
**blocked** 72:17
**blowout** 130:7
**blue** 66:3
**BOARD** 141:19
  141:25
**boat** 15:12,19,25
  16:20 104:11,17
**boats** 16:19
**bolt** 85:16
**bonus** 54:4 55:22
  78:1,1
**bonuses** 63:1
**book** 102:7 124:5
  137:16
**booked** 42:24

**books** 102:8
**BOPs** 128:11
**bottle** 102:15
**bottom** 37:20
  65:1 66:10
  72:22 81:24
  83:1 116:4
  119:2 130:15
  135:6
**bought** 36:4 38:9
**Bourgeois** 12:2
**Bowdler** 2:15 4:3
  5:4,6,24 6:5
  24:21 33:7,18
  33:24 34:1 36:6
  36:13 37:6,13
  39:24 40:6
  44:21 45:4 47:7
  56:10,18 58:12
  58:20 59:10,17
  59:25 60:2
  63:1,19 71:24
  72:10 73:15,23
  74:5 76:2,11
  77:11 79:11,20
  83:25 84:7
  91:10 115:13,18
  118:6 124:21
  126:11,16,23
  132:16,25 133:8
  134:15 138:7,18
  139:1
**BP** 71:16 72:18
  72:19 138:13,16
**BPD** 70:21
**Bradley** 14:9,10
  14:10,12,13
**brake** 137:2
  138:10
**branch** 12:23
**break** 8:8,12
  44:23 45:2
  61:20 79:13
  115:16 132:23
  134:24
**breaks** 61:13
**Brent** 45:6,7 46:7
**brief** 36:23
**bring** 32:6 113:11
  114:20
**bringing** 26:2
  130:9

**broken** 77:24
  81:6 136:23
**brought** 102:8
**Broussard** 18:4
  42:21 47:9,13
  47:21,25 87:4
**Bryan** 2:15 5:5
**bucket** 83:24
**building** 17:22
**built** 47:23,25
**bunch** 23:2 25:18
  26:19 39:21
  40:20 48:21
  67:18 77:15
**business** 36:21
  90:21 107:7
**busy** 88:22,23
  101:18,23 103:5
**button** 93:3
**buttons** 138:20
**byproduct** 90:6

___

**C**

**C** 141:1,1
**Cajun** 16:24
**calculate** 65:25
**calculation** 65:15
  134:1
**calculations**
  30:18 31:7
  68:24 81:19
  82:9,9 95:4
**calendar** 64:21
  71:1 78:16
**California** 13:16
  49:5
**call** 38:11 39:22
  41:25 42:5,7,12
  53:22,23 70:1
  86:23 94:2
  97:20 108:10
  111:7 119:23
**called** 16:24 37:16
  38:6 46:6 61:15
  62:5 85:14
  116:2 117:21
  121:5 135:8
**calling** 100:1
**calls** 42:7
**cap** 96:23
**captioned** 1:14
**card** 50:7

**cards** 50:5
**career** 14:7 29:9
  135:20,24
**Carencro** 104:19
**carrying** 85:6
**case** 9:9 19:18
  20:16,17 24:25
  25:11,15 27:11
  29:12 54:1
  82:14 133:19
  134:2
**cases** 80:11
**cash** 50:6
**casing** 105:17
  107:17 109:14
  109:15 112:11
  112:12,16
  116:16 120:25
  121:1 128:8
  130:17,21,25
  131:6,16
**catch** 82:4 116:21
**cause** 1:14 20:6
  24:12 27:7,13
  28:3 32:15 35:2
  36:3 53:22 56:7
  65:13,19 68:15
  76:21,24 81:8
  82:12,23 86:13
  89:15 95:17
  97:24 98:23
  101:19,20
  102:10 104:10
  105:9 107:5,12
  111:5 113:8
  117:10 120:4
  122:23 124:18
  127:21 128:21
  130:3,4 131:7
  138:20
**causing** 95:7
  117:12 122:13
**cell** 11:19,20
**center** 138:1
**centralize** 81:5
**certain** 54:6 80:9
  81:16
**CERTIFICATE**
  141:7
**CERTIFICATI...**
  141:3
**certifications**

12:11 89:12
**certified** 1:16
  12:16 140:3
  141:6 142:15
**CERTIFY** 141:9
**chain** 96:25
  114:16
**chair** 108:14
  137:6,20
**chairs** 137:21
**chance** 104:7
**change** 36:5,23
  38:13,16,17
  42:3 53:12
  81:13 85:10,14
  92:22,22 93:10
  94:2,25 96:9
  97:10,11 111:12
  112:8,14,22
  119:14,18
  121:15,21
  122:11 123:2
  124:6 125:5
  132:15
**changed** 36:24
  38:1,3 44:12
  63:24 106:11
  133:14
**changes** 38:16
  39:9 42:24
  67:23 76:25
  85:17 110:6
  123:5 140:11
**changing** 38:11
  106:21 108:12
  111:14 112:14
  115:23
**charge** 54:11 67:9
  68:1 136:18
**chargeable** 54:9
  54:16,18,23
  55:3,17 65:8,23
**charged** 21:13
  54:10 66:18
  68:13 72:23
**charges** 21:4,9
**Charles** 45:18
  142:10
**check** 19:19 20:3
  64:14 71:1
  72:20 80:23
  81:1,24 82:6,7

101:14 104:10
  105:19 113:7,9
  113:15 117:3
  119:21 125:23
**checking** 99:18
  105:6 106:1
  110:9 116:14
**checklist** 117:9
  123:22
**Chevron** 90:14,19
  106:25
**Chevron's** 100:1
**choose** 132:9,9
**chose** 27:10 34:11
**Chuck** 45:19
**circulate** 128:23
**civil** 3:7 20:18
  140:5,6 141:24
**claim** 22:10,16
  23:10 26:2
**claims** 9:13 19:5,7
  21:17 22:2
**clarification**
  134:25
**clarify** 7:1 134:12
**class** 12:9,17 56:2
  89:14
**classes** 68:4 89:12
**classifying** 51:17
**clean** 17:24
**cleaning** 15:25
**clear** 7:2
**clearer** 7:14
**client** 54:16,18,23
  94:10 134:23
**clients** 90:10
**climb** 97:4 100:11
**close** 54:1 83:13
  129:5
**closely** 135:10
**closes** 115:6
**co-plaintiff** 34:13
**co-workers** 9:21
**Coaches** 136:13
**coaching** 136:19
**Code** 21:5 140:6
  141:24
**coil** 15:13 16:2,3
  16:21
**cold** 35:8
**collaborate** 23:13
  93:21

**collaborating**
  105:25
**collaboration**
  110:21
**collaborative**
  93:13 94:22
  122:15
**colleagues** 10:13
**collective** 25:12
  25:15,22 94:3
**college** 12:6,8
**Colt** 22:25
**column** 77:7
**come** 62:19 93:13
  93:21 108:12
  109:12 110:14
  111:20,21 113:8
  124:9
**comes** 99:6
  103:13 109:18
  124:7 128:14
**comfortable**
  137:20
**coming** 94:4
  95:24 98:23
  109:23 123:4,20
  124:24
**commander**
  14:10
**commercial** 28:13
**common** 24:4
  87:23 88:20
  124:22
**communication**
  70:13
**companies** 14:18
  26:14 27:24
  35:1 49:9 88:12
  90:1
**company** 16:24
  34:10 38:8,14
  81:2 90:5,14,15
  90:23 99:10,25
  101:6 112:24
  113:3 119:16,18
  120:24 136:5
  138:13
**comparison**
  125:11
**compatible** 81:21
  82:8
**compensation**

21:23 22:1,11
  23:11,19,25
  50:25 51:4
  52:12,14 53:4
  54:3 57:22 58:1
  59:2,8 60:8
  61:23 62:22
**competing** 95:18
**complain** 23:18
  24:6
**complained** 23:22
**complaint** 23:24
  24:24 25:25
**complete** 10:17
  141:20
**completed** 3:13
  12:10
**completely** 30:11
  42:19 68:17
  131:8
**compliance** 51:9
  51:13,21 141:18
  141:22
**Complying** 26:1
  29:23 31:16,20
  64:19 129:7
  135:3
**compressed** 83:8
**compromises**
  101:7
**computer** 30:19
  68:23 107:9
  137:23
**CONCLUDED**
  139:8
**conditioned** 40:15
**conference**
  117:25
**confidential**
  72:17
**confirm** 103:25
  126:12
**confirming** 102:5
**confusing** 49:8
**conjunction**
  111:20
**connection** 1:14
  3:9 19:6 32:20
  32:23 115:6
  133:10
**considered** 31:13
  46:22

**consistent** 59:4
  60:11
**constant** 70:13
  80:9 97:6
  110:15 112:9
**constantly** 96:21
  112:22
**Consulate** 69:19
**contact** 27:8
**contacted** 20:14
  27:5,18
**contacting** 32:13
**contemporaneo...**
  64:9
**contents** 9:2
**contest** 8:9 21:8
**continental** 48:22
**contingent** 40:20
**continue** 93:14
  122:9
**continued** 6:4
  45:3 47:6 79:19
  115:17 118:5
  132:24
**contract** 27:25
**contracted**
  106:24
**CONTRACTU...**
  141:23 142:2
**contributions**
  52:23
**control** 30:6,10
  111:25 138:1
**controlling**
  138:10
**controls** 92:17
  137:10
**conversation** 9:1
  9:3 10:3 24:8
**conversations**
  41:7
**convicted** 20:23
  21:7
**coordinated**
  41:18
**copies** 113:12
**copy** 24:24 37:16
  56:19 125:23
  139:5
**corner** 130:15
**correct** 5:11,12
  6:11,15 18:11

18:22 19:3,4,8,9
21:20,22,25
24:10,25 25:9
26:4,5 30:7
32:17,22,24,25
34:5,14 35:6,7
36:16,17,18,22
37:2,4,23 38:23
39:1,11,13,16
39:20 40:9,10
40:17 41:18
42:11 44:1
47:10,15,19
52:12,15 53:5
53:11,13,14,17
54:4,5,8,19 55:6
56:20,25 57:14
57:19,20,23,24
58:7,8,11,23,24
59:2,3,20,21
60:4,9,10,20,22
62:3,7,10,23,24
65:2,3,5,24
72:14 73:22
74:13,20,23,24
75:7 76:3,4
79:24 84:14
88:7 90:2,20,24
90:25 91:3
93:19 95:2,14
95:15,22 96:1,6
100:25 103:7
110:18,24,25
111:23 112:8
113:1,24 114:8
115:25 117:2
119:3,7,8
120:15 121:7,12
121:16,19,23,24
122:3,8 123:6,7
123:9,10,19
125:3 127:14
130:20 133:11
133:12,21,24
134:13 141:16
**correction** 42:14
**correctly** 92:4
95:14 100:20
102:1 121:4
**correlate** 78:18
**cost** 92:7 94:17
99:15

**costing** 99:9
**could've** 18:6
**counsel** 3:3 142:6
**count** 80:2
**countries** 18:7
**country** 48:23
70:19
**couple** 9:21 27:6
45:25 46:22
47:16 48:24
61:22 88:13
89:11 90:3
105:20,22
135:23 138:8
**course** 8:1 52:18
70:12 108:1,25
**courses** 12:8
**court** 1:1,16 3:19
6:10,15,17 79:5
138:22 139:4
140:3,12 141:6
142:3,15
**covered** 54:16
**coworkers** 22:24
28:23 29:22
30:3 34:20
**CPR** 12:17 56:3
**crane** 96:19 97:20
97:21 114:12
115:11
**create** 136:17
**created** 63:22
**creating** 51:23
117:13
**credit** 50:5,7
**crew** 93:5 95:13
97:15 113:22
114:5 137:10
**crime** 20:24
**criminal** 21:9
**cross-threaded** 114:2
**cross-trained** 86:21
**curious** 69:12
129:8
**curr** 57:13
**current** 10:19
11:16 58:6
**currently** 32:17
32:18 113:16
**custom** 72:19

**customer** 67:9
**customers** 66:18
88:22 89:24
**customs** 70:10,10
**cut** 138:21
**cutters** 124:9
**cutting** 120:16
**cycle** 101:13

_____

### D

**D** 1:17 2:7,8 4:1
66:8,9
**D's** 71:4
**DA** 21:2
**daily** 42:1
**damage** 82:25
114:13
**damages** 134:1
**dangerous** 130:6
**darndest** 77:1
**dashes** 140:10,13
**data** 95:24 109:23
110:1 118:17
121:10
**date** 26:13 27:3
43:4,5 57:17,18
57:22 59:1 60:7
60:8 77:5,7
131:8
**dates** 18:17 24:12
76:7
**David** 40:25 41:4
42:22 43:9
61:18 63:11
78:8 85:19
86:17,18,22
87:2 94:2
**day** 18:14 34:18
34:19 42:1 53:7
54:3,7,9,11,14
54:18,22,25
55:3,5,5,11,16
55:17,22,22,25
56:1,1,3,5 60:20
60:25 61:19,21
61:25 62:13,14
62:21,25 63:4
65:2,6,7,8,13,15
67:12,14,23
68:3 72:15
73:21 74:13,15
74:16,19,22

75:1,15 76:5,10
77:17,20 78:3,3
80:19,20 82:11
82:13 97:6 98:8
99:10,20 100:12
101:8,8,9,19
105:9,10,12,24
106:4 107:18
108:22,23
130:24 131:25
142:10
**day's** 75:10
**days** 15:3 47:16
55:22 62:9,9,17
62:18,22 64:10
64:10,21 65:4
65:17,20,22,23
66:4,5,22 67:6
68:2,7,7,14,16
68:16,20,21
69:12,14,15,18
70:16 71:6,22
71:23 72:12
73:20 74:11,12
75:4 76:7 77:19
78:13 83:4,20
89:18 98:9,17
98:21 99:15
101:19 105:20
105:22 106:2
107:20,25 108:1
131:16,17
**deadly** 67:8
**December** 56:24
56:24 58:22,22
**decent** 58:2
**decide** 27:1
**decided** 27:3,11
28:21,25
**decision** 27:5,13
27:17 28:10,16
85:17 94:9,18
95:3,16,20
112:19 120:21
**decisions** 31:8
50:21 95:2,25
96:1 132:6,8,11
**deck** 95:9
**declaration** 4:24
133:9,14
**decrease** 121:17
**deductions** 52:24

53:1 57:9
**deep** 18:8 48:7,8
48:10 72:19
98:13 99:9
**Defendant** 2:13
30:4
**defined** 140:4
141:24
**definitely** 65:7
126:2
**degree** 11:24 12:6
**demonstrating** 110:3
**denied** 40:12
**denoted** 140:17
**department** 20:9
70:11
**depend** 41:23
87:2
**depended** 67:25
68:1
**depending** 41:1
42:18 81:17
101:17 114:24
127:7,9
**depends** 47:16,22
54:21 56:2
82:11 83:6 98:6
98:9 104:17,19
104:24 105:13
105:14 108:5,17
128:5
**deposition** 1:13
3:4,10,16 5:8,9
5:13,14 8:1,22
9:10 24:20
33:13 36:12
37:12 40:5
56:16 58:18
59:16 63:18
72:6 73:14 74:3
79:10 84:6
124:16 126:10
126:22 133:3,7
134:23 139:8
141:22
**depositions** 33:16
**depth** 48:10,13
120:23 127:17
**describe** 30:8
136:24
**described** 137:11

**describing** 137:19
**description** 4:20
  51:24 84:8
**design** 135:10
**designated**
  101:21
**desk** 137:8
**despite** 38:21
**destroyed** 92:6
**destroying** 91:19
  92:14
**detailed** 61:10
**details** 20:10
  41:17
**determine** 123:2
  124:25
**determines** 83:11
**development** 90:1
**Develops** 135:9
**diameter** 81:14
**difference** 32:1
  100:8
**differences** 85:25
**different** 20:14
  32:19 35:13
  44:17 48:16
  77:24 86:8
  96:14,16 106:5
  116:24 118:22
  119:20 123:23
  131:13,14
**digitized** 63:7
**diligent** 104:9
**diploma** 11:25
  12:1
**direct** 40:24
  141:15 142:2
**directional** 81:20
  93:8,15 106:7,9
  106:12 113:18
**directly** 17:13
**disability** 19:6,7
  32:21 133:11
**disagree** 25:19
**disassemble**
  83:17
**discourse** 140:10
**discrimination**
  19:7
**discuss** 9:24 34:22
  113:2
**discussion** 6:2

47:4 79:17
  118:3
**discussions** 50:24
  51:17
**dismissed** 21:1,3
**displaces** 102:25
**disposal** 90:4
**disposed** 19:21
**district** 1:1,2 85:9
**division** 17:1
**dock** 104:23
**document** 24:16
  24:18,23 25:2,3
  31:24 33:8,11
  36:7,10,17
  37:10,15,18,21
  39:25 40:3
  56:11,14,17
  58:13,16,19
  59:14 63:16
  68:11 72:4,7
  73:12 74:1,7
  75:20 76:10
  79:8 84:1,4,19
  85:8 125:25
  126:3,8,20
  127:2 133:2,5
**documented** 78:2
**documents** 9:6
  22:9,12 33:15
  71:25 113:13
  125:19
**doing** 15:22 16:10
  16:25 23:12
  27:9 30:13 46:1
  54:15,17 61:11
  61:13 63:8
  64:16,16 66:13
  66:17 67:24
  68:8,23 69:13
  69:19,20 71:7
  75:5 76:17
  77:21 78:21
  81:19 83:21
  90:9 95:23 96:5
  97:15,15,17
  98:3,19 99:18
  100:5,14 101:25
  103:9 105:13
  107:20 109:21
  110:2 114:21
  115:20 116:5

127:8 129:18
  130:7,22 131:20
  137:11,12
**dollars** 67:10
  94:17,19 99:10
  99:16
**door** 19:20 35:14
**double** 66:17
**double-check**
  105:19
**double-dip** 66:10
**double-dipping**
  66:23
**doubt** 57:3,25
  59:7 60:15 73:1
  73:2,5,19 74:8
**doze** 108:17
**dragging** 116:21
**drastically** 123:10
**draw** 102:7
**drill** 90:4 92:18
  111:13 112:10
  112:12 122:9,16
  131:11 137:3,10
  137:14 138:1
**driller** 93:6,8,15
  94:24,25 95:13
  106:7 113:19
  117:1,6 121:9
  122:5,7 137:6
  137:16,18
  138:10
**drillers** 81:20
  106:9,12 111:21
  137:1
**drilling** 30:10
  55:3,9 82:18
  83:2,3,4,6,7
  90:9 91:16
  92:24 98:8,13
  99:1 100:19
  105:21 107:22
  107:25 108:5,15
  108:18,19 109:8
  109:13,20,22
  110:23 111:5,6
  111:10,14 112:3
  112:9 115:21,23
  123:9,11 127:19
  127:20 129:13
  129:17 136:24
  136:25 138:9

**drink** 53:19
**drive** 104:22
  112:15
**driven** 104:19,21
  104:22
**driver** 14:10
**driver's** 11:10,12
  11:14,15 12:12
**driving** 105:6
**drop** 97:2 119:1
  120:22 122:13
**dropped** 138:21
**dropping** 120:6
**Drorbish** 45:16
**drug** 35:24
**drunk** 53:23
**DT&R** 38:5 51:24
  84:8 85:25 88:6
  136:1
**due** 130:9 140:9
**dull** 124:23
**duly** 5:2 141:10
**duration** 13:8
  62:8
**duties** 30:6,14
  31:2,4 39:10
  85:1,5 135:7
**duty** 13:22,24
  15:6 66:17

_____
        **E**
_____
**E** 2:15 4:1 141:1,1
**E4** 13:3
**earlier** 32:16 71:2
  114:19 137:19
**early** 129:16
**earn** 12:1 55:22
**earned** 13:2 58:1
  59:7
**earning** 58:3 59:4
  60:11 65:23
**easiest** 84:25
**easy** 28:3 69:21
  100:12 119:19
**eat** 109:6
**eaten** 125:7
**effort** 94:22
  122:15
**eight** 105:12
  108:7 109:2
**either** 7:11 18:5
  30:11 33:21

52:20 63:11
  75:4,15 77:20
  77:25 78:25
  90:10
**eligible** 73:21
**else's** 82:2 91:23
  100:23 119:5
**email** 25:4 41:11
**emergency** 71:9
  104:6
**employed** 26:8
  30:4
**employee** 4:10
  20:6 37:17
**employees** 136:14
  136:21
**employees'** 50:13
  50:16
**employment** 4:8
  22:23 33:3 34:8
  36:15,18 37:19
  38:19 39:12
  43:3 52:18 60:3
  142:2
**emulate** 95:9
**ended** 39:2 62:6
**endurance** 8:9
**engaged** 55:14
**engineer** 93:8
  113:19
**engineers** 132:11
**enlisted** 12:25
  13:1
**ensure** 51:13
**ensuring** 51:9
**entail** 128:3
**enter** 63:10
**entire** 13:8 44:16
  66:11 82:21
  107:24 133:18
  138:3
**entitled** 23:23
  63:1
**ENTITY** 141:21
**entries** 77:4
  127:16 129:9
**entry-level** 15:23
**envisioned** 137:20
**equals** 65:1
**equipment** 15:18
  15:24 16:3,4,5,5
  16:8 81:4 96:21

96:22 97:1
114:4,5 120:2
137:10
**errands** 65:10
68:8
**escaping** 121:18
**especially** 99:9
116:15
**essential** 85:1
135:7
**evaluation** 135:10
**evaluations** 35:24
**eventually** 15:15
38:15 42:21
**everybody** 34:25
93:9 100:22
101:2,6 110:7
110:21 111:21
113:19 119:5
137:7
**everybody's** 82:7
115:25
**everything's**
31:10 47:19
80:23 81:5 82:7
112:21
**evidence** 3:18
**exact** 15:3 24:8
25:3 26:13 79:1
**exactly** 26:24 27:3
30:8 102:25
103:2 114:23
**EXAMINATION**
5:4 135:1
**EXAMINATIO...**
4:2
**examined** 5:2
**example** 53:15
61:8 62:5 64:23
74:14 76:6
91:15 93:15
106:7 127:10
136:17
**examples** 31:5
**exceeding** 94:11
**Excel** 4:15 61:3
63:20 65:13
**exception** 3:10
**exempt** 51:18
**Exhibit** 4:7,8,9,10
4:11,12,13,14
4:15,16,17,18

4:19,20,21,23
4:24 24:16,19
29:18 33:9,12
36:8,11 37:8,11
40:1,4 56:12,15
58:14,17 59:12
59:15 63:14,17
72:1,5 73:13,24
74:2 79:9 84:2,5
126:9,18,21
133:2,6 135:2
**exhibits** 4:6 76:1
**exit** 121:1
**expected** 108:24
**expenses** 50:4
**experience** 16:25
84:17 85:4
89:22,23 100:16
123:15
**experience-based**
123:24,25
**expert** 91:2
**expired** 12:14
40:22
**explain** 135:12
**exploration** 90:1
90:23
**extensions** 40:11
**extent** 58:9
103:19 129:15

_____

**F**

**F** 141:1
**fact** 26:10
**facts** 29:24 30:12
30:15 31:22
**failed** 36:23
**fair** 7:18,19 26:3
118:13
**fairly** 64:7
**fall** 119:20 132:14
**falls** 93:23 96:7
**familiar** 14:11
127:15
**family** 78:3
**fanciest** 137:2
**fancy** 85:23
**far** 31:6 48:11,13
65:25 72:8
81:10 101:24
102:9 104:18
106:4 114:18

137:2
**fast** 82:11 83:6,11
129:1
**February** 24:10
37:23 38:25
39:4
**Federal** 3:7 140:5
**feel** 85:6 134:12
**feeling** 29:1
123:21 124:15
**feet** 111:6,7
**fell** 23:7 42:22
43:6
**felt** 24:7
**ferrite** 83:8
**field** 26:21 36:16
37:22 38:6,7
84:8 85:25 86:5
86:7 88:1 136:1
136:14
**fields** 51:24
**Fifty** 98:5
**fight** 77:1
**figure** 78:13,20
95:7,10 117:12
118:18 122:1,14
**figuring** 122:15
**file** 4:10 27:1,4
28:21,22 37:17
37:17 63:20,23
65:14
**filed** 10:4 19:13
20:20 24:9,11
24:24 25:11,15
25:21 34:13
**files** 50:14 75:18
**filing** 25:8 28:5,6
28:18 29:10
**fill** 35:17 72:14
102:23
**filled** 72:22 73:3
**Finally** 8:7
**FINANCIAL**
141:20
**find** 27:7 28:3,11
28:15 55:13
81:4,4 92:12
113:9 119:15
**fine** 33:20,25
110:10
**finish** 70:18 83:16
109:13

**fired** 53:25
**Firm** 2:16 20:13
142:3
**first** 13:4 26:6,10
29:19 42:19
43:3 50:1 74:15
74:15,22,25
75:1 76:7 86:5,9
88:12,13,18
101:13 106:6
107:20 112:23
112:25 113:3
124:15 127:10
134:24
**fish** 97:2
**fishing** 86:21
87:13 106:18
**fit** 63:24 119:6,10
**five** 15:7 16:20
40:11 98:17
105:6
**fka** 1:9
**flight** 104:23,24
105:2
**flights** 100:11
**flip** 74:21 77:2
**floor** 82:18 93:7
108:24 109:7
110:14 128:16
137:14
**Florida** 49:7
**flow** 95:21
**flowback** 30:6,9
**fluid** 102:23,24,25
121:18
**Fluoro** 48:15
**fly** 67:1 80:25
129:10 131:24
131:25
**focused** 86:18,19
**folks** 23:3
**follow** 85:12
117:4
**following** 1:15
12:18,19,21
14:16
**follows** 5:3 6:4
45:3 47:6 79:19
115:17 118:5
132:24
**followup** 138:8,19
**foot** 96:25 108:6

111:9,13 112:10
112:12,16
**football** 10:11
**FOREGOING**
141:12
**forget** 74:17,19
100:4 117:24
**forgets** 100:4
**forgot** 99:12
**form** 3:14 91:5
126:24 132:15
**formalities** 3:9
**formally** 43:6
**FORMAT** 141:18
**formation** 122:20
123:3,3,5,9,24
**former** 10:12
16:24 28:23
**forms** 127:16
**formulated** 51:4
**Fort** 13:15,15,16
**forth** 66:17,17
120:23 141:12
**forward** 42:10
**found** 27:10 28:13
119:16
**four** 16:20 17:1
40:11 46:16,17
69:15,17 98:9
105:6 131:21
136:3
**frac** 15:12,19,24
16:19,20
**fraction** 81:7
**friend** 10:2
**friends** 10:10 34:7
34:7
**front** 107:8
**FSM** 136:9,11
**full** 13:24 53:17
53:18 96:14
105:24
**fully** 7:18 8:16
**function** 38:21
**future** 8:25
135:20

_____

**G**

**G10** 37:1
**gamma** 122:21
**gaps** 74:11
**gas** 67:8 90:1,23

130:10,11
**gathering** 31:7
**gauge** 114:22
**gauges** 137:18
**gauging** 137:17
**gear** 81:3
**general** 5:17
26:19,21 124:1
125:19
**generally** 15:2
17:19
**generic** 127:3
**Georgia** 13:15
**Germany** 13:16
**getting** 24:1 26:16
27:24 29:8 32:2
32:5,12,14 39:6
39:7 69:19 71:7
74:13 75:5
77:20,25 78:1
83:11 106:14
118:14 119:19
129:24 130:23
131:17,18
**give** 23:16 42:13
43:23 65:14
85:3 113:10
118:8 132:17
**given** 3:19 5:14
134:13
**giving** 41:16
**glass** 137:5
**go** 5:17 8:4 12:23
13:19 14:17
15:6 16:22 17:3
17:8,14,25
29:18 32:8
34:11 35:18,20
41:3,14 46:23
47:12,17,19
48:2,3 53:20
55:13 62:17
63:10 64:5,15
68:25 69:23
70:1,9 71:5,9
76:5,8 79:21
80:22 81:3,18
81:22 82:3,4,16
82:18 85:4,15
85:18 89:8,17
89:19,25 91:1,5
91:11 94:6,10

94:14 95:5,8
96:6 97:19,23
97:23 98:15
99:21 100:13
101:1,13,18
102:2 103:1,13
103:20,25 104:7
104:14,25 106:3
106:10 107:19
108:8 109:3
110:12 112:11
112:13,17 115:6
119:15,22 120:2
120:7 128:11,12
128:20 132:18
135:4,6
**goes** 94:24 104:2
110:7 119:23
120:4,12
**going** 7:17 10:9
19:22 29:6 42:2
42:5,10,13
55:12 61:19
69:20 74:25
81:9,10 82:1
97:4,6 100:7
101:10,11,12
105:11 108:19
108:20 109:10
109:20 110:8
111:11 113:7,16
116:3,15 118:17
118:18,21
120:22 122:2
123:19 127:1,12
129:14 136:6
137:13,24
**Golden** 134:22
**gonna** 5:18 7:6
8:10,11 24:15
24:16 28:21
33:8,8,15 36:7,7
37:7,7 38:11,13
39:25 56:11
58:13 59:11
63:13 71:25
72:1 73:8,24
74:4,6 76:12,17
84:1,2 86:7,24
89:16 92:12
93:17,17 99:16
106:13 109:2,3

112:1,7,10,11
112:15,16 113:8
113:16 119:10
122:7 123:12
126:13,17,17
133:1,2 134:24
136:4 138:23
**good** 5:5 69:1
88:15 107:6
108:13 110:15
123:14 125:11
130:12 136:17
**gotcha** 12:18,18
14:1,3,16
**gotten** 63:23
134:7
**government**
12:15 52:3,7
**grab** 120:3
**grade** 36:25 37:1
83:18 124:8,23
125:15
**grades** 38:3
**grading** 125:9,14
**gradings** 83:19
**graduate** 12:4
**Gray** 12:2
**greasy** 137:25
**groove** 102:21
**gross** 57:9,21 58:1
59:1,1,8 60:7,8
**grossly** 78:19
**ground** 90:7
**Guard** 13:14,19
13:22,23
**guess** 7:21 9:24
13:4,12,21 14:3
14:24 15:17
17:5 18:1 20:16
21:12 22:20
23:7 24:5 25:7
27:12 30:12,14
32:9 34:6 35:12
41:9,15 43:16
44:4 48:13
62:14 64:20
69:4 72:8 74:14
78:15 80:15
85:23 86:3,14
87:6 94:9 103:8
104:16 109:22
110:1,16 116:2

116:18,23
117:10 118:22
120:16,20 121:8
121:13 122:1,23
124:9,25 125:10
126:4 136:7,17
**guessing** 7:23
**Guh** 75:20
**guide** 114:12,15
118:9,10 125:10
126:14
**GUIDELINES**
141:18
**Gulf** 47:13 48:5,6
48:18
**gumbo** 108:20
**gunner** 14:9,9
**guy** 44:18 93:20
107:7
**guys** 44:22 75:8
79:12 93:21
115:22 116:2,6
127:19 132:17

---

**H**

**H** 64:25 65:1,13
65:14,19 68:3
**H.L** 12:2
**H2S** 67:7
**half** 68:17 86:16
86:17 99:20
104:4 126:25
127:1,6
**halfway** 128:7
**Haliburton** 101:4
**hammer** 30:19
98:18 100:14
**hand** 17:18,20
23:18 24:15
33:8 35:6 36:7
37:7 38:8 39:25
45:7,24 56:11
58:13 59:11
63:13 71:25
79:22 80:2,4
81:19,20 84:1
86:4 93:7 100:2
106:18,18
107:11 109:4,21
114:18 123:8,12
123:14,20
124:16 126:17

132:5 133:1
134:5,17
**handbook** 117:20
**handled** 21:10
**hands** 23:4,5 26:8
26:18 29:15
30:4 34:10
46:20 50:25
51:5,18 52:4,9
80:1 92:19 93:7
106:5,17,21
129:20
**hanger** 106:18
**hangup** 103:1
**happen** 11:14
20:8 35:25
49:17 66:8 67:4
80:13 111:4
**happened** 64:14
66:13,21 67:1
71:5 104:12
117:4
**happens** 94:15,20
108:10
**happy** 92:13
99:16
**hard** 66:6 75:21
**hazard** 67:7
**hazardous** 67:15
**head** 6:21
**health** 52:23
**heard** 45:9 46:6
121:5
**hearsay** 26:22
32:11
**heavier** 130:11
**heavy** 14:9 31:10
31:10 115:10
**held** 6:3 47:5,20
79:18 118:4
**helicopter** 67:2
104:16 105:1
**heliport** 80:25
104:25
**help** 66:16 97:18
98:12 101:19
118:18 124:25
125:21
**helped** 28:11
**helping** 101:3,4,5
**helps** 123:10
**Hercules** 129:3

138:14
**HEREINBEFO...**
141:12
**hereto** 3:4 24:20
33:13 36:12
37:12 40:5
56:16 58:18
59:16 63:18
72:6 73:14 74:3
79:10 84:6
126:10,22 133:7
**HEREUNTO**
142:9
**hey** 42:5 76:17,23
94:2,7 97:23
100:2 110:13
113:9 121:9
123:4
**high** 11:23,25
12:4,18,19,21
97:6 107:1
124:2,3
**higher** 44:14
**highest** 13:2
56:21
**hire** 138:13
**hired** 35:15 89:16
**hiring** 27:19
35:11
**hit** 103:2 111:11
112:13
**hitches** 69:5
**hits** 119:2 120:13
**hitting** 114:14
**hold** 12:11 15:8
70:11 71:1 93:3
**holding** 18:19
**hole** 47:24 81:9
81:24 82:21,22
83:3 86:11,20
92:7 98:7,24
102:24 103:1
109:10,18,24
112:6 116:3,6,9
116:19,20
118:18 124:8
125:6 127:22,23
128:1,2,3,14,18
128:21,23
137:12 138:21
**hole's** 125:8
**home** 10:19 62:19

65:12 68:16
75:4 77:21
**honest** 19:22
43:13 44:5
76:24 100:7
**honestly** 19:25
20:4,11 40:17
**Hood** 13:15
**hope** 98:14
**Houma** 12:2
42:21,22 47:22
47:23 87:4
**hour** 51:10,14,21
61:12 83:21
102:14 105:2
127:1,1,7,11
**hourly** 134:6
**hours** 23:14 31:12
31:14,25 53:12
60:20,24 61:22
61:25 67:24
68:1 80:12,12
82:21,22 83:4
83:13,14 98:14
98:15 100:9,11
100:13,14
102:14 103:14
104:22 105:1,6
105:12 106:12
106:14,15,15,15
106:20 107:7,20
108:2,7,23
109:2,11,16,17
109:17 127:7
128:10 129:24
129:24
**housed** 87:7
**Houston** 69:16,18
**HR** 44:19
**huge** 93:4
**Hughes** 14:20
17:9,10,12,16
17:17,21 18:3,9
18:13 19:16
27:22 34:9,19
**Huh** 91:7
**Hummingbird**
11:3
**hundred** 49:8
76:20,21 90:12
**hundreds** 67:9
**hurry** 82:15 104:9

108:8 109:5,11
109:15,15
111:12 112:19
**hydraulically**
116:11
**hydrogen** 67:8

───────────
**I**
───────────
**ID** 82:3 85:16
**identification**
24:19 33:12
36:11 37:11
40:4 56:15
58:17 59:15
63:17 72:5
73:13 74:2 79:9
84:5 126:9,21
133:6
**IDHC** 125:14
**immediately**
35:19
**impossible** 75:23
**inch** 81:7,8 97:25
102:22 125:7,8
**incorrect** 26:9
30:11
**increase** 93:2
**increased** 130:10
**Ind** 1:5
**independent** 9:8
9:12
**Indiana** 49:5 90:4
**indicate** 140:11
140:14
**indicating** 99:13
102:16
**indicator** 110:2
**indirect** 44:9
142:3
**individual** 45:5
45:15 46:4
**individualize**
86:13
**individually** 2:4
**individuals** 22:14
23:9 29:4
**industries** 106:13
**industry** 24:4
32:4 34:25
35:10 99:8
106:4,11
**industry's** 106:21

**infantry** 13:5,6,7
13:8 14:4,7,8
**influence** 28:10
**information**
22:15 23:9 31:7
31:8 37:20 52:2
113:10 115:23
116:24 117:20
118:8,14,15
**INFORMED**
141:19
**initial** 101:16
**initially** 28:25
34:12,13,15
**initiates** 85:9
**injury** 28:4
**input** 35:3
**inside** 81:18
**inspect** 47:17
109:19 112:20
**inspecting** 17:23
**inspections** 115:3
**instruction**
117:16
**instructions** 4:22
117:16
**instructs** 8:4
**insurance** 52:23
**insurances** 53:2
**intentionally**
43:15
**interact** 41:5
**interaction** 41:15
41:21 43:20
140:9
**interactions**
41:10 43:12,14
44:4,6 45:13
46:2
**interested** 29:5,7
142:7
**internal** 103:16
**International** 1:9
2:13 5:7,11
**interviews** 35:21
69:19,21
**introduce** 113:4
**inventory** 81:6
102:1 111:25
**investigation** 20:9
29:11 52:6
**investigations**

52:3
**involve** 9:25
29:15
**involved** 16:1
17:19 19:11
27:21 31:2,3
95:4
**involvement**
50:20 51:16,23
**involves** 8:25 9:1
19:5 103:8
**involving** 23:24
26:18 52:3
**Iraq** 13:17 15:5
16:22
**iron** 83:8
**irregulars** 41:25
42:11
**Irwin** 13:16
**issue** 9:9 29:11
**issued** 11:12
**issues** 23:19 26:7
**it'd** 41:23 90:14
**it'll** 130:15
**item** 135:18
**items** 135:4

───────────
**J**
───────────
**Jack** 1:5,13 2:3
3:5 4:24 5:1
10:18 35:14
100:3 110:14
141:9
**jackup** 48:14
129:3,4
**January** 49:21
**Jeremy** 22:25
**jets** 115:4
**job** 4:16,17,18,19
4:20 5:19 15:10
17:14 18:15
23:12 30:5,8,14
31:1,2,4 38:17
38:21,22 39:10
41:13,16,20,22
41:23 45:23
46:1,10,18
47:12,20 48:25
51:23 55:1
61:12,16,17
62:5,8,12,15
65:11,12 66:14

66:24 67:19
68:9,22,24
69:23,24 70:5
70:18,18,24,25
71:8,10 72:9,21
72:23 73:1,2,8
73:16,19 74:6
74:12 75:6,16
76:9 78:15
79:22 80:18,22
81:17 84:8,13
84:16 85:7
86:22 88:17,18
89:18 92:2,3,13
95:11 98:6,8,10
99:18 100:17
101:13,17 104:6
104:20 108:18
111:1,24 118:13
122:25 124:8
125:21 128:3
130:25 131:2,4
135:13
**jobs** 30:6 32:7
41:18 42:16,17
46:13,21 48:18
48:20,22 49:3
62:17 64:9
71:12 79:25
83:21 84:21
87:9,13,19,20
87:24,25 88:5
88:13,13,25
89:1,17 90:3
95:15,16 98:7
98:10 106:16
**Joel** 46:5,6
**Johnson** 22:25
**joined** 13:4,23
**joining** 28:24
**Jr** 1:5,13 2:3 3:5
5:1 10:18 141:9
**Judge** 117:25
**judgment** 118:21
**juggling** 112:7
**July** 33:5 37:22
38:19 67:5
71:20
**jumped** 66:16
**June** 66:7,12
70:20,20 71:2
**Juneau** 117:25

**jut** 58:3

---

**K**

**Karl** 45:15
**keep** 33:15,23
60:19,24 61:2
62:21 64:8
68:10,13,20
108:8 126:25
132:1
**keeping** 112:2
127:13
**keeps** 37:18
**Kemp** 45:6,7
**Kenneth** 1:17 2:7
2:8
**kept** 38:10 42:20
63:2 64:2 86:15
88:21,23
**key** 65:1 67:19
**kick** 70:19
**kind** 5:17 7:22 9:8
9:12,16 12:11
13:18 14:4
15:21 16:10
17:11,15 18:9
23:24 26:5
27:15 28:5
29:11,14 31:21
35:8,10,20
37:18 41:23,24
42:7,9,23,24
45:12 50:11
57:6 58:6,25
60:6 62:14
69:13 70:3 77:3
77:4,24 80:18
80:19 87:7 88:8
89:9,21 90:9
91:1,25 92:12
92:17 94:22
96:4 98:6,20
101:12,16 103:9
103:21 112:5,7
117:3 118:8,16
122:5,20 123:22
123:24 125:10
125:18,20,23
126:12,24,25
127:12,15 129:8
133:25
**kinds** 84:21

**knew** 34:20 35:4
35:15 46:25
47:25 85:20
**know** 5:9 7:12,22
7:22 10:9 11:14
14:3 19:2,22
20:2,6,11,11,12
20:12 22:6,19
23:11,16 27:11
27:20 31:2,3,6
32:4,12,13,14
34:16,24 35:23
37:24 38:5,10
38:11 42:13,23
45:5,19 46:4,12
46:22,23 48:11
48:21 49:1,2
54:12 55:11
61:5,8 63:8
64:16 65:11
67:16 68:10,14
68:17 69:13
70:6,7,12,14
72:15,21 73:6
75:19,21 76:6
78:2,12 80:19
81:2,10,23
82:20 83:7,9
84:11 85:15,19
88:14 91:17
92:10 93:1,4,5
93:10 94:3,11
94:17,24 95:2,5
95:8,17,23 96:4
96:6,13,16,17
96:18,25 97:5,6
97:11,12,18,19
98:5,12,14,25
99:2 100:3,6,9
100:10,13,23,24
101:20 102:5,12
102:21,24 103:2
104:15,20,22
105:5,8,9,13,19
105:24 106:1,2
106:6,7,14,20
106:25 107:1,16
107:17 108:2,3
108:4,5,7,10,14
108:15,16,25
109:6,11,21
110:6,8,12

112:21 113:4,6
113:6 114:11,13
114:14 115:2,10
116:18 117:21
119:16 120:19
122:5,6,23
123:3,8,16
124:2,4 125:12
126:2 127:11
128:5,17,22
129:21,22
131:15,20,21
133:19 134:14
135:14,24
136:11 137:5,15
**knowing** 32:1
35:10 119:21
123:21
**knowledge** 5:20
25:17 51:3,12
124:1 135:9
142:1
**known** 34:17
**knows** 34:24 35:1
38:12 91:13
**KULLMAN** 2:16
**Kuwait** 13:17

---

**L**

**L** 3:1
**label** 38:16
**labor** 20:9 26:3
30:5,14 31:2,11
96:11 98:4
**labor-intensive**
98:11
**lack** 64:20
**Lafayette** 1:3,18
2:10 10:20 11:3
105:3
**laid** 39:15
**LAKE** 142:10
**land** 18:8 48:22
49:3 66:24
72:20 81:1
98:10,15
**landline** 11:19,21
**Lane** 11:3
**law** 1:17 2:8 6:10
6:15 9:9 20:13
29:11 52:8
**lawsuit** 5:7 9:20

10:4,13 19:2,10
19:17 20:8,18
21:16,18 22:3
24:9 25:8 27:1
27:22 28:6,19
28:22,24 29:10
32:17,18,20
34:12
**lawsuits** 9:17
19:11 26:15,17
26:17,20 28:6
29:15 32:12
**lay** 128:23
**layman's** 16:9
**leader** 14:10
**leak** 112:13
**learn** 16:13 32:9
56:4,7 67:21
123:16 135:13
**leave** 34:11
128:24 131:23
132:1
**leaving** 105:5
**left** 17:4,5,14 57:7
84:19 106:16
108:6 131:5
140:15
**less-experienced**
136:13
**let's** 22:22 55:2
95:3 104:11
120:22
**letter** 4:9,11
36:14 40:7
**level** 43:20 44:10
**levels** 136:2
**license** 11:10,12
11:14,15 12:12
**licenses** 12:11
**lie** 78:22
**lied** 43:15,17
**lifts** 97:21
**liked** 36:4
**likewise** 6:23 7:6
7:20
**limestone** 123:16
**LIMITED** 1:8
**line** 57:12 64:24
71:20 77:4
**lip** 103:3
**list** 76:8
**listed** 65:21 66:8

73:20,20 74:12
77:17
**listing** 69:4
**lists** 38:25 57:18
58:6,7 59:1 60:7
74:22
**literally** 44:15
92:17 102:15
108:2 118:25
130:18 137:1
**LITIGANT** 142:4
142:5
**little** 35:12 44:22
73:6 75:21
99:12 102:16
103:1 106:5
108:9 109:5
111:8 120:13
125:16 127:6
**live** 11:5 105:3
110:5
**lived** 10:21
**local** 28:13
**Locate** 129:11
**location** 10:24
18:5 47:9,20
56:4 80:6
128:24 129:16
**locations** 17:25
18:7
**log** 4:16,17,18,19
72:9 74:6 75:14
**logs** 73:1,2,8,16
73:19 74:12
78:15 122:21
**long** 9:25 10:21
11:5 13:10
18:18 22:13
27:4,17 31:12
31:25 34:16
36:3 50:2 76:21
77:1 83:13
101:14,15 103:3
104:16 106:20
107:20 108:16
119:24 130:3
**longest** 62:15
**look** 11:15 24:22
25:24 29:18
31:17 34:2
40:21 57:6 58:3
58:25 64:17

65:15 68:6 69:3
72:1 73:9 74:14
76:6 78:15,17
84:15 86:25
94:2,7 106:4
116:24,25
118:20 121:14
123:2 128:5
130:24 131:2,7
135:2
**looked** 119:9
**looking** 21:22
28:2,16 60:6
64:23 119:5
121:10
**looks** 56:21 71:19
72:16 77:15
**loosely** 126:4
**losing** 130:5
**loss** 5:10 51:10,14
51:21
**lot** 29:6,7 31:11
41:6,8 48:21
67:5 70:4 76:24
82:24 83:13
95:2,4 97:13
100:5 103:12,17
105:2 108:13
115:9 129:8
**lots** 31:5,6,9 48:16
**Louisiana** 1:2,3
1:18 2:10,18
10:20 11:4,13
12:2,3 18:4 49:6
140:4,6 141:8
141:24 142:10
**low** 124:2,3
**lower** 115:2 125:8
**lowering** 130:18

—————————
**M**
—————————
**machine** 83:24
**main** 87:10
100:16,17
**maintenance**
15:25 31:12
**majority** 48:6,8
80:17 113:5
115:19
**making** 7:1 31:7
50:21 61:7
68:14 74:19

78:11 95:12,20
95:25 102:1
110:6 112:1
114:6 141:21
**man** 81:2 107:4
112:24 113:3
119:16
**management**
50:24 85:14
94:1
**management's**
85:10
**manager** 78:7
135:19 136:4
**managers** 23:19
24:6
**mandated** 60:23
61:1
**manual** 30:5,14
30:16,20 31:2
31:11,13 96:11
96:13 98:4
117:3,19 118:7
123:22 125:10
125:19,24
**manually** 16:4
137:16
**manuals** 125:20
**manufacturing**
90:5
**March** 64:24,24
**mark** 24:16 33:9
36:8 37:7 40:1
56:12 58:13
59:11 63:13
72:1 84:2 85:7
126:18 133:2
**marked** 24:18
33:11 36:10
37:10 40:3
56:14 58:16
59:14 63:16
72:4 73:12 74:1
79:8 84:4 126:8
126:20 133:5
**match** 78:25
**material** 140:17
**matter** 42:11
105:24 125:5
142:4,6,8
**maximize** 115:24
**mean** 10:10 12:13

17:13 22:24
23:6 24:4 27:13
30:7,9 31:5,5,10
34:24 37:25
38:5,5 40:17
41:7 43:4 44:14
48:10,12 50:10
54:20 55:1,19
55:23,23 62:17
64:3,6 65:16
68:15,16,20
71:17 72:16
78:17,24 80:24
81:7,11 83:5,13
84:19,20 86:25
87:4 92:9,20,23
94:16 95:4
97:10,18,22,24
97:24 98:5,6,17
98:19,21,22,23
99:11 100:5,6
100:13,22,25
102:12,13,14
103:3,10,12
104:19,25
105:10 106:19
107:12 111:4,5
113:25,25 115:9
117:7 118:20
123:10,19 128:5
132:8 133:23,24
135:21 136:16
**meaning** 54:10
**means** 25:14
66:11 67:14
68:23 83:23
96:19 105:5
123:19 125:7
130:5 135:12,13
136:17
**meant** 85:20
**measure** 81:6,11
81:14,15 97:23
98:25 102:3,13
102:14,17
103:22 105:18
110:12 125:17
**measured** 81:9
103:24
**measurement**
96:13 102:17
125:17

**measurement-t...**
125:16
**measurements**
81:12 102:4
113:11,12 119:4
**measuring** 102:9
102:15 105:25
**medical** 35:23
**medium** 92:13
**meet** 112:24
**meetings** 45:22,25
46:10 101:9
**mentioned** 68:2
117:15 118:24
124:18 125:18
**mentioning**
125:24
**mentor** 135:11,15
135:16 136:19
**mentors** 136:13
**messing** 100:24
**met** 34:9,18 45:22
54:24
**metal** 119:24
**method** 140:12
141:14
**Mexico** 47:14
48:5,6,18
**mics** 102:19
**middle** 34:3 115:3
**might've** 20:1
32:15 46:9,11
68:3,7 71:1
117:1 131:16
**miles** 53:21 82:5
**military** 12:22,23
13:10,22 14:12
14:17 15:8
**million** 94:17,19
99:10,16
**millions** 92:8
**mind** 44:22 79:12
132:17
**mine** 77:25
124:12
**mini** 4:10 37:17
**minimum** 78:14
**minor** 20:22
65:11
**minute** 24:22
92:23
**minutes** 8:24

61:21 93:1
102:13 104:20
104:21 132:18
**miserably** 36:24
**Mississippi** 49:7
**mistake** 23:23
94:16 99:12,23
**mixture** 14:2
**model** 136:14
**money** 39:21
40:18,19 58:2
65:15 131:25
**monitor** 82:20,23
116:7 137:23,23
**monitoring** 95:24
109:23 110:5,10
115:22 122:19
**month** 37:4 66:11
**monthly** 37:3
**months** 16:20
27:7 62:18
64:13
**morning** 5:5
105:4,7 107:3
134:13
**move** 96:20 97:19
**moved** 42:22
86:15
**moving** 96:15,21
136:6
**mud** 93:8 113:19
130:5,9,11
**multiple** 14:20,21
14:21,22 15:12
18:7,7 20:3 38:3
117:9 131:1,10
136:2
**multitask** 110:11
**Myers** 45:18,19
46:2

**N**
**N** 3:1 4:1
**N.V** 1:9
**name** 5:5 10:17
27:20 36:2,23
38:2 44:18 45:6
45:15 46:5
**name's** 35:14
**names** 9:22 22:24
23:2 44:13
140:16

**nap** 108:9
**National** 13:14,19
13:22,23
**Nations** 20:13
**nature** 15:21
17:15
**necessarily** 18:19
55:4 62:3 65:16
66:23 91:14
109:25
**necessary** 42:3
114:23
**need** 6:19 8:7,11
26:24 35:3
41:13,13 54:1
86:8 89:13
92:22 93:11,12
93:16 94:4,7
96:19 99:14
100:2 102:24
103:2 108:12
110:13 111:17
112:2,7 113:16
113:22 115:11
117:5 122:10
123:8 125:2
128:16 134:12
**needed** 64:12
66:16 80:9
**needs** 63:24 76:24
101:10 112:8
**net** 57:9
**never** 12:9 19:20
19:20,21 20:19
20:21 21:15
34:20 45:10
55:7 56:8 62:4
67:25 88:16,23
89:5,6,14,20
104:6 124:18
131:5 134:22
135:16 136:18
136:19
**new** 2:18 67:21
80:9 98:24 99:5
99:6 101:22
102:16 112:20
112:20,21 115:4
127:12 128:19
131:19 137:3
**newer** 46:24
**nice** 137:20

**night** 105:5 106:3
107:18,21
**nine** 13:11,13
62:18 105:1
**nods** 6:20
**non-attorneys**
28:23
**normal** 35:24
**NOTE** 6:1 24:17
33:10 36:9 37:9
40:2 45:1 47:3
56:13 58:15
59:13 63:15
72:3 73:11,25
79:7,16 84:3
115:15 118:2
126:7,19 132:22
133:4
**notes** 132:19
**notice** 3:6 19:24
26:9 85:12,15
117:11
**notify** 96:8 119:14
**November** 59:20
67:18
**nowheres** 136:6
**nozzles** 97:11
**number** 11:14,17
11:19,20,21
23:14 25:24
29:21 30:1,2
31:19 53:12
57:19 60:20,24
61:25 62:21
72:21 110:3
127:17,17
130:14 131:4
141:7
**numbered** 29:20
**numerous** 13:14
14:18 22:24
26:14 34:10
44:12 71:22
104:13 121:3
**NWD** 81:20 93:8

**O**
**O** 3:1 65:21,24
68:21
**o'clock** 105:5,7
107:2
**oath** 6:7,9 141:10

**object** 8:2 91:5
**objection** 8:3 91:9
**objections** 3:14
3:18
**obviously** 86:3
**occasions** 71:23
**October** 59:24
60:1 142:11
**odd** 90:3
**off-the-record** 6:2
47:4 79:17
118:3
**offer** 36:14,18
**offered** 18:14
39:19,21 40:14
40:18
**offering** 36:15
**offhand** 44:13
**office** 8:23 18:4
23:8 107:4
**officer** 140:4
141:8
**Offices** 1:17 2:8
**official** 84:12
**officially** 88:16
**offshore** 66:1,25
67:1 98:13
**oh** 12:17 14:14
18:18 21:15
35:16 64:15
73:5 77:12
108:11 116:25
117:4 126:14
**oil** 26:21 49:11
89:25 90:9,15
90:23 99:8,9,25
101:6 138:13
**oilfield** 106:16
**okay** 5:13,16 6:13
6:21 7:2,4,8,9
7:14,15,24 8:5,6
8:12,13 9:5,19
9:24 10:4 11:16
11:23 12:15
13:4,7,21 14:3
14:14,16,24
15:17,21 16:16
17:5,8 18:16,20
18:23 19:10,15
19:23 21:7,16
21:21 22:1
25:14,21 26:1

29:23 31:20,21
32:15 33:2,3,25
34:6 35:5,20
36:14 37:16
38:19,24 39:9
39:18 40:13
44:2,20 45:5,10
48:17 49:13
50:12 51:16
53:8 54:2,6,15
54:22 56:6,17
56:19,23 57:3
57:12 58:3,19
61:17 62:14
66:2,5,19 67:5
67:12,17 68:2
69:3,7,12 70:1
70:20 71:5,14
72:25 74:25
76:15 77:14,18
78:4,13 79:2
80:5 84:15,24
85:3,21,24
86:24 87:9 88:8
89:16,24 90:18
90:21 91:12
94:24 103:5
104:14 106:9
111:3,20 112:5
114:6 115:1,8
115:12,22
117:15 118:24
119:13 120:19
120:21 121:25
122:4 123:8
125:9 127:24
128:2 129:4
130:16,21
131:14 132:2,4
132:21 133:9,25
134:8,11,16
135:3 136:12,22
138:6
**Oklahoma** 49:5
87:5,6
**old** 131:18
**once** 16:13 25:20
28:25 45:22
56:7 70:10
72:15 81:4,17
83:1,16 98:7
109:14 112:19

113:11 114:15
120:25 121:2
122:4 128:7
**one's** 30:20,20
131:4 138:12
**one-day** 27:5 53:6
**one-sided** 28:1
**ones** 17:24 23:7
73:3 94:10
101:22
**online** 12:9 35:18
63:4,10 75:9,12
76:5
**ope** 102:6
**open** 3:19 83:12
84:20 116:14,20
121:1,2,3 122:9
122:10,12 128:9
**opened** 117:1
121:18
**openers** 47:24
86:11,20
**opens** 82:24 115:5
**operate** 92:19
110:18 116:14
**operated** 17:25
90:10
**operates** 114:5
**operating** 4:21
92:16 93:24
95:11 116:19
117:8,18 121:3
122:8,17 126:14
**operation** 90:21
111:18 115:25
123:5
**operations** 55:10
100:19 105:21
136:15
**operator** 4:19
15:13,14,15,18
16:3,7 61:14
72:9 78:15
**OPINION** 141:25
**opt-in** 19:19
**opted** 20:7
**optimally** 122:17
**optimize** 111:14
111:17
**optimized** 92:4
**opting** 19:17 20:1
20:5

**options** 42:9
135:20
**order** 33:15 54:24
112:20 119:14
**ordering** 99:5
**ordinary** 85:22
**ORIGINAL**
141:4,4
**ORLEANS** 2:18
**other's** 92:14
**OUTCOME**
142:7
**outside** 48:18
49:14 81:3
120:14,25
132:14
**overall** 52:14 54:3
90:19
**overlap** 54:21
**overrated** 78:19
**overtime** 9:13,16
19:17 21:23
22:1,11,16
23:11,23 24:7
26:3,7,12,19
27:2,22 28:6,12
28:14,18 32:5
32:10 51:18
52:4,8 134:7
**owed** 21:24 134:2
**owned** 90:10,13

---

**P**

**P** 3:1
**P.M** 139:8
**package** 39:20
40:14
**packed** 70:8
**page** 29:19 31:15
31:18 34:3,3
64:18 69:4
74:15,21,22,25
75:23 76:7 77:3
77:10,12,14
127:11 129:6
130:14 131:2,7
140:1 141:5
**PAGES** 141:12
**paid** 22:10 23:20
24:1,7 26:12
27:24 32:10
52:17 53:6,22

68:25 69:18
71:7,15,17,18
72:13 74:18
78:1,1 134:5
**paint** 102:3
**paper** 63:5,8
72:11
**papers** 35:18
**paperwork** 69:20
**paragraph** 25:24
29:20,25 31:17
31:18,23
**paragraphs** 29:20
**parameter** 96:8
**parameters** 96:7
110:18,22,23
111:12 115:24
116:5 122:11
**pardoned** 21:5
**part** 3:17 7:23
13:13 21:21
30:8,9 32:3
40:13 51:7
52:14 53:4 54:2
54:20 65:6 70:5
70:25 74:18
90:8,19,21
91:25 94:22
95:11 111:1,2
111:15,24 112:5
118:13 119:4
123:15 124:8
**participate** 29:8
51:20
**particular** 73:19
80:6 91:14
132:12
**parties** 3:4 142:6
**parts** 52:12 96:16
103:11,12
122:25
**PARTY** 142:3,5
**path** 135:24
**pauses** 140:11
**pay** 23:24 32:7
50:4,6 53:25
56:19,23 57:1,4
57:4,9 58:21,21
59:18,19 67:7
69:25 71:16,17
**paying** 21:20
71:16

**payment** 26:7
52:4,8 53:9
**payments** 27:15
**payroll** 50:16
**Pe'** 1:17 2:7,8 4:4
5:22 27:10,19
33:14,22 44:24
47:1 59:23
75:24 77:9
79:14 91:4,8
117:23 124:14
132:20 134:20
135:1 138:5,24
139:5,6
**pen** 85:3
**penalties** 6:13
**pending** 5:10 19:2
**people** 9:13 16:14
22:17,18 25:18
27:13 29:1
32:11,12,13
34:11 35:2
46:22 63:23
67:3,16 76:25
80:10 86:10,18
86:19 101:21
136:15,18
**percent** 27:14
49:8 76:20,21
87:10,11 90:12
98:5 104:3
107:16
**percentage** 27:12
67:10
**perform** 96:12
121:2
**performed** 38:21
**performing** 30:5
30:15 31:3
**perimeters** 83:10
**period** 14:25
15:17 16:17
17:12 18:12
19:23 39:3
49:18,24 50:19
53:13 56:23
57:1,4 58:21
59:19 70:23
76:19 84:12
128:4 129:14
**perjury** 6:14
**permitted** 132:6

**person** 20:6 41:11
44:16,19 45:20
56:4 62:19
67:21 93:11
99:22 115:11
141:21
**personal** 10:2
28:4 45:12 46:1
51:3,12 64:3
76:8 141:15
**personally** 45:8
61:4,5 134:3
**personnel** 37:17
50:14 81:20
90:23 98:12
**pertain** 122:25
**pertains** 133:20
**PETITION** 4:7
**pfff** 111:11
**ph.sp** 140:17
**phone** 11:16,19
11:20
**phrase** 124:22
140:17
**phrases** 140:14
**physical** 31:9
98:19,20 100:8
100:10,14
**physically** 18:1
93:3 97:24
113:25 114:3,17
137:12
**pick** 114:11
115:11 129:23
129:25
**picking** 7:1
128:19
**piece** 16:8 103:15
103:16 114:4
119:23,24 120:2
**pieces** 96:22,24
103:9
**pipe** 16:8 130:19
137:15 138:21
**pipes** 119:1
**place** 58:25 85:13
**placed** 6:7
**places** 13:15
64:12
**plaintiff** 19:18
**Plaintiffs** 2:3
29:22 30:3

**plan** 42:14 70:17
85:13 93:13
112:10 113:15
**planning** 41:19
129:19 132:10
**plans** 42:3 112:21
120:24
**PLC** 2:16
**please** 7:4,13,23
10:17 139:7
**pled** 21:8
**plus** 53:6
**point** 7:10 8:7
13:18 15:23
35:12 63:8 75:8
94:23 114:17
120:19
**pole** 121:5
**policy** 50:21
**pooh** 127:25
128:8,10
**pools** 97:3
**poor** 8:16
**poorly** 7:12
**position** 15:9,10
15:23 22:18,21
38:1,2,4 41:1
44:12 51:25
84:9
**possible** 56:21
77:1
**Possibly** 77:23
**post-BJ** 17:8
**postcard** 19:16
**potentially** 28:18
**pounds** 91:17
93:16,25 96:17
96:18 97:12
114:3
**POYDRAS** 2:17
**practices** 51:4
**pre** 34:8
**pre-determined**
120:23
**pre-trial** 117:25
**prefer** 33:23
**preference** 33:20
**prematurely**
82:24
**premeasure** 102:2
**prep** 68:22 69:10
129:11

**prepare** 8:22 9:9
135:19
**prepared** 133:25
141:14,17
**prepped** 70:7
**prepping** 65:11
68:22 69:14,23
128:19 129:20
131:6,18
**president** 35:22
44:15
**press** 138:20
**pressure** 30:6,9
114:3 121:15,21
130:11
**presume** 107:13
**pretty** 55:17
66:12 78:18
108:7 124:22
**prevent** 8:15,18
**preventing** 130:6
**previous** 88:12
89:23 120:25
129:17
**primarily** 86:4,18
86:19 87:9,22
87:23 89:25
90:3
**print** 75:12,13
**printout** 66:6
75:18
**prior** 11:1 27:19
29:10 34:21
**probably** 5:16
49:20 68:22
69:15,15,17
78:9 80:2 81:12
84:24 108:20
128:18 137:4
**problem** 5:25
42:4,8 95:10
99:3 104:10
118:19,22,23
120:5
**problems** 41:24
43:24 95:7
130:4
**procedure** 3:7
85:10,14,18
93:24 94:2
117:8,18 140:5
140:7 141:24

**proceed** 7:16
122:7
**proceeding**
140:10,13
**proceedings** 6:3
45:3 47:5 79:18
115:17 118:4
132:24
**process** 27:4
30:10 101:15
105:15 112:3
**processed** 25:20
**productive** 55:9
**products** 86:20
**progress** 136:5
**PROHIBITED**
142:1
**PROHIBITION**
141:23
**project** 118:15
**projected** 81:23
**promoted** 15:14
**proper** 140:12
**properly** 21:20
95:14
**property** 10:23
11:5,8
**prosecute** 21:3
**protect** 92:5
**protected** 92:9
**provide** 86:1
89:25
**provided** 3:8
**providing** 90:18
90:22
**pull** 83:17 121:9
128:1,2,21,23
**pulling** 128:3,7,17
**pump** 15:13 90:6
121:15,21 130:4
**pumped** 128:22
**purchased** 16:23
**purposely** 84:19
**purposes** 3:8
61:24 62:22
134:25
**pursuant** 1:15 3:6
26:3
**push** 97:3 120:3
**pushes** 120:14
**put** 21:5 50:7
65:14,24 70:3

72:20 81:3,16
82:12 83:12
85:13 92:25
93:2,16,25 94:4
99:1 101:22
102:1,22 110:4
112:11,16 114:3
114:12,16,22
115:4
**putting** 91:17
101:25

**Q**

**quarries** 43:11
**quarters** 119:25
**quest** 135:22
**question** 3:15 7:5
7:8,10,13,16,18
8:5,11,12,16
31:21 55:18
130:13
**questions** 3:12
5:18 6:19,20,25
7:20 8:2,15,19
132:2 134:9,16
134:18,21,23
138:6
**quick** 64:17 79:12
**quickly** 111:4
**quiet** 55:13
103:22
**quite** 103:14

**R**

**R** 141:1
**R.S** 141:11
**rabbit** 120:1
**rabbiting** 119:24
**raises** 39:7
**ran** 41:2 46:24
70:7 87:24
91:12 131:1,15
131:15
**rank** 13:2
**rare** 67:3
**rarely** 105:22
**rate** 53:6 54:3,14
54:19,25 55:5
55:16 56:1,5
62:25 67:23,25
68:1 72:13
73:21 74:13

77:20 95:21
**rates** 66:18
**ray** 122:21
**RE-EXAMINA...**
138:7
**re-measure** 83:18
95:6,6 102:6
**re-measuring**
131:20
**reach** 128:7
**reached** 27:22
**reacting** 123:17
**read** 28:1 29:21
37:25 75:21,23
84:16 133:18,22
138:23
**reading** 3:12 30:3
30:5 37:24 57:9
69:10 78:10
84:21 85:9
129:11,13,23
130:2,9 135:9
135:15,19 136:1
136:9,13
**ready** 48:3 68:25
70:3,15 75:6
81:18 82:12,18
98:15,25 105:17
107:3 113:17
130:23
**realize** 122:13
**realized** 26:15
38:12 119:10
**really** 15:1 22:18
26:22 28:12
30:20 38:4
44:13 48:11
55:24 58:2 63:7
75:23 76:18
80:20 88:23
89:20 91:13
93:18 97:6
101:18 102:10
102:11,11
107:19 117:18
**realtime** 96:2
**ream** 127:16
**reamer** 4:21
17:18,20 23:3,5
23:18 26:8,18
29:15 30:4
34:10 35:6 38:7

41:3 45:7,24
46:19 50:25
51:5,17 52:4,8
79:22 80:1,3,9
80:18 86:3,4
87:22 88:25
89:1,14 90:22
91:19 92:2,16
93:7,18 95:13
95:15 97:19
100:2 103:10,17
106:5,17,21
107:11,23 109:4
109:21 117:19
118:7 119:2
120:14,20,22
122:7,17 123:6
123:8,12,14,17
124:7,16 128:2
128:9 131:11
132:5 134:5
**reamers** 17:18
42:18,25 47:23
86:11,19 87:11
88:16,21 90:17
118:24
**reaming** 87:21
91:3 111:16,18
111:19 113:23
**reason** 8:8 32:19
57:3,25 59:7
60:15 65:12
72:25 73:5,18
74:8 82:23
100:16 128:18
130:3
**reasonable** 27:12
**rebuild** 17:24
**recall** 9:22 19:23
20:10 24:8 25:3
27:18 33:4 36:2
39:5 43:18 44:8
45:9,13,14
46:15 49:3,17
53:1 58:9 59:4
60:11 62:11
66:8 76:12
80:13 84:13
89:7 106:16
125:22
**recalled** 71:6
**receive** 21:22

40:10 55:5
**received** 29:3
52:15,16 53:8,9
53:17 54:3,6,9
**receiving** 40:8
53:18 131:19
**recheck** 99:19,21
**record** 3:4 4:23
5:25 7:2 8:3
10:17 47:2
72:12 75:15
76:5 91:9
115:14 140:8
**recording** 137:15
**records** 50:17
64:3 87:1
**recover** 26:3
**red** 67:18
**redo** 83:23 99:6
**redone** 83:22
**reduction** 3:11
**redundant** 100:5
**Reeves** 40:25 41:3
41:5,6,10,21,22
42:7,16,20 43:8
43:10,13,21
44:11
**refer** 50:10
**reference** 57:15
130:17 140:16
**referred** 34:4
131:9 135:2
**referring** 126:3
**regarding** 19:7
51:20 133:10
**related** 26:7 28:12
142:6
**RELATIONSH...**
142:2,5
**RELATIONSH...**
141:23
**release** 40:8,16
**releases** 40:20
**relevant** 61:22
**remained** 39:10
**remedy** 42:14
**remember** 5:16
15:3 16:18
18:15,24 19:25
20:1,5,8 22:21
22:24 23:1
24:11 26:13

27:3,20 35:25
36:3 39:6,7
40:17 43:1,4,6
44:13 49:23
50:1,3,8 52:19
62:15 63:7 64:6
76:16,22 103:19
129:15 133:23
**remote** 18:5
**remotely** 70:6
71:8,11
**REMUNERAT...**
4:12,13,14
**renew** 56:2
**rent** 10:23 11:8
**rented** 11:9
**repeat** 115:7
**rephrase** 7:13
**report** 61:12,16
61:17 83:19
**reported** 41:3
77:8 78:6,6,8,9
141:13
**reporter** 1:16
6:17 79:5
138:22 139:4
140:3 141:6
142:15
**reporter's** 6:1
24:17 33:10
36:9 37:9 40:2
45:1 47:3 56:13
58:15 59:13
63:15 72:3
73:11,25 79:7
79:16 84:3
115:15 118:2
126:7,19 132:22
133:4 140:1,13
**reporting** 75:10
83:20 141:14
142:3
**reports** 42:1,2
55:10
**representative**
91:21 106:23
107:1,23
**represented** 20:13
91:12
**representing** 2:3
2:13 91:15
**reputation** 99:25

**requested** 88:22
**require** 62:21
**required** 42:12
46:21 60:19
61:24 63:25
80:7 96:12
141:4,18
**requirements**
54:24
**research** 9:8,12
9:15,16,18
29:14
**reserved** 3:16
**respect** 6:14 51:4
52:8 132:7
**respond** 6:24
**responding** 35:9
**response** 6:19
7:20 134:9
**responses** 29:3
**responsibilities**
85:1,5 135:7
**responsibility**
51:7,8
**responsiveness**
3:15
**rest** 107:14 116:9
**restrictions**
128:12
**resumes** 61:14
88:15
**reverse** 83:17
**review** 9:5
**Reviewing** 24:23
31:24 36:17
37:15 56:17
58:19 72:7 74:7
75:20 76:10
84:19 85:8
125:25 127:2
**Rhino** 4:21 80:15
87:22
**ride** 104:17
**ridge** 102:16
**rifleman** 14:9
**rig** 46:19 47:14
48:14 53:16,18
54:7 55:2,3,7,19
55:21 61:11
64:13 65:4,7,8
65:22 66:1,15
67:2,2,16 71:6,6

72:18 80:24
82:18 90:10,13
90:15,16 91:2
92:15,19,19
93:5 96:3,10,20
97:5,8,15 98:2
100:17 101:12
102:5 104:8,15
104:17 105:4,7
105:14,16 107:2
107:11 108:24
109:6 110:10,14
110:20 112:23
113:22 114:5
115:19 117:17
125:21 128:16
129:1,2,3,4
130:4,21 131:5
131:23 138:14
138:16,17
**rigging** 16:4
79:21 89:12
96:20
**right** 6:6 8:21
10:16 32:20
39:3,3 42:5
44:13,18 49:13
52:22 55:2
65:16 67:17,20
68:19 71:19
72:9,19 74:21
78:4,23 84:1
92:5 93:23,24
94:13,17 95:19
96:3,10 98:1
102:6,6,20,24
105:16 106:11
107:25 109:20
110:3,12 112:15
114:1,6 115:12
116:3,10 120:25
121:1 122:12,12
122:16 126:1
127:5,9 128:25
130:7,13,24
135:18,25 136:8
138:3,19
**right-hand**
130:15
**rigs** 47:14 48:4,7
48:15 66:14
90:9 97:5

136:25 137:2
138:2,2
**Road** 10:20 11:1
**rod** 119:22
**role** 91:1 136:14
136:20
**room** 46:9 55:13
93:9 107:6,9
110:7 137:4,25
58:4,10
**rotary** 92:25 93:2
**rotating** 91:17
**roughly** 13:18
17:11 18:12
**row** 31:14 69:7
**RPM** 122:16
124:2,3
**RPM's** 95:20
**RPMs** 91:18
94:25 108:11
110:5 121:10
122:13
**rule** 134:22
136:23 140:5
**Rules** 3:7 140:5
141:19,25
**run** 16:13 46:25
55:14 70:24
82:8 86:6,7,10
87:25 88:21
91:13 92:4 99:4
107:19 122:5
124:4 125:1
130:23 131:10
132:9 137:10
138:1,14
**running** 15:24
16:5,7 17:17
41:2,20 48:1
68:8,13 70:5,5
87:3 91:15
92:18,18 95:13
100:20 105:17
107:17 130:17
130:21,25 131:6
131:10 132:12
**runs** 125:1
**rushed** 131:22
**Ryan** 22:25

———————
**S**
———————
**S** 3:1
**sacrifice** 91:22

**safe** 106:20
107:14
**safety** 81:3
**salary** 37:4 39:1,5
39:9 52:15,16
52:17,25 53:5,6
53:8,17,19,22
53:25 54:17
58:4,10
**sand** 83:9 92:24
93:25 108:18
111:8,9 123:17
124:2,4
**sat** 8:23 35:22
**save** 3:14
**saying** 25:3 61:19
64:6 72:23
78:24 85:11
100:2 135:23
136:3
**says** 30:2 34:3
36:25 37:1 38:5
57:7,13 58:4
65:2,13 67:19
84:20 85:8
93:11,24 94:13
94:23,24 124:1
124:5 127:10,11
129:10,12,22
130:1,8 135:14
135:25
**scale** 110:2
**scared** 29:8
**schedule** 22:12
53:9 62:3
**Schlumberger** 1:8
1:9 4:11 9:17
14:19 18:14
20:4 21:19
29:16 36:4 38:9
38:9,14,15
42:24 46:16
49:1,9,10 50:3,8
50:11 54:10,11
60:12 70:11
71:17,18 76:25
86:12 88:11
99:24 100:1
101:4 106:24
135:22 136:5
**Schlumberger/...**
14:23

**school** 11:23,25
12:1,4,18,19,21
89:9
**schools** 12:13
**screw** 114:1,17
**screwed** 114:10
**screwing** 96:22,23
96:24 103:8,16
**screws** 16:8
**SEAL** 141:5
**seat** 120:13
**second** 5:23 29:21
29:21 30:1,2
34:2 57:12
67:21 74:22
77:10 88:18
99:4 115:14
129:6
**secretary/office**
78:7
**section** 57:7 58:4
84:16 85:1
129:13,17
131:19
**see** 6:17 24:12
28:5 29:1 53:24
57:10 64:11
66:6,11 67:22
67:22 68:15,21
78:5 84:25
85:22 100:23
108:12 110:4
116:20 118:16
121:21 128:22
130:7 131:4
135:22,24
**seeking** 21:21
22:1
**seen** 19:21 25:2,7
28:13 37:14
44:7 46:11 84:9
113:5
**segments** 44:17
**send** 61:18 62:19
70:9 72:14,15
83:19,21 86:24
100:3 104:12
**senior** 15:16
16:11 38:7
**sense** 30:21 39:22
91:24
**sent** 12:13 18:9

27:25 41:25
62:12 63:9,11
70:6 89:11 90:4
**sentences** 135:23
**separate** 87:7
**separated** 86:15
**separates** 123:13
**September** 1:19
49:21 59:19
60:4 61:8 74:16
74:16
**sequential** 33:23
**SERIES** 4:21
**SERVCO** 36:15
36:21 37:21
38:11,13
**served** 14:6
**service** 4:19 13:8
15:16 16:11
38:7 72:9 78:15
90:13
**services** 4:9 14:19
14:24 15:11
16:16,19 17:9
36:22 38:8
89:25 90:19
141:22
**set** 31:11 41:18
62:3,8 71:25
83:5 92:20 95:8
96:7 97:9,21
110:18 116:5
120:23 141:12
**seven** 107:25
108:1
**severance** 39:19
40:14
**shack** 108:15
109:22 136:24
136:25 137:4
138:1,9
**shaker** 123:20
**Shawn** 40:25 41:3
43:8 61:18
63:11 85:19
86:16,19,23,23
87:1
**sheet** 75:12 117:3
**shelf** 72:20 129:1
129:2
**shell** 93:1 103:13
103:14 106:25

106:25 108:6,6
111:10 124:3
**Sheri** 1:16 140:3
141:6 142:14
**shift** 109:2
**shipped** 131:18
**ships** 137:3
**shop** 17:22 46:11
47:17 48:2
53:21 54:13
65:10 68:4,8
70:7 75:5 77:21
80:23 83:22
89:17,18 99:5
101:14,15,21,23
103:5,20,25
104:7
**shops** 42:20
**shore** 129:5
**short** 45:2 70:23
115:16 132:23
**short-term**
133:11
**shortest** 62:11
**should've** 22:10
24:7 26:11,15
50:7 102:7
134:5,7
**shoulder** 96:4
**show** 77:7
**shower** 109:6
**shut** 99:14
**sides** 121:17
**sign** 27:25 35:18
39:21 107:6
138:23
**SIGNATURE**
141:4 142:10
**signed** 25:7 133:9
133:15
**significantly**
122:14
**signing** 3:13
40:15,20
**silly** 99:12
**similar** 9:13 25:17
26:14 43:20,22
78:18
**similarly** 1:6 2:5
**simple** 99:23
**single** 20:6,6
**sit** 8:18 81:22

108:14 133:13
134:11 137:6
**site** 41:22 66:15
76:8
**sitting** 68:23
99:20 107:8
110:1 137:17,20
**situated** 1:6 2:5
**situation** 42:15
119:9,13 128:20
**situational** 107:16
110:16 124:4
**situations** 67:11
131:23
**six** 15:7 64:13
96:25 98:17
127:7
**sixth** 69:7
**size** 81:11 102:12
119:20,21 125:6
131:13,14 132:9
**sleep** 83:15
105:11 106:3
107:19 108:3,9
108:13,15,17,19
108:20,21 109:1
109:5,9,12,16
**slide** 119:22 120:1
**slight** 41:7
**slips** 97:9
**slotted** 69:24
**slow** 92:24
**small** 34:25 42:12
85:16
**smaller** 82:3
102:22
**smart** 30:23
**smelling** 123:21
**Smith** 1:9 2:13
4:9 5:6 9:17
10:12 12:13
18:14 19:3 20:4
20:17 23:17
26:8 27:2 28:19
29:16 32:17,18
33:3 34:4,8,11
34:21,22,23
35:10,13 36:4
36:15,21 37:18
38:8,13,14
39:12 40:23
44:9 47:8 48:5

48:17 49:1 50:9
50:10,11,20,22
51:3,9,13,17
52:2,6,11,18
53:3 60:3,18
62:2,16,20
76:25 86:10
87:12 89:5,6,8
90:14
**Smith's** 89:24
90:9,21
**Smith/Schlumb...**
18:21 49:15
**snuck** 71:10
**sold** 16:20
**solely** 92:2,3
**solve** 118:23
**somebody** 14:11
64:12 89:1
124:13
**something's**
123:4
**somewheres**
107:10
**Sonnier** 22:25
**soon** 81:1 109:17
**sooner** 63:9
**sorry** 5:23 14:11
17:3 31:18 33:1
60:1 64:5 73:9
117:24
**sort** 68:9 75:16
76:9 95:21
118:15
**sought** 3:17
**sounds** 102:10
**spars** 48:15
**speaking** 17:11,19
124:13
**specialist** 36:16
37:22 38:6,7
51:25 84:9 86:6
86:7 88:1,6
136:1
**specialists** 85:25
86:1
**specialty** 14:5
**specific** 15:1
26:25 60:19
80:8 126:13
**specifically** 14:5
35:6 55:9

**specification**
132:14
**specifications**
118:11,11
132:13
**specs** 94:11,14
114:9
**speculate** 7:21
**speculating** 7:23
**spend** 89:16
101:18
**spent** 89:17 98:3
115:20
**spin** 83:11
**spoke** 9:21 26:23
28:25 29:4
**spoken** 9:19 10:12
**spontaneous**
140:9
**spot** 35:16 60:6
**spreadsheet** 4:15
61:3
**squad** 14:10
**St** 1:17 2:7,8 4:4
5:22 27:10,19
33:14,22 44:24
47:1 59:23
75:24 77:9
79:14 91:4,8
117:23 124:14
132:20 134:20
135:1 138:5,24
139:5,6
**stabbing** 114:12
**stage** 132:10
**stairs** 97:4 100:11
**stand** 127:22
**standard** 93:23
117:8,15,16,18
125:14
**standards** 26:4
92:21
**standby** 56:1
69:22 70:24
129:13
**standing** 137:15
138:3,9
**stands** 57:16 66:9
66:10 81:24
136:9 137:7
**stared** 47:8
**start** 5:8 7:6

12:19 17:12
33:19 35:18
38:19 70:18
76:17 81:19
82:18 83:2
96:18 116:3,20
128:7 129:9
**started** 15:12
17:17 28:1
32:12 33:3,5
34:18 36:25
37:3 39:6 42:19
50:1 53:3 76:13
76:22,23 86:5,9
89:8 106:6
116:19 131:8
**starting** 14:24
75:9 99:2
**starts** 29:22
**Stasia** 78:6
**state** 10:17 11:12
20:14 140:4,8
141:7
**statement** 4:12,13
4:14 23:24 57:4
58:21 59:18
**statements** 56:20
**states** 1:1 26:2
44:16 48:22
49:4,11,14
**status** 75:15
**STATUTE**
141:19
**statutes** 22:6
**stay** 31:14 54:1
70:3,13 100:10
108:1,2 109:13
**stayed** 86:16
**staying** 100:9
106:12
**stays** 122:10
**steel** 90:5
**STENOMASK**
141:13
**step-by-step**
118:9,10
**steps** 51:12 99:11
112:3
**stick** 102:4 104:11
125:16
**sticking** 123:20
**stipulated** 3:3

**stipulations** 1:15
**stop** 8:9 18:12
49:20 116:21
**stopped** 18:25
**stops** 20:23
**Story** 46:5,6,7
**straight** 12:21
17:14 82:16
98:9 104:8
112:18
**strap** 97:20
105:18 113:21
124:18 129:11
**strapping** 130:22
**STREET** 2:17
**strict** 69:17 85:12
**string** 92:18 95:9
119:11 131:1,11
**stringers** 111:8
**strip** 111:8
**stuck** 76:18
**stuff** 5:17 12:17
27:15,25 35:16
35:24 36:5 48:2
50:6,11 53:2
69:13 70:4,14
71:7 72:17,22
78:5 81:18 82:6
82:7,9 86:13
88:24 92:8
99:19 100:23
102:9 103:9,17
109:19 113:8,10
115:4,24 118:12
123:20 129:19
129:21 135:22
**subject** 52:3
**submitted** 126:1,2
**substantial** 40:19
**sudden** 111:10
**suggested** 110:22
**suggesting** 121:22
**suit** 25:21
**SUITE** 2:9,17
**sulfide** 67:8
**summary** 84:16
84:18
**supervision** 80:10
141:15
**supervisor** 15:16
16:11,14 38:7
96:9

**supervisor's** 96:3
**supervisors** 40:24
44:9
**supplements**
75:25
**support** 22:10,15
23:10,16 29:24
30:13,13 31:22
**supporting**
100:20,21
**supposed** 32:2,5
32:10,14 94:5
**sure** 5:25 7:2
17:15 21:12
23:3,6,9,17
24:15 25:6,8
39:6 44:3 47:18
56:9 59:6 60:14
64:8 65:20
66:13 70:15
80:23 81:5,21
82:7 88:14
89:11 92:4,8
95:12 99:2
100:2,19 102:1
112:1 114:1,2,6
114:22 115:5
116:14 119:5
120:4 121:3,10
122:10 128:9
135:5
**survival** 89:13
**sway** 28:15
**swearing** 3:11
**sweep** 128:22
130:2,5
**swing** 30:19 98:18
**swinging** 100:13
**switch** 125:2
**sworn** 5:2 140:7
141:10
**symptom** 117:10
117:11,14
**system** 11:22 75:9
75:19

_____
**T**
**T** 3:1,1 67:22
141:1,1
**T's** 67:19
**T-I-H** 127:21
**table** 81:12

102:12
**tables** 137:8
**take** 6:10 8:8,12
9:5 19:14 24:22
25:24 27:11,16
29:21 30:25
31:17 44:22
64:17 69:3 72:1
73:9 79:12 81:6
84:15 94:20
97:3 101:15
102:3,19 104:16
108:9 109:6,10
114:15,18
133:22
**taken** 1:14 3:6 5:9
12:8,9 45:2
52:25 115:16
132:23 140:7
141:9
**takes** 82:10,10
98:13 102:13
103:3,14,17
114:4
**talk** 10:10 24:1
42:9 92:16
113:18
**talked** 10:7,11
19:20 22:4 34:6
46:12
**talking** 30:1 32:11
63:21 72:8
97:25 114:19
126:24 129:19
**talkovers** 140:12
**talks** 127:16
**tally** 68:13 102:7
102:8 137:16
**tank** 14:13,14
**tasks** 96:11 98:4
**taxes** 52:22 57:9
**team** 94:23
100:22 101:1,2
**tear** 101:22
**tearing** 16:5
17:23
**technical** 30:5,14
30:15,20 31:4,6
135:9
**technicality** 35:17
**technically** 15:6
**tedious** 73:6

**teeth** 83:18
**telephone** 41:11
**tell** 7:13,22 9:2
84:17 86:7
117:5 123:4
**telling** 110:3
121:8
**tells** 123:23 125:6
126:4
**temporarily**
94:14
**ten** 8:23 66:20
92:25 101:9
102:13 108:12
111:9,13
**tenth** 97:25
**tenths** 81:8
**terminated** 39:17
39:18,19
**termination**
32:23 40:15
**terminology**
124:12
**terms** 16:9
**test** 104:1 115:5
121:6,20 128:8
128:10
**tested** 104:2
**testify** 5:3 141:11
**testifying** 6:10
**testimony** 3:13,19
6:14 134:12
140:7 141:8,13
**tests** 35:24 97:10
121:3 122:6
**Texas** 13:15 49:5
53:24 66:14
**thank** 60:1 85:24
139:2
**that'd** 87:2
**themself** 106:10
**thereof** 3:17
**thing** 8:10 9:4
25:19 46:9
47:21 61:18
68:9 69:22
75:14,16 76:9
84:25 94:7
95:21 121:8
125:25 127:4
132:11 133:18
136:22

**things** 6:21,23,24
16:12 31:1 38:6
52:22 65:11
75:5 76:17
77:24 78:2
92:22 93:10
97:1,3,8,14
98:19,20 100:6
103:21 113:2
115:9 117:9,13
118:23 121:13
123:13 125:4
127:6,7 128:15
135:6
**think** 9:23 28:14
33:1 44:5 45:8
45:11,19 46:6
63:5,6 65:1,18
66:6 67:19
74:20 75:8
78:11 84:24
85:24 88:16,19
88:19 111:17,24
112:2,23 116:7
116:13,25 117:8
118:10,16 119:1
121:5,17 122:19
123:25
**third** 69:4 77:3,14
88:19
**Thompson** 23:1
**thought** 23:22,23
24:12 27:16
140:11
**thousand** 108:6
111:7
**thousands** 97:4
111:6
**threads** 114:14
**three** 17:1 19:1
25:5 46:16,16
77:13 78:17
98:15 99:11
112:2 119:25
136:3
**three-inch** 120:1
**threw** 89:21
**tighten** 97:1
**tightens** 114:21
**time** 3:16 4:23
13:25 14:16,25
15:17 16:17

17:5,12 18:12
18:18,20 19:23
20:2 21:12,14
23:17 27:17
31:24 32:3
33:19 35:2,12
35:23 36:1,20
37:3 38:1,4,15
39:3,10,15,18
40:11,21,23
42:18 44:8
48:17 49:13,18
49:24 50:9,19
55:7 60:12,18
62:11,18 66:12
66:21 69:18
70:23 76:7 80:1
80:17 81:13
83:3,5,10,14
84:12 87:12
88:23 93:10
98:2,3,22,24
103:4 104:3,5
106:10 107:22
107:24 108:3,16
108:23 109:7,9
109:9 110:5,7,9
113:5 114:10
115:20 116:8
119:15 120:19
120:21 125:5
128:4,9,17
129:14,18
131:11,24
133:15,22
134:17,24 138:3
139:3
**time-consuming**
102:11
**times** 14:20,21,22
14:22 38:2,3
44:12 48:24
55:8,15 61:6
67:20 80:3
90:12 95:8
100:12 104:6,13
105:2 107:17
108:13 116:12
**timesheet** 63:2,2
63:5 87:6
**timesheets** 63:8
72:8,11 87:1

**title** 13:24 15:10
  37:21 38:22
  84:13
**today** 5:8,18,19
  6:7,15 7:10 8:1
  8:7,14,18 21:17
  25:2 37:14
  84:10 127:3
  133:13 134:9
**today's** 8:22 9:10
**told** 52:7 63:20
  71:2 134:8
**tong** 15:14 16:6,7
  16:7
**tongs** 96:25
  114:19
**tool** 41:1,2 48:1
  56:4,8 67:21
  80:8,10,13 81:7
  81:11,25,25
  82:2,12,24
  85:16 87:3 88:9
  89:2 91:3,12,14
  91:20,20,21,23
  92:1,3,6,11,11
  92:18 95:6,12
  99:13 100:20,21
  100:21 102:12
  102:25 103:11
  104:1,3 106:18
  109:19 110:12
  110:17 111:16
  111:18,19
  113:23 115:3,5
  115:25 116:10
  116:18,25
  117:12,13
  118:16 119:5,7
  119:17,18
  121:14,22 122:9
  124:24 125:1,19
  128:20 129:20
  132:7,12
**tool's** 92:4 121:11
  122:4 132:13
**tools** 17:23,23,25
  31:9,11,12
  46:24 47:17,18
  47:22 70:6,8
  80:23 81:9,16
  81:21,22 82:19
  83:22 86:9,21

87:21 88:11
  90:22 92:14
  95:17 96:13,14
  96:15 98:24
  101:14,20,22
  102:9 103:6
  105:19 106:1
  110:9 112:1,20
  112:20 113:6,10
  113:21 116:13
  119:11 124:19
  129:11 130:22
  131:1,10,18,19
  131:21
**tooth** 125:17
**top** 57:7,8 77:3
  84:16 96:15
  128:13
**torque** 114:23
  118:11
**torque-turn**
  15:15
**total** 59:1
**totally** 7:7
**touch** 43:24
  138:12,15,17
**tours** 13:17
**track** 60:19,24
  61:2,24 62:21
  62:25 64:2
  68:10,20 126:25
  127:13
**traffic** 20:23
**trained** 86:8
  89:20 136:21
**training** 51:20
  55:25 65:10
  67:19 87:25
  88:3,5,8,17,18
  89:2,3,4,9,11,17
  136:20
**TRANSCRIBED**
  141:14
**transcript** 3:13
  6:18 140:15
  141:3,16,17,18
**transcription**
  140:13
**transferred** 16:21
  16:25
**transitional** 76:19
**Transocean** 90:15

138:13
**transport** 104:15
**travel** 80:25
**traveled** 107:21
**traveling** 105:10
**trial** 27:14
**tried** 42:8 75:22
  76:25 86:13
**trip** 69:10,14,16
  82:21,22 92:7
  98:14 116:3,6
  127:22,23 128:6
  137:12
**tripping** 98:7
  116:9,19
**trouble** 37:24
**troubleshoot**
  117:11 122:1
**true** 21:22 84:22
  133:21 141:15
**truth** 134:8
**truthfully** 5:21
  8:19
**try** 7:5 70:17
  82:13 95:10
  102:2 108:8
  109:16 117:11
  118:21,22 136:4
**trying** 27:16
  30:23 70:14
  78:13 85:23
  96:25 118:18
**tube** 137:6
**tubing** 15:13 16:2
  16:3,21 87:15
  87:16
**Tubular** 16:24
**Tuesday** 61:8
**turn** 31:15 74:17
  129:6
**turned** 63:6
**Turning** 130:14
**turns** 119:2
**TV** 28:7 107:9
  109:3 137:23
**twice** 42:1 45:22
  71:15
**two** 13:16 17:2,25
  19:19 29:19,22
  39:7 42:20
  46:21 52:11
  66:14 79:25

80:7,10 82:5
  89:18 99:10,15
  99:15 101:19
  102:14 112:2
  119:25 128:10
  131:16,17 136:3
**two-hour** 128:6
**two-tenths** 102:21
**two-thirds** 77:5
**type** 23:13 99:22
  127:3
**types** 86:8 123:23
**typical** 80:19,20
  101:13 108:22
**typically** 79:22
  80:22 98:11
  124:2,3 129:5

———————————
**U**
———————————
**U** 3:1
**uh-huh** 6:23
  15:20 45:21
  46:8 58:5 69:6
  69:11 70:22
  73:17 75:17
  80:16 85:2 86:2
  103:10 109:25
  110:19 112:4
  120:9 127:18
  131:3
**uh-uh** 6:23 61:16
**underground**
  82:5
**underneath**
  135:18
**understand** 6:6,9
  6:13 7:11 18:18
  25:11 26:22
  30:22,25 65:20
  75:25 100:8
  101:11 108:25
  118:17 120:12
  121:13 122:23
  122:25 123:1,11
  135:5
**understanding**
  8:15 21:17,19
  25:14 53:7
  57:15 112:5
  141:17
**understands**
  123:12

**understood** 7:3
  7:17 53:4
**unfortunately**
  75:22
**unintentionally**
  43:16
**unit** 36:21
**United** 1:1 44:16
  48:22 49:14
**University** 1:18
  2:9
**unpaid** 22:16
  23:10 26:3 27:1
**unscrew** 97:10
  115:4
**unscrewing** 83:24
**update** 89:13
**use** 75:9 76:13
  88:9 118:17,21
  125:12,14
**uses** 3:7
**usually** 61:1
  82:13 98:10
  103:24 120:25
  131:22 137:14

———————————
**V**
———————————
**V's** 66:3
**vacation** 66:4,5
  75:16 76:7 78:3
  136:9
**VALID** 141:3
**varies** 98:5,16
**various** 118:14
**Venable** 1:5,13
  2:3 3:5 4:24 5:1
  5:5 6:6 8:14,21
  10:18,19 11:10
  11:16,23 12:6
  24:15 35:15
  36:14 37:14
  45:5 59:18 76:4
  79:21 133:1,25
  134:8 139:2
  141:9
**Venton** 1:5 2:3
  10:18
**verbally** 6:20
**verified** 140:16
**Verot** 10:20 11:1
**versa** 86:24
**versus** 1:7 48:14

103:22 123:17
**vessel** 76:9
**vice** 35:22 44:15
  86:24
**violated** 22:7
**violating** 52:7
**visa** 69:17,20
  70:16
**visual** 125:11,15
**Voisin** 40:25 41:4
  42:23 43:2,9,19
  44:2,5,10
**VP** 35:25

———————
**W**
**W** 2:9
**wage** 51:9,13,21
**wait** 7:5,7 95:20
  104:25
**waiting** 70:1
  99:15 105:1
**waived** 3:10
**waiver** 40:8,16
**waivers** 39:21
**wake** 106:3
  108:11
**walk** 37:19 80:18
  97:21
**walked** 35:14
**walks** 107:5
**want** 7:21 20:5
  29:7 33:17
  39:23 50:4
  65:18 78:8 92:8
  100:3 106:11
  107:6 125:23
  135:4
**wanted** 27:1,6,13
  27:15 35:13
  37:19 126:12
  136:22
**wasn't** 19:18,18
  21:20 27:4
  28:11 32:2,4
  36:3 42:4 44:14
  50:2 56:3 60:23
  61:1,10,12,22
  78:11 101:23
  106:6 117:18
  119:10,17
**watch** 8:3 91:25
  104:1 109:3

116:11 128:11
  128:12
**watching** 114:22
  137:14,17,18,23
**water** 18:8 48:7,8
  48:10,11 72:19
  89:13 99:9
**way** 7:14 30:23,25
  33:17,21 64:12
  65:13 68:12,24
  70:15,17 77:5
  77:25 81:10
  91:22 92:5
  93:10 94:20
  102:4 107:4
  112:17 113:13
  113:18 114:13
**ways** 48:16 80:20
**we'll** 8:9 39:25
  56:11 58:13
  59:11 74:14
  78:20
**we're** 5:7 18:19
  21:16 24:9,16
  33:8 36:7 37:7
  38:11,13 61:13
  72:1 74:19
  76:17 84:2
  92:12,19,21
  93:3 94:3,5 99:1
  106:5,12,22
  108:12 112:10
  112:11,15,16
  126:17 128:17
  128:18 133:2
  138:15,15
**we've** 42:8 63:22
  89:18
**wear** 124:11
**web** 75:18
**week** 53:15,19
  54:13 89:16
**weigh** 96:16
**weighs** 103:12
**weight** 83:12
  92:25 93:2,16
  94:4 110:2,4
  116:22,22 124:2
  124:3 130:9,12
**weld** 120:24
**welder** 12:16
**well's** 112:14

**wells** 90:5
**went** 12:21 15:4
  18:10 27:14
  35:23 43:2
  47:11 48:23,24
  48:25 49:9,18
  49:21,24 50:2
  53:24 56:2,3
  64:9 65:9 67:20
  79:4 80:3 86:17
  87:1,2,5,6 88:3
  88:17,17 101:3
  104:7 106:22
**weren't** 47:12
  53:16 55:4
  60:19 74:13
**West** 1:17 66:14
**WESTERN** 1:2
**WHEREOF**
  142:9
**whichever** 34:19
**whipstock** 41:2
  42:17 87:19,20
  87:24
**whipstocks** 42:18
  42:25 47:24
  86:11,20 88:17
**wide** 102:20
**William** 1:5 2:4
  22:25
**willing** 46:23
**Winnie-the-Pooh**
  127:25
**witness** 3:11
  20:18 79:3 91:6
  124:17 142:9
**word** 64:20
**worded** 7:11
**words** 140:14,15
**work** 14:17 15:21
  16:2,10,14 17:8
  17:16 18:2 21:2
  22:12 23:13
  35:2,13 43:7
  46:13 47:8
  48:17 49:13
  53:16 54:15,16
  54:18 63:25
  64:1,10 65:10
  67:8,10,23,25
  69:1,16,21 75:5
  75:10 77:21

79:25 81:19
  82:16 87:5,8,10
  92:9,10 93:4
  100:15,24 105:8
  105:12 106:14
  107:15 109:1,2
  109:4,4 117:15
  117:16 132:15
  135:19 136:4
**worked** 14:18,19
  14:19,21,25
  15:4,7,13,14
  16:16,18,19
  17:1 18:2,7,21
  18:25 20:7
  22:13 23:14,15
  23:17 24:12
  40:23 42:16
  43:4 45:8,10
  46:18 47:9 48:4
  48:21,23 49:3,5
  49:14 50:9 51:8
  52:11 53:7,13
  53:21 54:12
  60:12,18,20,25
  61:7,9,25 62:2
  62:15,20,22
  63:3,3 64:10,21
  65:14 66:11,15
  68:14,15 71:23
  72:21 73:20
  78:14 80:11
**workers** 63:23
**working** 12:20
  15:5 17:20,22
  18:5,13,25
  22:21 31:25,25
  32:3 34:22,23
  35:1 36:20
  46:11 47:12,21
  49:20 50:2,20
  53:3 55:4,8
  67:13,14 71:11
  99:8,24 101:1,5
  101:8 106:24
  134:4 135:10,15
**works** 92:11,11
  100:22
**world** 18:6
**worth** 94:19
  131:25
**would've** 47:13

49:25 65:24
**wouldn't** 30:8
  66:23 74:18
  78:22 99:23
  123:1
**wrench** 114:16
**write** 102:4
**writing** 3:12
  88:15 133:23
**written** 126:4
**wrong** 18:17
  26:11 71:2 76:4
  78:20

———————
**X**
**X** 4:1 117:4
**XC** 80:14,15 97:9
  116:10
**XS** 4:21

———————
**Y**
**Y** 117:5
**y'all** 56:21 105:12
  138:23
**yeah** 14:15 18:18
  24:4 26:10 28:8
  30:2,17,25
  33:25 46:21
  48:13,15 50:8
  54:20 60:24
  64:5 71:22 73:3
  74:6 75:3 76:3
  77:7,14 84:23
  87:17,23 89:4
  91:11,25 93:15
  94:10 103:10
  104:4,19 105:22
  111:2,3 116:13
  121:19 124:10
  128:15 129:25
**year** 11:7 12:4
  16:22 43:3 57:1
  57:17,18,22
  59:1,2 60:7,7
  68:18 73:7
**year's** 52:17
**year-wise** 13:18
**years** 13:11,13
  15:7 17:2,2 19:1
  19:19 20:3 25:5
  66:20 106:9
**yesterday** 10:11

ytd 57:13,16

**Z**

Z 67:6,7,12

**0**

08 17:7

**1**

1 4:7 24:16,19
    29:18 33:19
1,000 74:19
1:00 61:9
1:30 118:1
1:43 139:8
10 4:16 13:24
    62:9 71:20 72:1
    72:5 76:1 96:17
    100:11 132:17
10,000 93:16,25
10/2/15 4:14
100 91:18 107:16
100s 96:17
11 4:17 73:10,13
    76:1 105:5
1100 2:17
1150 65:25
12 4:18 18:15
    49:25 73:24
    74:2 76:1 79:4
    80:11,12 82:22
    100:11,13,14
    106:14,14,15,15
    109:11
12/17/2013 4:17
12/26/14 4:13
12/27/13 4:12
12/3/2014 4:16
120 11:3
126 4:22,23
13 4:19 50:1 57:1
    69:8 79:6,9
133 4:24
135 4:4
138 4:3
139 141:12
14 4:20 18:24
    49:22 58:22
    71:21 79:4 84:2
    84:5 135:2
1418 10:20
1434 141:25

1434(b) 140:6
15 4:21 49:21,21
    56:24 74:4
    126:9 132:18
15th 52:20
16 4:23 126:18,21
1600 2:17
1652 130:15
168,787.67 60:8
16th 64:25 69:8
17 4:24 18:25
    24:13 133:2,6
18 108:23
18th 66:7
19 70:20
1st 52:20 64:24

**2**

2 4:8 29:20,25
    30:1,2 33:9,12
    106:13
2,248.08 58:7
20 98:14 104:22
    108:2
20,000 91:17
200-pound 96:24
2000 12:5 13:21
2002 15:3
2002-2003 16:17
2003 15:4
2004 13:20,21
2006 10:22
2007 17:7
2008ish 17:13
201 129:3
2011 18:15
2012 33:5,5 37:22
    38:20
2013 38:25 39:4
    56:24,24 57:22
    58:1,10 64:21
    69:5,8 70:20
    71:21 73:8,16
2014 22:22 37:23
    38:25 39:4
    58:22,22 59:5,8
2015 39:13 59:19
    59:20 60:4,13
    74:6,16 77:16
    77:16
2016 24:10
    133:15

2019 1:19 142:11
20th 59:19
2105 74:16
214 68:15,16
22 83:4
23 74:16
24 4:7
25th 66:8 70:20
    77:16
26 77:16
27 58:22
27004 141:7
    142:14
28 56:24 140:5

**3**

3 4:9 36:8,11
    109:17
3-hour 104:24
30 1:19 23:1
    31:14 61:20
    62:9 97:12
    100:9,11 104:20
    104:21 108:2
30-minute 104:23
30-plus 71:23
    83:14
30,000 93:25
300,060.24 57:19
30th 61:8
31 31:19,23
311 1:17 2:9
319,264.42 59:2
33 4:8
337-281-2326
    11:18
36 4:9
37 4:10
37:2554 141:11
38 71:22
3rd 59:20,24 60:1

**4**

4 4:10 37:8,11
4,725 37:4
40 4:11 62:17,18
    97:12 106:12
401K 52:23
437802 131:4
439709 131:5
48 114:24

**5**

5 4:3,11 31:18,18
    40:1,4
5,000 112:10,12
    112:15
50 27:14 81:12
    94:17,19 96:18
    104:2
50-pound 119:22
56 4:12
56,7 39:6
58 4:13
58,450 39:1,2
59 4:14

**6**

6 4:12 56:12,15
    82:21 83:4
    109:16 112:18
    112:19
6-inch 112:12
6/19 71:2
6:16-CV-00241
    1:7
60 39:2,7 96:18
63 4:15
6th 77:16

**7**

7 4:13 58:14,17
    112:18
7/25/12 4:9
70163 2:18
70506 2:10 10:20
    11:4
72 4:16
73 4:17
74 4:18
79 4:19

**8**

8 4:14 59:12,15
    105:7 107:2
    109:17
8/2/2015 74:22
8/7/2015 74:23
8/8/2015 75:3
8:00 105:4
8:57 1:19
800-pound 97:19
84 4:20
893 21:5

**8th** 71:20

**9**

9 4:15 63:14,17
    74:16 112:18,18
9-inch 112:11,16
9/23 75:2
9/23/15 4:11
9/23/2015 4:18
9/8 75:3
9/9/2015 75:1
90 87:10
90-plus 87:11
96 114:24
96,000 114:3